UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

| | |
|---|---|
| XUE LUE and JIE HAO,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT V. LOONEY, 10 UNKNOWN NAMED EMPLOYEES OR AGENTS OF THE UNITED STATES OF AMERICA, and THE UNITED STATES OF AMERICA,<br><br>Defendants | Case No. CV 01-1758-CBM (Ex)<br><br>**JUDGMENT**<br><br>The Honorable Consuelo B. Marshall<br>U.S. District Judge |

Based on (1) the parties' stipulation under Fed. R. Civ. 41(a)(2) requesting dismissal with prejudice of all individual-capacity claims against Defendant Robert V. Looney and the "10 UNKNOWN NAMED EMPLOYEES OR AGENTS OF THE UNITED STATES OF AMERICA"; (2) the Court's order approving said stipulation; and (3) the Court's prior orders dismissing with prejudice all claims against the United States of America, the Court hereby ENTERS JUDGMENT in this action, in accordance with Fed. R. Civ. P. 54(a) and Fed. R. Civ. P. 58, in favor of all Defendants and against Plaintiffs.

DATED: 7/1/08

_____
Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

JUDGMENT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **May 5, 2008**, I served the foregoing document described as:

### JUDGMENT

on all interested parties in this action by placing ___ an original or __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Jeremy S. Brumbelow, Esq. | Andrew D. Kaplan |
| Civil Division, Torts Branch | Civil Division Torts Branch |
| United States Department of Justice | United States Department of Justice |
| P.O. Box 7146 | P.o. Box 888 |
| Benjamin Franklin Station | Benjamin Franklin Station |
| Washington, D.C. 20044 | Washington, D.C. 20044 |

__X__   [MAIL] I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

____   [BY FAX] I transmitted said document to the above fax number(s).

____   [FEDERAL EXPRESS] I caused such envelope to be delivered via federal express at Venice, California.

____   [STATE] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__   [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jonathan A. Cotton