V. James DeSimone, SBN 119668
vjdesimone@sdshh.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
Menaka Fernando, SBN 271380
menakaf@gmail.com
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON, LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040

Douglas Ingraham (SBN 195755)
723 Ocean Front Walk
Venice, CA 90291
(310) 664-0395

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUE LU, JIE HAO,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CASE NO. 01-01758 CBM (Ex)<br><br>Honorable Consuelo B. Marshall<br><br>**DECLARATION OF MENAKA N. FERNANDO IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE PLAINTIFFS' PROTECTIVE ORDER PERTAINING TO THE TIME, PLACE AND ORDER OF QUESTIONING FOR THE DEPOSITION OF PLAINTIFF XUE LU**<br><br>HEARING DATE: May 21, 2012<br>TIME: 11:00 a.m.<br>COURTROOM: 2 – 2nd Floor<br><br>DISCOVERY CUT-OFF: May 30, 2012<br><br>TRIAL DATE: November 13, 2012 |

# DECLARATION OF MENAKA N. FERNANDO

I, Menaka N. Fernando, declare as follows:

1. I am an attorney-at-law with the firm Schonbrun DeSimone Seplow Harris Hoffman & Harrison, LLP. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Plaintiffs' Exhibit A**, is a true and correct copy of pages from the deposition of Jacqueline Kriebel on April 16, 2012.

3. Attached hereto as **Plaintiffs' Exhibit B**, is a true and correct copy of U.S. Department of Justice Summary of Budget Authority by Appropriation," FY 2013 Budget & Performance Summary (*also available at* http://www.justice.gov/jmd/2013summary/pdf/budget-authority-appropriation.pdf).

Executed this 7th day of May 2012 at Venice, California.

_____
Menaka N. Fernando

1.

DECLARATION OF MENAKA N. FERNANDO IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM RE JOINT STIPULATION PERTAINING TO XUE LU'S DEPOSITION

# EXHIBIT A

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA

XUE LU, JIE HAO           )
                          )
VS.                       )   No.: 01-01758-CBM (EX)
                          )
UNITED STATES OF AMERICA  )



            * * * * * * * * * * * * * * * * * *
             ORAL AND VIDEOCONFERENCE DEPOSITION OF
                     JACQUELINE KRIEBEL
                       APRIL 16, 2012
            * * * * * * * * * * * * * * * * * *
```

ORAL and VIDEOCONFERENCE DEPOSITION of JACQUELINE KRIEBEL, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 16th of April, 2012, from 1:57 p.m. to 2:42 p.m., before MARGUERITE A. VILLA, CSR in and for the State of Texas, reported by machine stenography, at the offices of the United States Attorney, 601 N.W. Loop 410, 8th Floor Conference Room, San Antonio, Texas, pursuant to FRCP 30 and/or the provisions stated on the record or attached hereto.

**ORIGINAL**

1  on hearsay grounds?
2      A.   He said --
3      Q.   (By Mr. Stern)  Please continue.
4      A.   He said that she paid him -- or actually,
5  her uncle paid him -- at the time he told me
6  $20,000, I think it was more like $17,000, to marry
7  her so she could stay in the United States, and that
8  they -- they liked the Navy because he would never
9  be around, which would explain any inconsistencies
10 in them getting to know each other and the fact that
11 their courtship would have been so short.
12     Q.   When you say "they" liked that he was in
13 the Navy, who are you referring to when you say
14 "they"?
15     A.   The people in her family.
16          MS. FERNANDO:  I'm going to object,
17 calls for speculation.
18     Q.   (By Mr. Stern)  Winfield Scott Biggs told
19 you that her family liked that he was in the Navy
20 because they could explain the potential concerns
21 with the validity of the marriage; is that correct?
22     A.   Yes, since he --
23          MS. FERNANDO:  I'm going to object
24 again on hearsay.
25     A.   Since he traveled a lot, it would explain

1  him, we remain friends, he would call and inquire
2  about the children; my children, told me he had
3  issues with his daughter, we maintained a
4  friendship.
5           So I don't know if that answers your
6  question.
7     Q.   (By Ms. Fernando) Sure. Is it fair to say
8  that you ended on bad terms?
9     A.   No, in fact, we ended on good terms. The
10 -- he had settled down halfway through our
11 relationship.
12          When he came back from Thailand the
13 second time, then that's -- he started to settle
14 down a little bit after that.
15    Q.   When was the second time he went to
16 Thailand?
17    A.   January of 2008.
18    Q.   Ms. Kriebel, you testified that you have
19 never met Xue Lu, the plaintiff in the case; is that
20 correct?
21    A.   That's correct.
22    Q.   And you mentioned her uncle; a family
23 member. Have you ever met him?
24    A.   No.
25    Q.   Have you ever met or had any interaction

1  with any other family member of Xue Lu's?
2      A.   None.  When I did the divorce, I just
3  consulted with her attorney.
4      Q.   Do you remember who you consulted with?
5      A.   No.  And to be honest with you, I'm not
6  even sure that we spoke by phone, I think when I did
7  this divorce we had to -- I did it by publication,
8  and then I sent -- I think I sent some sort of
9  mailing to the address listed on I think his divorce
10 document -- or I'm sorry, his marriage certificate,
11 if I recall, and then an attorney contacted me and
12 she signed a waiver of service so I didn't have to
13 contact them any further regarding the divorce.
14     Q.   It was a woman who contacted you?
15     A.   You know, I don't remember at all.
16     Q.   Okay.  Did you ever see any bank statements
17 of Mr. Biggs' bank account, the Bank of America bank
18 account in which he said that Xue Lu's family was
19 making payments into?
20     A.   I mean, I've seen his bank statements, but
21 whether or not they reflect that money, no, because
22 he and I were not staying together during that time
23 period, it -- we had numerous breaks, put it that
24 way.
25     Q.   Did you have access to that bank account?

1    A.    No.  He banked at Bank of America and Navy

2  Federal Credit Union, is where his two banks were,

3  and I'm thinking this was Bank of America.

4            MS. FERNANDO:  Okay, I have no further

5  questions.

6      (2:42 p.m.)

7            MR. STERN:  I want to apologize again

8  for the delay of the deposition and the

9  technological problems.  Ms. Kriebel, I thank you

10  very much for your time, as well as the court

11  reporter's.  And of course, Menaka, as always, thank

12  you.

13           THE WITNESS:  Thank you.

14           MS. FERNANDO:  And Paul, should I go

15  ahead and make the stipulation?

16           MR. STERN:  Make the stipulation?

17           MS. FERNANDO:  Yeah.

18           MR. STERN:  Please do.

19           MS. FERNANDO:  Okay.  I would like to

20  propose the following stipulation:  That the

21  original transcript will be forwarded to plaintiff's

22  counsel and that plaintiff's counsel will forward it

23  to Ms. Kriebel, who will review and sign and make

24  any changes under the penalty of perjury and within

25  30 days upon receipt of the deposition transcript,

```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

XUE LU, JIE HAO              )
                             )
VS.                          )    No.: 01-01758-CBM (EX)
                             )
UNITED STATES OF AMERICA     )
```

REPORTER'S CERTIFICATION
DEPOSITION OF JACQUELINE KRIEBEL
APRIL 16, 2012

I, MARGUERITE A. VILLA, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, JACQUELINE KRIEBEL, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _____, 2012 to the witness or to the attorney for the witness for examination, signature and return to me by _____, 2012;

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

   MS. MENAKA FERNANDO, Attorney for Plaintiff;
   MR. PAUL STERN, Attorney for Defendant;

Case 2:01-cv-01758-CBM-EX   Document 187-1   Filed 05/07/12   Page 10 of 13   Page ID #:746

34

```
 1        I further certify that I am neither counsel
 2   for, related to, nor employed by any of the parties
 3   or attorneys to the action in which this proceeding
 4   was taken, and further that I am not financially or
 5   otherwise interested in the outcome of the action.
 6        Further certification requirements pursuant
 7   to Rule 30 of FRCP will be certified to after they
 8   have occurred.
 9        Certified to by me this 22nd day of April,
10   2012.
11
12
13            /s/ MARGUERITE VILLA
              MARGUERITE A. VILLA, CSR
              Texas CSR 3853 - Expires 12-31-13
14            Firm Registration No. 79
              10100 Reunion Place, Suite 660
15            San Antonio, Texas  78216
              (210) 340-6464
```

# EXHIBIT B

## U. S. DEPARTMENT OF JUSTICE
## SUMMARY OF BUDGET AUTHORITY BY APPROPRIATION
(Dollars in Thousands)

| APPROPRIATION | FY 2011 ENACTED | FY 2012 ENACTED | FY 2013 REQUEST | CHANGE FROM 2012 to 2013 | % CHANGE FY 2013 OVER FY 2012 |
|---|---|---|---|---|---|
| GENERAL ADMINISTRATION | $118,251 | $110,822 | $127,667 | $16,845 | 15.2% |
| NATIONAL DRUG INTELLIGENCE CENTER | 33,955 | 20,000 | 0 | -20,000 | -100.0% |
| JUSTICE INFORMATION SHARING TECHNOLOGY | 60,164 | 44,307 | 33,426 | -10,881 | -24.6% |
| DETENTION TRUSTEE | 1,515,626 | 1,580,595 | 0 | -1,580,595 | -100.0% |
| LAW ENFORCEMENT WIRELESS COMMUNICATIONS | 99,800 | 87,000 | 0 | -87,000 | -100.0% |
| **ADMINISTRATIVE REVIEW & APPEALS** | **300,084** | **305,000** | **313,438** | **8,438** | **2.8%** |
| *EXECUTIVE OFFICE FOR IMMIGRATION REVIEW* | 293,359 | 298,275 | 306,643 | 8,368 | 2.8% |
| *Transfer from Immigration Fees Account* | 4,000 | 4,000 | 4,000 | 0 | 0.0% |
| *PARDON ATTORNEY* | 2,725 | 2,725 | 2,795 | 70 | 2.6% |
| OFFICE OF THE INSPECTOR GENERAL | 84,199 | 84,199 | 85,985 | 1,786 | 2.1% |
| WORKING CAPITAL FUND (Rescissions) | -26,000 | -40,000 | -26,000 | 14,000 | -35.0% |
| U.S. PAROLE COMMISSION | 12,833 | 12,833 | 12,772 | -61 | -0.5% |
| NATIONAL SECURITY DIVISION | 87,762 | 87,000 | 90,039 | 3,039 | 3.5% |
| **GENERAL LEGAL ACTIVITIES** | **863,367** | **863,367** | **903,603** | **40,236** | **4.7%** |
| *SOLICITOR GENERAL* | 10,725 | 10,724 | 10,805 | 81 | 0.8% |
| *TAX DIVISION* | 104,877 | 104,877 | 106,459 | 1,582 | 1.5% |
| *CRIMINAL DIVISION* | 174,001 | 174,000 | 185,473 | 11,473 | 6.6% |
| *CIVIL DIVISION* | 283,105 | 283,103 | 298,040 | 14,937 | 5.3% |
| *ENVIRONMENT & NATURAL RESOURCES DIVISION* | 108,010 | 108,009 | 110,360 | 2,351 | 2.2% |
| *LEGAL COUNSEL* | 7,605 | 7,605 | 7,636 | 31 | 0.4% |
| *CIVIL RIGHTS DIVISION* | 144,495 | 144,500 | 153,341 | 8,841 | 6.1% |
| *INTERPOL* | 29,754 | 29,754 | 31,489 | 1,735 | 5.8% |
| *OFFICE OF DISPUTE RESOLUTION* | 795 | 795 | 0 | -795 | -100.0% |
| VACCINE INJURY COMPENSATION TRUST FUND | [7,833] | [7,833] | [7,833] | [0] | 0.0% |
| **ANTITRUST** | **52,844** | **49,587** | **47,253** | **-2,334** | **-4.7%** |
| *ANTITRUST* | 162,844 | 159,587 | 164,753 | 5,166 | 3.2% |
| *Minus: Offset from Antitrust Pre-Merger Filing Fee* | -110,000 | -110,000 | -117,500 | -7,500 | 6.8% |
| U.S. ATTORNEYS | 1,930,135 | 1,960,000 | 1,974,378 | 14,378 | 0.7% |
| **U.S. TRUSTEES** | **-63,018** | **-58,571** | **-39,245** | **19,326** | **-33.0%** |
| *U.S. TRUSTEES SALARIES & EXPENSES* | 218,811 | 223,258 | 227,407 | 4,149 | 1.9% |
| *Minus: Offset from U.S. Trustee Fees and Interest on U.S. Securities* | -281,829 | -281,829 | -266,652 | 15,177 | -5.4% |
| FOREIGN CLAIMS SETTLEMENT COMMISSION | 2,113 | 2,000 | 2,139 | 139 | 7.0% |
| **U.S. MARSHALS SERVICE** | **1,140,103** | **1,186,800** | **1,199,088** | **12,288** | **1.0%** |
| *SALARIES & EXPENSES* | 1,123,511 | 1,174,000 | 1,203,488 | 29,488 | 2.5% |
| *Rescission of Prior Year Balances* | 0 | -2,200 | -14,400 | -12,200 | 554.5% |
| *CONSTRUCTION* | 16,592 | 15,000 | 10,000 | -5,000 | -33.3% |
| *FEDERAL PRISONER DETENTION* | [1,515,626] | [1,580,595] | 1,668,235 | 1,668,235 | 0.0% |
| COMMUNITY RELATIONS SERVICE | 11,456 | 11,456 | 12,036 | 580 | 5.1% |
| ASSETS FORFEITURE FUND CURRENT BUDGET AUTHORITY | 20,948 | 20,948 | 20,948 | 0 | 0.0% |
| INTERAGENCY CRIME & DRUG ENFORCEMENT | 527,512 | 527,512 | 524,793 | -2,719 | -0.5% |
| **FEDERAL BUREAU OF INVESTIGATION** | **7,926,048** | **8,117,973** | **8,069,777** | **-48,196** | **-0.6%** |
| *SALARIES & EXPENSES* | 7,818,953 | 8,036,991 | 8,151,021 | 114,030 | 1.4% |
| *Rescission of Prior Year Balances* | 0 | 0 | -162,226 | -162,226 | 0.0% |
| *CONSTRUCTION* | 107,095 | 80,982 | 80,982 | 0 | 0.0% |
| **DRUG ENFORCEMENT ADMINISTRATION** | **2,015,643** | **2,025,000** | **2,035,304** | **10,304** | **0.5%** |
| *SALARIES & EXPENSES* | 2,015,643 | 2,025,000 | 2,050,904 | 25,904 | 1.3% |
| *Rescission of Prior Year Balances* | 0 | -10,000 | -15,600 | -5,600 | 56.0% |
| *CONSTRUCTION* | 0 | 10,000 | 0 | -10,000 | -100.0% |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES** | **1,112,542** | **1,152,000** | **1,139,917** | **-12,083** | **-1.0%** |
| *SALARIES & EXPENSES* | 1,112,542 | 1,152,000 | 1,153,345 | 1,345 | 0.1% |
| *Rescission of Prior Year Balances* | 0 | 0 | -12,400 | -12,400 | 0.0% |
| *ATF VCRP Rescission* | 0 | 0 | -1,028 | -1,028 | 0.0% |
| **FEDERAL PRISON SYSTEM** | **6,381,367** | **6,596,281** | **6,844,406** | **248,125** | **3.8%** |
| *SALARIES & EXPENSES* | 6,282,410 | 6,551,281 | 6,820,217 | 268,936 | 4.1% |
| *BUILDINGS & FACILITIES* | 98,957 | 90,000 | 99,189 | 9,189 | 10.2% |
| *Rescission of Prior Year Balances* | 0 | -45,000 | -75,000 | -30,000 | 66.7% |
| FEDERAL PRISON INDUSTRIES (limitation on Administrative Expenses) | 2,695 | 2,700 | 2,700 | 0 | 0.0% |
| **SUBTOTAL, DISCRETIONARY w/o State and Local** | **24,210,429** | **24,748,809** | **25,042,659** | **293,850** | **1.2%** |

**U. S. DEPARTMENT OF JUSTICE**
**SUMMARY OF BUDGET AUTHORITY BY APPROPRIATION**
(Dollars in Thousands)

| APPROPRIATION | FY 2011 ENACTED | FY 2012 ENACTED | FY 2013 REQUEST | CHANGE FROM 2012 to 2013 | % CHANGE FY 2013 OVER FY 2012 |
|---|---|---|---|---|---|
| **DISCRETIONARY GRANTS PROGRAMS** | 2,683,902 | 2,071,695 | 1,675,187 | -396,508 | -19.1% |
| **OFFICE OF JUSTICE PROGRAMS** | 1,735,004 | 1,499,300 | 1,135,800 | -363,500 | -24.2% |
| JUSTICE ASSISTANCE | 234,530 | 113,000 | 136,000 | 23,000 | 20.4% |
| *Rescission of Prior Year Balances* | -3,000 | 0 | 0 | 0 | 0.0% |
| OJP SALARIES AND EXPENSES | 140,124 | [175,056] | [183,175] | [8,119] | [4.7%] |
| JUVENILE JUSTICE PROGRAMS | 275,423 | 262,500 | 245,000 | -17,500 | -6.7% |
| *Rescission of Prior Year Balances* | -4,000 | 0 | 0 | 0 | 0.0% |
| STATE AND LOCAL LAW ENFORCEMENT ASSISTANCE | 1,117,845 | 1,162,500 | 781,500 | -381,000 | -32.8% |
| *Rescission of Prior Year Balances* | -35,000 | 0 | 0 | 0 | 0.0% |
| PUBLIC SAFETY OFFICERS' BENEFITS | 9,082 | 16,300 | 16,300 | 0 | 0.0% |
| OJP- wide rescissions | 0 | -55,000 | -43,000 | 12,000 | -21.8% |
| **COMMUNITY POLICING (INCLUDES OJP PROGRAMS)** | 517,497 | 174,895 | 277,387 | 102,492 | 58.6% |
| COMMUNITY POLICING | 494,933 | 198,500 | 289,587 | 91,087 | 45.9% |
| COPS SALARIES AND EXPENSES | 32,764 | [37,004] | [38,102] | [1,098] | [3%] |
| *Rescission of Prior Year Balances* | -10,200 | -23,605 | -12,200 | 11,405 | -48.3% |
| **OFFICE ON VIOLENCE AGAINST WOMEN** | 431,401 | 397,500 | 262,000 | -135,500 | -34.1% |
| *OFFICE OF VIOLENCE AGAINST WOMEN* | 417,663 | 412,500 | 268,000 | -144,500 | -35.0% |
| *OVW SALARIES AND EXPENSES* | 13,738 | [18,186] | [18,782] | [596] | [3.3%] |
| *Rescission of Prior Year Balances* | 0 | -15,000 | -6,000 | 9,000 | -60.0% |
| **SUBTOTAL, DISCRETIONARY w/o Scorekeeping Credits** | 26,894,331 | 26,820,504 | 26,717,846 | -102,658 | -0.4% |
| SCOREKEEPING CREDITS | | | | | |
| CRIME VICTIMS FUND | -7,223,000 | -7,818,000 | -8,125,000 | -307,000 | 3.9% |
| ASSETS FORFEITURE FUND | -495,000 | -675,000 | -675,000 | 0 | 0.0% |
| **SUBTOTAL, SCOREKEEPING CREDITS** | -7,718,000 | -8,493,000 | -8,800,000 | -307,000 | 3.6% |
| **TOTAL, DOJ DIRECT DISCRETIONARY BA** | 19,176,331 | 18,327,504 | 17,917,846 | -409,658 | -2.2% |
| MANDATORY AND OTHER ACCOUNTS: | | | | | |
| FEES AND EXPENSES OF WITNESSES (MANDATORY) | 270,000 | 270,000 | 270,000 | 0 | 0.0% |
| INDEPENDENT COUNSEL (PERMANENT INDEFINITE) | 500 | 500 | 500 | 0 | 0.0% |
| RADIATION EXPOSURE COMPENSATION TRUST FUND) (MANDATORY) | 60,000 | 60,000 | 60,000 | 0 | 0.0% |
| PUBLIC SAFETY OFFICERS' DEATH BENEFITS (MANDATORY) | 61,000 | 62,000 | 65,000 | 3,000 | 4.8% |
| ASSETS FORFEITURE FUND (PERMANENT BUDGET AUTHORITY) | 2,148,871 | 3,706,158 | 1,387,495 | -2,318,663 | -62.6% |
| ANTITRUST PRE-MERGER FILING FEE COLLECTIONS | 110,000 | 110,000 | 117,500 | 7,500 | 6.8% |
| U. S. TRUSTEES FEE COLLECTIONS | 281,829 | 281,829 | 266,652 | -15,177 | -5.4% |
| DIVERSION CONTROL FEE | 290,304 | 322,000 | 352,563 | 30,563 | 9.5% |
| 9/11 VICTIM COMPENSATION FUND | 0 | 200,000 | 322,000 | 122,000 | 61.0% |
| MEDICAL MALPRACTICE GRANTS | 0 | 0 | 250,000 | 250,000 | 0.0% |
| CRIME VICTIMS FUND | 705,000 | 705,000 | 1,070,000 | 365,000 | 51.8% |
| **SUBTOTAL, MANDATORY AND OTHER ACCOUNTS** | 3,927,504 | 5,717,487 | 4,161,710 | -1,555,777 | -27.2% |
| **TOTAL BA, DISCR & MANDATORY, DEPT. OF JUSTICE** | 23,103,835 | 24,044,991 | 22,079,556 | -1,965,435 | -8.2% |
| HEALTH CARE FRAUD REIMBURSEMENTS | | | | | |
| HCFAC MANDATORY REIMBURSEMENT | 60,381 | 61,225 | 61,405 | 180 | 0.3% |
| FBI-HEALTH CARE FRAUD - Mandatory | 129,945 | 131,872 | 135,300 | 3,428 | 2.6% |
| HCFAC DISCRETIONARY REIMBURSEMENT | 29,730 | 29,674 | 97,802 | 68,128 | 229.6% |
| **SUBTOTAL, HEALTH FRAUD REIMBURSEMENTS** | 220,056 | 222,771 | 294,507 | 71,736 | 32.2% |
| **TOTAL BA, DEPARTMENT OF JUSTICE, WITH OFFSET** | 23,323,891 | 24,267,762 | 22,374,063 | -1,893,699 | -7.8% |