UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUE LU, JIE HAO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 2:01-01758-CBM (Ex)<br><br>JUDGMENT [JS-6] |

Consistent with this Court's concurrently filed Findings of Fact and Conclusions of Law, the Court **enters Judgment in favor of Plaintiffs Lu and Hao against Defendant** and awards damages as follows, $500,000, and $700,000, respectively.

**IT IS SO ORDERED.**

DATED: August 5, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE