1   V. James DeSimone, SBN 119668
    vjdesimone@gmail.com
2   Kunti Dudakia, SBN 279090
    kdudakia.sdshhh@gmail.com
3   SCHONBRUN DESIMONE SEPLOW
    HARRIS HOFFMAN & HARRISON LLP
4   723 Ocean Front Walk
    Venice, California 90291
5   Telephone: (310) 396-0731
    Fax:  (310) 399-7040
6
    Douglas Ingraham (SBN 195755)
7   723 Ocean Front Walk
    Venice, CA 90291
8   (310) 664-0395

9   Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13   XUE LU, JIE HAO,                    | **CASE NO.  01-01758-CBM (Ex)**
                          Plaintiffs,
14                                         Assigned to the Honorable Consuelo
     vs.                                   B. Marshall
15

16   UNITED STATES OF AMERICA,          **DECLARATION OF V. JAMES
                                         DESIMONE IN SUPPORT OF
17                                       PLAINTIFFS' MOTION FOR
                                         AWARD OF REASONABLE
18                      Defendant.       ATTORNEY'S FEES AND
                                         COSTS UNDER THE EQUAL
19                                       ACCESS TO JUSTICE ACT
                                         (EAJA), 28 U.S.C. §2412**

20
                                         **Date:  November 18, 2013
21                                       Time:  11:00 am
                                         Courtroom: 2**
22

23

24

25

26

27

28

## DECLARATION OF V. JAMES DESIMONE

I, V. James DeSimone, declare as follows:

1. I am an attorney-at-law and a partner with the firm Schonbrun DeSimone Seplow Harris Hoffman & Harrison LLP ("SDSHHH"). I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth herein, (except where indicated upon information and belief) and if called as a witness, could and would testify competently thereto.

2. I am making this declaration in support of Plaintiff's Motion for Award of Reasonable Attorney's Fees And Costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, which allows attorney's fees to prevailing parties who have successfully prosecuted cases against the United States.

### EXPERIENCE AS A LAWYER

3. I graduated from Johns Hopkins University in 1981 with a B.A. Degree in Political Science. I graduated from UCLA School of Law in 1985 and was admitted to the California Bar that same year. I joined the Law Firm of Beck and DeCorso in 1985, practicing civil litigation and white-collar criminal defense. From 1987 to 1990, I was a staff attorney at Westside Legal Services, in Santa Monica, California, where I was the lead trial lawyer representing lower-income families and individuals who could not afford a lawyer.

4. Schonbrun DeSimone et al., LLP ("SDSHHH") is a unique six partner, twelve lawyer law firm handling civil rights, employment, disability rights and cutting edge civil and human rights issues. In particular, my experience as an employment rights and civil rights lawyer who had handled prior course and scope of employment cases and appeals in the past was instrumental in the successful prosecution of this challenging case. For example, in November of 2007, I was

lead trial counsel in the case of *Benham v. Walgreens et al.* in which the jury awarded \$2.1 million to the Plaintiff for violation of California's Ralph Civil Rights Act and False Arrest. I briefed and argued the Appeal in which the Defendant security guard was found to be in the course and scope of his employment when he impliedly requested sexual favors and, when refused, arrested our client. 2010 WL 761586 (Cal. Ct. App., Mar. 8, 2010). In November of 2012, I was lead counsel in the case of *Harris v. City of Los Angeles*, Case No. BC451880, where the jury awarded \$1,686,000.00 in compensatory and punitive damages on behalf of Plaintiff Allen Harris who was subjected to excessive force by the LAPD. In October of 2010, I was lead trial counsel in the case of *Taylor-Ewing v. City of Los Angeles*, Case No. CV 07-5556 GHK, a jury trial, which resulted in a \$500,000 judgment in favor of my client in a case involving an LAPD Officer's use of excessively tight handcuffs. I was lead counsel in *Charlebois v. Angels Baseball*, Case No. SACV10-853-DOC (ANx) where Judge David Carter recently granted final approval in an injunctive relief case on behalf of wheelchair users who attend baseball games at Angel Stadium in Anaheim, California and stated, in a written opinion: "Moreover, Class Counsel's firm reputation is prestigious and thus on par with its comparator firms. Class Counsel's firm is a major player in litigating cutting edge international human rights cases, as exemplified by law partner Paul Hoffman's February 2012 argument before the U.S. Supreme Court in *Kiobel v. Royal Dutch Petroleum*, Case No.10-1491. One of the members of Class Counsel, DeSimone, has been named by the Daily Journal among the Top 50 Employment Lawyers in the State of California, inclusive of lawyers from top international law firms, for three years in a row."

5.    Our firm's experience as appellate attorneys also provided the foundation for success in this matter.   For example, I was lead counsel for the plaintiff in the precedent setting case of *Mogilefsky v. Silver Pictures*, 20 Cal App. 4th 409 (1993), which was the first published California decision to recognize that same sex harassment violated California's Fair Employment & Housing Act.   I was also lead counsel in the reported case of *Griffith v. Davis*, 161 F.R.D. 687 (1995), which held that the plaintiff could discover documents which pertained to the IRS investigation of the shooting death of a young man killed by an IRS special agent, which included the recorded statement of the IRS special agent. Additionally, I was lead appellate counsel in the case of *Johnson v. United Cerebral Palsy et al.*, 173 Cal.App.4th 740 (2009), a precedent setting case in which the Court of Appeal reversed a summary judgment and directed the trial court to admit evidence of other employees who contended they were subjected to discriminatory conduct similar to that alleged by the Plaintiff.   I was lead appellate attorney in this case and we were fortunate enough to achieve a published appellate decision in *Xue Lu et al. v. United States of America*, 621 F.3d 944 (9th Cir. 2010) reversing dismissal of the case against the United States of America while holding an asylum officer was acting in the course and scope of employment when he demanded sexual favors and money in return for approving asylum applications.

6.    I have authored several articles on employment and civil rights matters and speak often at bar association events and seminars on these topics. I have taught legal seminars on Trial Tactics & Techniques, Discovery in Police Misconduct Cases, Nuts and Bolts of Settlement Agreements in Employment Law Cases, and Current Trends in California Employment Litigation.  The following is a representative list of my speaking engagements: In June of 2007, I taught trial

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES**

3

techniques at a seminar hosted by the Los Angeles County Bar on Successful Trial Techniques in Employment Law Litigation. In September of 2007, I was one of the featured speakers at the California Employment Lawyers Association Annual Employment Law Conference on the topic of "Winning Don't Come Easy, Tales from Trial Lawyers in the Trenches." In January of 2010, I spoke on a panel hosted by the Los Angeles County Bar Association on the topic of "Mastering the Mediation Process, Strategies and Secrets to Maximize Results." In September of 2010, I spoke at a meeting of the Orange County Employment Lawyers Association on the topic of "Maximizing Emotional Distress Damages in Mediation and Arbitration." In March of 2011, I was a panelist for the National Employment Lawyer's Association's Seminar on Trial Advocacy for the Plaintiff's Employment Lawyer on the topic of Direct Examination. In September of 2011, I was a featured speaker at the Consumer Attorney Association of Los Angeles Annual Conference on Hot Topics in Employment Law. In October of 2011, I spoke at the California Employment Lawyer's Association's Annual Conference on the topic of "Social Media for Employment Law Firms." In July of 2012, I was one of the featured speakers at California Employment Lawyer's Association Employment Law Overview. In February of 2013, I spoke at the Los Angeles County Bar's seminar on the topic of employment law torts and contract causes of action. In May of 2013, I was one of the featured trial lawyer speakers at an event hosted by the Santa Monica Bar Association on the Secrets to Success in Trial.

7.     In 2008, I was one of the finalists for Trial Lawyer of the Year for the Consumer Attorneys Association of Los Angeles. In 2009, 2010, 2011, and 2013, I was one of ten or twenty lawyers (depending on the year) honored by the Daily Journal as one of the Top Plaintiff Employment Lawyers in California. In 2009,

2010, 2011, 2012 and 2013, I have been designated as a Super Lawyer in the area of Civil Rights and Employment. In 2013, I was honored as one of the Top 100 lawyers in Southern California by Super Lawyers.

## THE XUE LU CASE

8. When our firm first took this case on in 2000, we knew and understood that it would be extremely difficult to litigate against the United States of America given the immunity issues, our clients' status as asylum applicants with little economic resources and the challenges of obtaining corroborative evidence. When we first met with Xue Lu, we took the case on because of the harm she suffered as a result of Officer Powell's abuse of power but we recognized how challenging it would be to prove what occurred given that it happened behind closed doors when she was alone with Powell. Who was going to believe an asylum applicant who could not speak English against the testimony of an asylum officer who was well versed in manipulative conduct? However, armed with the knowledge that Officer Powell should have never contacted our client directly or been at her apartment, we thought that the implications of the circumstantial evidence of his misconduct might be sufficient. Douglas Ingraham, Ms. Xue's immigration attorney, agreed to represent Ms. Xue throughout this process without further payment, because he, along with our firm, were determined to achieve justice on her behalf.

9. When Mr. Ingraham contacted me and informed me that Officer Powell contacted another one of his clients, Jie Hao, we confronted a dilemma. Powell was a representative of the United States of America and our client was initially reluctant to cooperate with the authorities out of fear and her previous experience with the Chinese government. However, we were able to allay her fears and she

---

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES**

agreed to cooperate once we confidentially informed her of Xue Lu's experience. We consulted with my partners Paul Hoffman and Michael Seplow and Paul was able to get us immediately in touch with Michael Gennaco, Chief of the Civil Rights Section of the United States Attorneys Office.  Mr. Gennaco requested that our client take the courageous step of participating in a sting operation.  Mr. Ingraham and I sat with Ms. Hao and discussed the implications as she made the momentous decision which would change her life.  I believe my then 15 years of experience as both a legal services attorney and a civil rights and employment attorney who had handled numerous sex harassment and assault cases, equipped me to address our clients concerns and fears, and ultimately she decided to risk her safety so that nobody would have to suffer what Xue Lu had already suffered. Mr. Ingraham, who was our paralegal from 1990 through 1995 as he went to law school, also had investigative experience and accompanied Ms. Hao to meet with Detectives from the Office of Inspector General ("OIG").   Our immediate decisive decision to contact the Federal authorities and place our client's trust in them evidences our judgment and experience as committed civil rights lawyers and led to the successful prosecution of Thomas Powell for criminal conduct.

10.     The first seven years of this litigation against the United States of America centered around four successive motions to dismiss, the fourth of which was heard after Powell was criminally convicted by a jury of the same conduct complained of in the civil case. This case involved challenging legal issues, which, at times, involved nuanced distinctions between various federal cases interpreting the Federal Tort Claims Act ("FTCA").  California's case law is also nuanced on this subject as some types of sexually harassing conduct is held to be outside the course and scope of employment.  In reading through the case law, the contradictory nature of some cases could lead to contrary conclusions.  This Court, after give Plaintiffs ample opportunity to amend, dismissed Plaintiff's claims against the

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF REASONABLE ATTORNEY'S FEES**

United States of America in its entirety and wrote a reasoned opinion justifying its ruling. I was lead appellate attorney and the Ninth Circuit was persuaded to reverse that opinion and recognize that Powell's conduct in requesting sexual favors and money in return for approval of our clients' respective asylum applications was in the course and scope of employment. Ultimately, the Ninth Circuit's ruling allowed justice to prevail. This is a case in which we established precedent and this litigation exemplifies the breadth of experience of our law firm in that I handled the Ninth Circuit Appeal as well as the trial.

11.    As a civil rights and employment lawyer, I have litigated and briefed many cases involving the issue of whether an employee is acting in the course and scope of employment under California law. Our law firm brings unique experience to these cases as they involve the intersection of civil rights and employment law. I am an active member of the Consumer Attorneys Association of Los Angeles, California Employment Lawyers Association and National Police Accountability Project and actively participate in each of their list serves. In my observation and experience, there is an employment law bar and a civil rights law bar but civil rights law firms which practice both areas of law are very unique. Moreover, most attorneys will not handle Federal Tort Claims Act cases against the United States because of the limitation of attorney's fees and the bar on a trial by jury. Most experienced and skilled lawyers would not accept a case in which their hourly rates were capped at a rate under $200 an hour. Our experience and commitment as civil rights lawyers enabled us to weather, survive and ultimately thrive in a fourteen year and counting legal battle against a Defendant who has never made a settlement offer and, by all accounts, vows to exhaust all appeals.

12. Based on my experience, legal research, and consultation with the attorneys Paul Hoffman, Erwin Chemerinsky, and Michael Seplow, our confidence in the cause of action for Violation of California Civil Code Section 52.1, given the facts of this case, led to the what proved to be a wise decision to dismiss the *Bivens* action, despite some evidence of notice, because of our confidence in the meritorious appeal. After Plaintiffs prevailed on appeal, Defendant United States had no tenable legal position. Defendant's employee had been found guilty in a criminal court of the same conduct complained of in this civil complaint for which he was found as a matter of law to be acting in the course and scope of his employment. Defendant's refusal to acknowledge its accountability and accept its responsibility when it is legally liable for the conduct of its employee demonstrates that an award of reasonable attorney's fees is warranted pursuant to the EAJA.

## THE LITIGATION HISTORY

13. This is was an incredibly hard fought case commencing with the filing of a lawsuit on February 23, 2001. Plaintiffs Xue Lu and Jie Hao originally filed this action against Thomas Powell, Robert Looney, the United States of America pursuant to the FTCA, and 10 unknown named employees or agents of the United States, alleging claims of deprivation of constitutional rights; negligence; sexual battery; assault and battery; intentional infliction of emotional distress; cruel, inhumane and degrading treatment; interference with right to seek asylum; and gender discrimination, harassment and violence against women. The United States filed a motion to dismiss the FTCA claims against the United States, and then filed an amended motion to dismiss shortly thereafter on June 15, 2001.

14. On December 4, 2001, the District Court granted the United States' motion to dismiss without prejudice. The Court held that: 1) "the facts alleged by Plaintiffs

DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES

8

supporting their claim that Defendant Powell acted within the scope of his employment are insufficient," 2) the negligence cause of action is insufficiently pled and thus, barred by the discretionary function exception, and 3) the sexual battery, assault and battery, and intentional infliction of emotional distress are insufficiently pled. [Docket No. 37].

15.    On December 27, 2001, Plaintiffs filed a First Amended Complaint. The United States filed its motion to dismiss the FTCA claims in the First Amended Complaint, and, on July 3, 2002, the District Court granted the United States' motion to dismiss with leave to amend.    In 2000 and 2001, I personally conducted all of the legal research and wrote the briefing with editing help from Michael Seplow.

16.    On July 25, 2002, the Court stayed the civil case pending resolution of Powell's criminal case, *United States v. Powell*, Crim. No. 02-CR-667-ALL, ER 175, with the exception of Plaintiffs filing the Second Amended Complaint, which was filed on September 10, 2002.  In August 2004, Powell's criminal trial ended in a guilty verdict and he was convicted for deprivation of rights under color of law and bribery by a public official.

17.    On February 23, 2005, the Court granted the parties' joint stipulation to lift the stay. On March 15, 2005, Defendant United States moved to dismiss Plaintiffs' FTCA claim in the Second Amended Complaint ("SAC"). In its May 24, 2005 order, the Court granted the United States' motion to dismiss the second cause of action in the Second Amended Complaint, which alleged that the United States established, promulgated and enforced unconstitutional policies depriving Plaintiffs of their Fifth Amendment Due Process right to a meaningful and fair evidentiary hearing by failing to implement proper procedural safeguards in the

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES**

9

event an asylum officer conducted asylum interviews in a corrupt or adversarial manner. The court granted leave to amend and Plaintiffs filed their Third Amended Complaint ("TAC") on June 16, 2005. On July 11, 2005, the United States filed a motion to dismiss the FTCA claims in the Third Amended Complaint, and, on October 14, 2005, the Court granted the motion, with prejudice.

18.     For the motions to dismiss, which were briefed in 2005, Do Kim and I worked together to conduct the legal research and briefing. The briefing involved a detailed analysis of the mandatory duties of an asylum officer in conducting an asylum hearing, based on the policies of the then Immigration and Naturalization Service ("INS"), the Code of Federal Regulations and Constitutional requirements. It also involved an analysis of the maze of authorities analyzing the Federal Tort Claim Act and immunities.

19.     Thereafter, Plaintiffs' Bivens case against Defendant Robert Looney, Thomas Powell's supervisor, proceeded forward. Plaintiffs for the first time received critical documents from the United States and its agents. However, after a review of documents and taking the deposition of Looney and OIG investigators, it became clear to Plaintiffs' counsel that, despite some evidence of notice, the *Bivens* cause of action was risky and could result in a judgment against Plaintiffs. Accordingly, my clients authorized me to seek an agreement to dismiss the Bivens cause of action and proceed with what Plaintiffs' counsel believed would be a meritorious appeal. On October 4, 2007, the parties reached a settlement and filed a notice of settlement. Critical to that settlement was our ability to pursue an appeal against the United States of America as discussed above. Based on the stipulation of the parties, on May 13, 2007, the Court dismissed with prejudice all individual-

capacity claims against Robert Looney and the 10 unknown named employees or agents of the United States.

20.     On July 1, 2008, the Court entered judgment in this action, in favor of all Defendants and against all Plaintiffs. Plaintiffs timely filed their Notice of Appeal against the United States on August 27, 2008.

21.     The appeals process took a substantial amount of work by Plaintiff's counsel including written briefing and oral argument.   I personally conducted the necessary research and wrote the Appellate Briefing in conjunction with Do Kim, with assistance from Michael Seplow.  The Ninth Circuit issued a decision on September 2, 2010 reversing and remanding Plaintiff's case finding that Powell's actions were within the scope of employment for the tort of intentional infliction of emotional distress and interference with Plaintiffs' civil rights under California Civil Code § 52.1. The Circuit court affirmed the dismissal of Plaintiff's claims under 8 C.F.R. § 208.9, Article 1 § 7 of the California Constitution and the FTCA claim of negligence based on the discretionary function exception.

22.     On December 19, 2008, Do Kim updated me on the Ninth Circuit Court of Appeals assessment conference.  He indicated that the United States indicated they would not offer any more than "nuisance value."   He also stated the mediator informed him that the rate of success in appeals against the United States is in the single digits and it was her opinion that this Appeal had very little likelihood of success.  Upon hearing this, we vowed to continue the Appeal as, in my evaluation, I thought this Appeal had a much higher likelihood of success.

23.     During the first two weeks of 2009, I devoted full time efforts to reviewing each of the successive motions to dismiss, Plaintiffs' opposition, the Courts rulings, legal research and ultimately writing Appellant's Opening Brief.  I was

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF REASONABLE ATTORNEY'S FEES**

assisted by Michael Seplow and Do Kim. In review of the time records, and in exercise of billing discretions, I am not submitting Mr. Kim's hours for this period in that myself and Mr. Seplow were primarily responsible for the briefing.

24.     In April of 2010, my partners Paul Hoffman, Michael Seplow, Michael Morrison and Associates Supreeta Sampath and Courtney Abrams assisted me in preparation for the appellate oral argument. I have exercised billing discretion by not including Mr. Hoffman, Mr. Morrison, Ms. Sampath and Ms. Abram's time in assisting me prepare. Through out the years this case was litigated, Paul Hoffman assisted in an advisory capacity as we developed arguments and prepared briefing on the legal issues. Attached hereto as "Exhibit 1" is the resume of Paul Hoffman which is a testament to his unparalleled work in civil and human rights law. Additionally, Erwin Chemerinsky, is Of Counsel to Schonbrun DeSimone, LLP and responded to questions and reviewed briefing at a few critical junctures in the case. While the legal support of Mr. Hoffman, Mr. Chemerinsky and all the SDSHHH attorneys buttressed the quality of legal assistance provided to the Plaintiffs, in the exercise of billing discretion, we are not submitting requests to be compensated for their time, except for Michael Seplow who assisted in the briefing at critical junctures in his case. Additionally, I have not submitted any of my time for opposing any motion made by Defendant Looney. I have also substantially discounted my time during the period of time we litigated the *Bivens* cause of action. However, the discovery we received regarding the immigration case of our clients was relevant to this action. Thus, I have included some of the time I spent litigating the case during this period but did not include much of the day to day work involved in communicating with defense counsel, routine discovery review, or meeting with co-counsel.

25.     After the Appellate decision, Plaintiff filed a Fourth Amended Complaint on December 21, 2010, pursuant to an order from the District Court. Defendant filed a Motion to Dismiss Plaintiff's Section 52.1 claim. The Court denied Defendant's motion on May 13, 2011.

26.     During the discovery phase, Menaka Fernando and I reviewed thousands of pages of discovery including the entire immigration and criminal files. We were strategically getting ready for trial because, by that juncture, Plaintiff could establish that Powell violated Civil Code Section 52.1 by coercing, threatening, and intimidating each Plaintiff and he did so to interfere with their Right to Asylum. Plaintiff retained expert witness, Stuart Lustig, to testify on the issue of each Plaintiff's damages.

27.     The underlying government action involves the criminal activity of Asylum Officer Powell, employed by the former INS, who under the authority of the United States met privately with both Plaintiffs, who were both found to be vulnerable and harmed by Defendant's conduct.

28.     Instead of acknowledging its responsibility and accepting accountability for the wrongful conduct of its employee, Thomas Powell, the United States engaged in a multi-pronged effort to avoid liability. First, they sought to discredit Xue Lu by attempting to elicit testimony from her philandering ex-husband and instead took the depositions of two of his paramours in an attempt to discredit her marriage to him. Then, they exploited an error made by the gynecologist expert, Dr. William Frumovitz, consulted by Douglas Ingraham and Xue Lu on whether he could show she had been pregnant from a subsequent examination. While it was clear Dr. Frumovitz was reading his own notes wrong, he then also opined that stress could not cause miscarriages, self-selecting some limited surveys while

DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES

13

ignoring important literature in the field connecting a traumatic stressful event such as Xue Lu experienced with a higher incidence of miscarriages. Neither "defenses" undermined the critical point that Ms. Xue was substantially harmed by Powell's request for sexual favors in return for granting her asylum application. It is beyond the pale that the United States of America never appointed a second, neutral asylum officer to examine her case freshly and instead relied on Powell's notes and initial credibility "determination" to defeat her claim for asylum up through the Ninth Circuit. Not only was this underlying abuse of power by Powell and the INS's decision not to provide Ms. Xue with a second asylum interview not justified given the circumstances, but so too was the United States' position to defend the immigration findings throughout the civil litigation. For example, it was the United States position before the civil trial in this case that Immigration Judge Blither's denial of Ms. Xue's asylum application and adverse credibility findings (based on Powell's initial denial) should be dispositive and Plaintiff should be precluded from admitting evidence of these issues at trial. *See* Def.'s Motion in Limine re issue preclusion, Docket No. 229.

29.    During the discovery period, in 2012, I defended the depositions of Doug Ingraham and James Sweeney. Each of them were able to confirm the harm suffered by Xue Lu and Jie Hao at the time of Powell violated their rights, but it was ultimately decided that their testimony at trial was not needed by either side.

30.    In April of 2012, Plaintiff attempted in good faith to schedule Xue Lu's deposition in Hong Kong. The United States resisted that effort and insisted that the deposition either take place in Los Angeles or she dismiss her case. Plaintiff was forced to seek Court intervention to permit the taking of Plaintiff's deposition and the preservation of her testimony at the trial in this matter. I personally

traveled to Hong Kong where I met with Ms. Xue in the week prior to the deposition. I spent two days with an interpreter and Ms. Xue reliving these horrific events with her and witnessed first hand its impact on her life. Ms. Xue risked her safety to assist the United States but the United States, without any legal basis or justification, allowed the asylum officer who violated her right to a fair and neutral asylum hearing to taint the proceedings of her asylum application. This fact both justifies the award of attorneys' fees and also serves to underscore the deep emotional harm Powell caused Ms. Xue.

31.     As for Jie Hao, on October 26, 2012, the United States filed yet a sixth dispositive motion, for Summary Judgment against Jie Hao only, based on the frivolous assertion that Ms. Hao consented to Powell's conduct and therefore could not claim that she was threatened and coerced. While Ms. Hao consented to participate in a sting operation led by the OIG after her immigration attorney, Doug Ingraham, informed the OIG of Officer Powell's sexual assault and demand for sexual favors from his other client Xue Lu, Ms. Hao did not consent to Powell's extortion, intimidation by sexual aggression and coercive conduct against her. Defendant United States ignored the totality of the circumstances of Powell's coercive conduct, as well as the limited consent agreed to by Ms. Hao. Ms. Fernando took the lead on the briefing and I also conducted legal research, reviewed, and edited all briefing. Ms. Fernando is a very skilled advocate and excellent legal writer and we worked effectively as a team to oppose the summary judgment. Predictably, the Motion was denied on February 12, 2013.

32.     Defendant's knowingly and recklessly claimed in its papers throughout the course of litigation that Plaintiff Xue and Hao's injuries stemming from Powell's demand for sexual favors and money were merely "allegations." *See e.g.* United

DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF REASONABLE ATTORNEY'S FEES
15

States of America's Motion for Summary Judgment With Respect to All Claims By Plaintiff Jie Hao, Docket No. 195, filed on October 26, 2012. Defendant knew, prior to the onset of litigation, through videotape and audio-recorded evidence, of Officer Powell's abuse of power.

33. Although Officer Powell's outrageous abuse of power was videotaped and recorded, the United States delayed Ms. Hao's immigration proceedings during the criminal prosecution of Powell, causing her a long ordeal in obtaining legal status and being reunited with her family. Yet, the United States' litigation position was to defend the unjustified delay in Ms. Hao's immigration proceedings and attempt to absolve itself from accountability. However, contrary to the United States' position, the Court found that the delay in the adjudication of Ms. Hao's asylum application aggravated her stress and depression originally caused by her interactions with Powell. *See* Order re: Findings of Fact and Conclusions of Law, Docket No. 278 August 5, 2013, ¶68.

34. Ms. Fernando also took the lead in initial drafts of all pre-trial documents and I was also actively involved in review and revision. The motions in limine presented some challenging issues on which substantial briefing was submitted. We also prepared a Trial Brief to crystallize the issues for trial.

35. The presentation of damages in this matter presented some challenges in that Plaintiffs did not have physical injuries or demonstrable economic losses. While they were each harmed substantially by Powell's conduct, they utilized alternative treatment. With the assistance of expert witness Stuart Lustig and utilizing our experience arguing non-economic damages, I spent substantial time developing an Opening Statement which both established liability and discussed the many different ways each Plaintiff was harmed. This experience was also

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES**

16

essential in preparing Ms. Xue for her trial testimony by way of deposition and Ms. Hao for her trial testimony. The cross-examination of Dr. Frumowitz was challenging in that he is an experienced expert witness. However, we were at least able to call into question some of his conclusions and his testimony actually helped establish how much harm Ms. Xue suffered. In closing argument, we provided an extensive legal analysis supporting liability while focusing on compensation for the harm suffered by each Plaintiff.

36.    At the trial of this matter, Defendant continued to argue that Plaintiffs' claims were barred by the intentional tort exception under the FTCA (28 U.S.C. §2680(h)) even after the Ninth Circuit ruled otherwise. The Ninth Circuit ruled that the emotional distress suffered by Plaintiffs as a result of the demand for sexual favors and money is an injury distinct from battery. *Xue Lu v. Powell*, 621 F.3d 944, 950 (9th Cir. 2010). The Court also held that IIED occurred in each instance in which Powell demanded money or sexual gratification from Ms. Xue or Ms. Hao as a condition for exercising his discretion in favor of asylum. *Id.* Such actions were injurious to Plaintiffs but Defendant continued to frivolously maintain there was no violence committed by these actions and thus Plaintiffs failed to allege a claim under the Bane Act. *See* Defendant's Motion to Dismiss Plaintiffs Fourth Amended Complaint, Docket No. 157. My closing argument addressed those points to establish that Plaintiffs submitted sufficient evidence to satisfy the requirement of each cause of action while demonstrating that Defendants had no legal authority for the legal positions it took at trial.

37.    Litigating this case with a team of skilled attorneys was instrumental in achieving ultimate success. As noted above, having the expertise of Paul Hoffman

**DECLARATION OF V. JAMES DESIMONE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES**

17

and Erwin Chemerinsky to rely on was invaluable. Michael Seplow, who has been with our firm since 1992, is an experienced civil rights attorney who skillfully assisted in the briefing of issues in this case, especially on appeal. Michael D. Seplow graduated Magna Cum Laude from Duke University in 1985, with an A.B. degree in Public Policy Studies. He received his J.D. degree from UCLA School of Law in 1990, where he ranked in the top 15 percent of his class. During law school, he served as an extern for the Honorable Abner J. Mikva on the United States Court of Appeals for the District of Columbia Circuit. While at SDSHHH, Mr. Seplow has had an active role in several successful civil rights and employment cases, including a total settlement in excess of $3.75 million dollars in a case in which a mentally disabled Los Angeles resident was wrongfully imprisoned in New York State for two years (*Sanders Lee v. New York State Dept of Correctional Services,* et al.), which resulted in a published decision (*Lee v. City of Los Angeles*, 250 F.3d 668 (9th Cir. 2001). In July 2002, Mr. Seplow was the subject of a profile in the Los Angeles Daily Journal's Verdicts & Settlement feature as a result of his work in the Sanders Lee case. Mr. Seplow's appellate expertise is exemplified by his work in the case of *Maynas Carijano v. Occidental Petroleum*, Case No. 07-5068 PSG, in which SDSHHH is one of several counsel representing residents of a remote area of Peru who are suing for environmental contamination to their native land. Mr. Seplow was one of a team of lawyers who worked on a successful appeal before the Ninth Circuit Court of Appeals which

reversed the District Court's dismissal of the action based on the doctrine of forum non-conveniens. (*Maynas Carijano v. Occidental Petroleum Corp.*, 643 F.3d 1216 (9th Cir. 2011)).

38.    Do Kim, an Associate in our firm, provided dedicated and tenacious representation between 2004 and 2008. In 2007, Mr. Kim and I co-counseled in a Los Angeles Superior Court trial in which we achieved a $2.1 million verdict on behalf of Alicia Benham, who was subjected to threats of violence after being arrested by a security guard working at Walgreens. One of the Defendants' main arguments was that the security guard was acting outside the course and scope of employment when he engaged in conduct that was sexually harassing. Mr. Kim and I skillfully navigated California tort law and prevailed at both the trial and appellate level where it was held that the security guard's conduct in impliedly requesting sex while threatening violence based on our client's gender was in the course and scope of employment. The expertise developed in the *Benham* case was very unique in that it addressed the course and scope of employment and liability under the Bane and Ralph's civil rights acts.

39.    Similarly, Menaka Fernando is a highly skilled and talented Associate who worked tirelessly to help achieve success in this case. Ms. Fernando was essential in our achieving $1.6 million jury verdict in the trial of *Harris v. City of Los Angeles*, et. al, an excessive force case in which Plaintiff successfully litigated a Bane Act (Cal. Civ. Code §52.1) claim, the same cause of action we prevailed on

in this matter. Ms. Fernando was responsible for preparing the initial drafts of Trial Briefs and Plaintiffs' Opposition to Defendants' Motion for Nonsuit on Plaintiffs California Civil Code §52.1 claim. During that time she gained much experience and specialized knowledge in the area of civil rights litigation under that statute and used that special knowledge and skill to help successfully litigate Ms. Lu and Ms. Hao's case against the United States.

40.     Further, co-counsel Douglas Ingraham has specialized experience and knowledge in immigration and asylum law that has been invaluable to the litigation of this case. Mr. Ingraham has represented numerous refugees from China, Burma, Indonesia, Guatemala, Mongolia and Iran. He has represented the founder of the Zhong Gong Spiritual movement who had to flee arrest and probable execution in China. He has two published decisions in this area of the law, each of which established beneficial precedent to asylum applicants, *Quan v. Gonzales* 428 F.3d 883 (2005) and *Li v.Holder*, 629 F.3d 1154 (2011). There are not many immigration attorneys who work without getting paid, but Ms. Ingraham represented Xue Lu through the immigration court process up through and including the Ninth Circuit. For Ms. Hao, he arranged her second asylum interview in Boston and he attended her referral to immigration court and her subsequent trial in immigration court, all without compensation to date.

41.     The attorneys and other staff carefully documented the work they did by maintaining detailed time records, explaining the time spent broken down by date

and activity. As discussed above, Plaintiffs' counsel have not recorded a great deal of time they thought was appropriate to omit in the exercise of billing judgment. True and correct copies of the billing records in this matter are attached hereto as the following: "Exhibit 2"-Billing Summary of Time Records reflecting reasonable market rates; "Exhibit 3"- Billing Summary of Time Records reflecting reasonable market rates for only Attorneys V. James DeSimone, Do Kim, Menaka F. Fernando and Mike Seplow and EAJA rates for all other attorneys of record and paralegal staff; "Exhibit 4"-Billing Record for V. James DeSimone; "Exhibit 5"- Billing Record for Menaka F. Fernando; "Exhibit 6"-Billing Record for Do Kim; "Exhibit 7"- Billing Record for Mike Seplow; "Exhibit 8"- Billing Record for Douglas Ingraham; "Exhibit 9"- Billing Record for Kunti Dudakia; "Exhibit 10"- Billing Record for Fatemeh Mashouf; "Exhibit 11"- Billing Record for Courtney Abrams; "Exhibit 12"- Billing Record for Bill Clifton; "Exhibit 13"- Billing Record for Emma Huang.

## PLAINTIFF'S ATTORNEYS FEES REQUEST IS FAIR AND REASONABLE.

42.    The critical importance of having civil rights law firms dedicated to achieving justice in these matters is well-recognized by the Ninth Circuit as reflected by the Court's opinion in *Moreno v. City of Sacramento* : "'If private citizens are to be able to assert their civil rights, and if those who violate the Nation['s] fundamental laws are not to proceed with impunity, then citizens must have the opportunity to recover what it costs them to vindicate these rights in

court.'" 534 F.3d 1106, 1111(9th Cir. 2008), quoting S.Rep. No. 94-1011, at 2 (1976), as reprinted in 1976 U.S.C.C.A.N. 5908, 5910.

43.     In my experience in civil rights litigation, the chances of success involve a substantial risk of time effort and costs. The nature of this case required a very extensive commitment of time by all of the involved attorneys. Given the challenges faced in these kinds of cases, it is respectfully submitted that the Plaintiff's verdict in this case was the result of the combined efforts and skill of the involved attorneys, and counsel should be awarded the requested lodestar fees based on market rates given the many challenges we met and the risks we overcame.

I declare under the penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on September 5, 2013 in Venice, California.

V. James DeSimone

# EXHIBIT 1

**PAUL LINDSEY HOFFMAN**
SCHONBRUN, DeSIMONE, SEPLOW
HARRIS & HOFFMAN LLP
723 OCEAN FRONT WALK
VENICE, CALIFORNIA 90291
310-396-0731; 310-399-7040 (FAX)
HOFFPAUL@AOL.COM
WWW.SDSHH.COM

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| March 1994 - Present | Private Practice<br>Schonbrun De Simone Seplow Harris Hoffman & Harrison LLP<br>Venice, California (1999-Present) |
| | Bostwick & Hoffman LLP (1994-1999) |
| | *Practice areas*: civil rights generally; police misconduct; First Amendment; international human rights; employment; defamation; criminal appeals. |
| September 1984 - February 1994 | Legal Director, ACLU Foundation of Southern California<br>Los Angeles, California |
| | Directed the legal program of the ACLU in Southern California which included the supervision of ten staff attorneys and more than 100 volunteer attorneys with a docket of approximately 200 pending cases in every area of civil liberties and civil rights practice. Litigated a full docket of cases in all areas of the ACLU's policies, especially police misconduct litigation. Coordinated ACLU International Human Rights Task Force (1991-2000). |
| August 1976 - August 1981 | Associate Attorney (Litigation Department)<br>Loeb and Loeb, Los Angeles, California |
| | *Practice areas*: securities regulation, bankruptcy, contracts, business torts, real estate, copyright, defamation and constitutional law. |

October 1976 -  Volunteer Attorney - ACLU Foundation of Southern California
Present          Los Angeles, California

> Litigated dozens of civil rights/civil liberties cases from 1976 to 1984 and from 1994 to the present in all areas of the ACLU's work. Lead counsel in *Coalition Against Police Abuse v. Board of Police Commissioners* (the "police spying" cases); *Wilkinson v. FBI* (a challenge to the FBI's COINTELPRO operation against the National Committee To Abolish HUAC); and *Antelli v. City of Hawthorne* (illegal searches of more than 40 homes). "Of Counsel" to the ACLU Foundation (1994 to present).

## AWARDS

William J. Butler Human Rights Medal, Urban Morgan Institute for Human Rights, University of Cincinnati School of Law (2011)

Cox Price Human Rights Award, University of Denver Law School (2009)

Judith Lee Stronach Human Rights Award, Center for Justice and Accountability (2007)

Co-Civil Rights Attorney of the Year, California State Bar (2006) (for work on Doe v. Unocal)(with Dan Stormer and Anne Richardson)

Los Angeles Business Journal Top Trial Lawyer (1999)

100 Most Influential Lawyers of California (1998)

Clarence Darrow Award (1984) for outstanding First Amendment advocacy for work on the policy spying cases

## TEACHING EXPERIENCE

### FULL-TIME

August 1981 -  Associate Professor, Southwestern University School of Law
July 1984      Los Angeles, California

> **Courses:** Criminal Law and Procedure, Federal Courts, Civil Rights Litigation Seminar, International Human Rights Law, Public International Law, Contracts. Co-Director (with Stanley Fleishman) of Clinic on the rights of people with disabilities and the elderly.

2

**ADJUNCT TEACHING**

| 2001 - Present | Visiting Fellow and Tutor, Kellogg College, Oxford University |
|---|---|
| June 1980 - Present | UCI School of Law |
| | Oxford University/George Washington School of Law |
| | Human Rights Program |
| | Oxford University Master of Studies Program |
| | Stanford Law School |
| | UCLA School of Law |
| | USC Law School |
| | Loyola Law School |
| | Southwestern University School of Law |

More than 50 separate courses taught, including First Amendment, Civil Rights Litigation, Rights of Persons with Disabilities and the Elderly Clinic (Southwestern with Stanley Fleischman), Constitutional Law Seminars on Equality and privacy, International Human Rights, International Human Rights Clinic (USC) International Criminal Justice, Police Abuse Litigation, Slander, Libel, and the First Amendment and AIDS and the Law. Currently directing an International Human Rights Litigation Clinic at UCI Law School.

## OTHER PROFESSIONAL ACTIVITIES

### BAR ASSOCIATION AND RELATED ACTIVITIES

Member, California Academy of Appellate Lawyers (elected May 2000)

Co-Chair, International Human Rights Committee, ABA Section on International Law and Practice (1999-2000)

Member, Los Angeles Copyright Society (1997 - present)

Lawyer Representative, Ninth Circuit Judicial Conference (1989-1992)

Member, Committee on Private Bar Involvement in Pro Bono Work, The State Bar of California (1988-1991)

Program Coordinator, International Human Rights Committee, ABA Section on Individual Rights and Responsibilities (1984-1988)

Committee on Human Rights, The State Bar of California (1983-1986)

Executive Committee, Section on Individual Rights and Responsibilities, Los Angeles County Bar Association (1985-1987)

Executive Committee, International Law Section, Los Angeles County Bar Association (1982-1986)

Arbitrator (legal fee disputes), Los Angeles County Bar Association (1980-1983)

Arbitrator, American Arbitration Association, Commercial Panel (1981-1985)

Vice-Chair, Arbitration Committee, Los Angeles County Bar Association (1982-1983)

Judge Pro Tem, Los Angeles Municipal Court (Small Claims)(1983-1984)

## REPRESENTATIVE SAMPLE OF INTERNATIONAL HUMAN RIGHTS ACTIVITIES

**Amnesty International:** 2002-2004 Chair of AI's 9 member International Executive Committee ("IEC") which oversees AI's operations throughout the world. IEC Member from 1999 to 2005. Chair of AI's International Strategic Planning Committee (2007-2009). Chair of AI's International Council Meeting 1991-1997. Alternative Chair 1989-1991. Chair of December 1998 International Summit of Human Rights Defenders (Paris, France). Member of several human rights missions, diplomatic missions (e.g. as a delegate to United Nations meetings) and trial observations for AI.

**Amnesty International - USA:** Chair of the Board (1997-99, 1988-89); Member, Executive Committee (1984-89, 1992-94, 1997-99); Member of Board (1983-89), 1992-94, 1996-99); Founder and National Coordinator, AIUSA Legal Support Network (1982-87); Served on numerous AIUSA committees and task forces.

**Human Rights Watch**: Member of California Committee since its inception; Member of Advisory Committee of Asia Watch; Research mission to Ethiopia (1994).

**Article 19 (International Centre Against Censorship):** Member of International Board (1999-2005); Chair of 1995 International Conference on Freedom of Expression and National Security (Johannesburg, South Africa).

**Center for Justice and Accountability**: Co-Founder and Member of Legal Advisory Committee.

4

## EDUCATION

**LEGAL**

New York University School of Law, J.D., June 1976

*Honors/Activities:*

Staff Member, Annual Survey of American Law (1974-1976)

Research Associate, International Law Program,
Carnegie Endowment for International Peace (1975-1976)

Law Clerk, Manhattan Legal Services
(N.Y.U. Public Interest Clinic) (1974-1975)

RFK Fellow, Office of Congressman Jonathan Bingham, Washington, D.C.
(1974) (responsible for foreign policy related issues, issues relating to
Watergate and tax reform).

**GRADUATE**

The London School of Economics and Political Science,
M.Sc. (Econ.), June 1973

**UNDERGRADUATE**

The City College of the City University of New York, B.A., June 1972

Major:              International Relations
Class Standing:     Top 5%
Honors:             Phi Beta Kappa
                    Magna Cum Laude
                    Regent's Scholarship

5

## SELECTED PUBLICATIONS

### Books

Steinhardt, Hoffman and Camponovo, Human Rights Lawyering: Cases and Materials (West Publishing)(2009)

Stephens, Ratner, Chomsky, Green and Hoffman, International Human Rights Litigation in U.S. Courts (2d ed Martinus Nijhoff 2007).

Coliver, Hoffman, Fitzpatrick & Bowen, (Editors), "Security and Liberty: National Security, Freedom of Expression and Access to Informtaion," (Martinus Nijhoff 1999) ("Secrecy and Liberty")

### Articles

International Human Rights Cases Under State Law and in State Courts, 3 UCI L. Rev. 9 (2013) (with Beth Stephens)

The Alien Tort Statute: An Introduction for Civil Rights Lawyers, 2 L.A. Pub. Int. L. J. 129 (2010) (with Adrienne Quarry)

Celebrity Prosecutions: Punishing Pundits: *People v Dyleski* and the Gag Order As Prior Restraint in High-Profile Cases, 39 Loy. L.A. L. Rev 1197 (2006) (with Michael Seplow)

Wartime Security and Constitutional Liberty: Justice Jackson, Nuremberg and Human Rights Litigation, 68 Alb. L. Rev. 1145 (2005)

Holding Human Rights Violators Accountable By Using International Law in U.S. Courts: Advocacy Efforts and Complementary Strategies, 19 Emory L. Rev. 169 (2005)(with Sandra Coliver and Jennifer Green)

The Rules of the Road: Federal Common Law and Aiding and Abetting Under the Alien Tort Claims Act, 26 Loy. L.A. Int'l & Comp L. Rev. 47 (2003)(with Daniel Zaheer)

Pursuing Crimes against Humanity in the United States: The Need for a Comprehensive Liability Regime, in Justice for Crimes Against Humanity, Eds M. Lattimer and P. Sands(Hart Publishing 2003)(with William Aceves)

Using Immigration Law to Protect Human Rights: A Critique of Recent Legislative Proposals, 23 Mich. J. Int'l L. 733 (2002)(with William Aceves)

6

*International Human Rights Law and Police Reform, in Zero Tolerance:
Quality of Life and the New Police Brutality in New York City* (NYU Press
2001) Eds. A. McArdle and T. Erzen.

Using Immigration Law to Protect Human Rights: A Legislative Proposal,20
Mich. J. of Int'l L. 657 (1999)(with William Aceves)

Safeguarding Liberty: National Security, Freedom of Expression and Access
to Information: United States of America, (with Kate Martin) in Secrecy and
Liberty.

The Gag Order in the O.J. Simpson Civil Action:  Lessons to be Learned?,17
Loyola Ent. L.J. 333 (1997)

The 'Blank Stare Phenomenon':  Proving Customary International Law in U.S.
Courts, 25 Ga. J. Int'l and Comp. Law 181 (1996)

Enforcing International Human Rights Law in the United States,
in Human Rights: An Agenda for the Next Century, American Society
of International Law (1994) (with Nadine Strossen)

Double Jeopardy Wars: The Case for a Civil Rights 'Exception,'
41 UCLA L. Rev. 649 (1994)

The Feds, Lies and Videotape: The Need for an Effective Federal Role
in Controlling Police Abuse in Urban America, 66 So. Cal. L. Rev. 1453 (1993)

The Elimination of Torture:  International and Domestic Developments,
9 International Lawyer 1351 (Fall 1985) (with Linda Brackins)

Public Interest Lawyers:  Three Success Stories, Los Angeles Lawyer
(December 1984) (subject of the article)

Book Review, Hannum, "Guide to International Human Rights Practice," and
Meron, "Human Rights in International Law:  Legal and Policy Issues,"
18 International Lawyer 741 (Summer 1984)

The Police Spying Settlement:  New Safeguards for Political Expression,
Los Angeles Lawyer (May 1984) (with Robert Newman)

The Application of International Human Rights Law in State Courts:
A View from California, 18 The International Lawyer 59 (Winter 1984)
(Symposium)

*Trade Union Rights Under Article 11 of the European Convention of Human
Rights, 5 Comparative Labor Law 149 (1982)*

Assignment to Trial Department; Motions; Procedure in Chambers,
in California Civil Procedure During Trial (C.E.B. 1982) (with Dale L.
Gronemeier).

Environmental Law/The Clean Air Act Amendments, 1974/75 Annual Survey
of American Law 641.

The Right of Self-Determination in Very Small Places, 8 N.Y.U. Journal of
International Law and Politics 331 (1976) (with Professor Thomas M. Franck).

Author of dozens of articles for a variety of publications, including the
newsletters and magazines of various organizations, on civil liberties, civil
rights and international human rights issues. See, e.g., "The United Nations
and the Death Penalty," in The Universal Declaration of Human Rights 1948-
1988: Human Rights, The United Nations and Amnesty International, at 89-99
(Published by AIUSA in Fall 1988)(with Zazi Pope); "The Use of International
Law in ACLU Cases" (paper presented at ACLU Biennial Conference,
Madison, Wisconsin, June 1989, updated in 1991 for the ACLU Biennial
Conference in Burlington, Vermont).

From 1991 to 2000 Editor of the ACLU International Civil Liberties Report.

Numerous op-ed pieces on civil liberties and international human rights topics
in the Los Angeles Times, the Daily News, the Los Angeles Daily Journal,
Newsday and the Herald Examiner.

Frequent speaker on civil and international human rights issues at dozens of
CLE programs, law school talks, symposia, bar association meetings, and
other public events. See, e.g., XII N.Y.L. Sch. J. Hum.Rts. 599 (1995)(re
human rights trials in Ethiopia).

## SELECTED CASES

Asterisks denote cases I argued or on which I was lead counsel. I have been
involved in more than one hundred appeals in one capacity or another.

### United States Supreme Court

Kiobel v Royal Dutch Petroleum, 133 S. Ct. 1659 (2013)(argued twice)*
(Extraterritorial application of the Alien Tort Statute).

Holder v Humanitarian Law Project, 130 S. Ct. 2705 (2010)
(Free Speech)

8

Scheidler v. National Organization for Women, Inc., 547 U.S. 9 (2006)
(Threats of Violence/Hobbs Act)

Van Order v. Perry, 545 U.S. 9 (2005)
(Establishment Clause)

Muehler v Mena, 544 U.S. 93 (2005)(argued)*
(Wrongful Detention)

Sosa v Alvarez-Machain, 542 U.S. 692 (2004)(argued)*
(Alien Tort Statute)

Sandin v. Conner, 515 U.S. 472 (1995)(argued)*
(Prisoners Rights, Due Process)

United States v. Alvarez-Machain, 504 U.S. 655 (1992)(argued)*
(Extradition Treaty, International Law)

Lockyer v Andrade, No 01-1127 (argued November 5, 2002)(co-counsel)
(Three Strikes case)

Reno v. Arab-American Anti-Discrimination Committee, 119 S.Ct. 136 (1999)
(Immigrants Rights, Federal Jurisdiction)

Reno v. Flores, 507 U.S. 292 (1993)
(Immigrant Rights, Due Process)

San Francisco Arts & Athletics, Inc. v. U.S. Olympic Committee, 483 U.S. 522
(1987)
(First Amendment, Trademark)

Board of Directors of Rotary Int'l v. Rotary Club of Duarte, 481 U.S. 537
(1987)
(Sex Discrimination)

Crawford v. Board of Education, 458 U.S. 527 (1982)
(Desegregation)

**Circuit Courts**

> *Mirmehdi v United States*, 689 F. 3d 975 (9th Cir 2012)\*
> (Wrongful Detention/Bivens/FTCA)
>
> *Flomo v. Firestone Nat. Rubber Co., LLC*, 643 F. 3d 1013 (7th Cir. 2011)\*
> (Corporate Liability under the ATS)
>
> *Doe v Exxon Mobil Corp.*, 654 F. 3d 11 (D.C. Cir. 2011)\*
> (Miscellaneous ATS issues)
>
> *Ali v Rumsfeld*, 649 F. 3d 762 (D.C. Cir. 2011)
> (FTCA/ATS claims arising out of Abu Ghraib)
>
> *Kiobel v Shell Petroleum Inc,* 621 F. 3d 111 (2d Cir. 2010)\*
> (Corporate Liability under Alien Tort Statute)
>
> *Balintulo v. Daimler AG et al.*, No. 09-2778-CV (2d Cir., argued
> Jan. 11, 2010)\*
>
> *Presbyterian Church of Sudan v. Talisman Energy, Inc.*, 582 F.3d 244
> (2d Cir. 2009)\*
>
> United States v. Peterson, 538 F. 3d 1064 (9th Cir. 2008)\*
> (Criminal appeal)
>
> *Khulumani v Barclay National Bank Ltd.*, 504 F. 3d 254 (2d Cir. 2007) (the
> Apartheid cases)\*
>
> *Mujica v Occidental Petroleum Corp (*argued April 2007, 9th Cir)
> (Alien Tort Statute)\*
>
> *El-Masry v United States*, 479 F. 3d 296 (4th Cir. 2007)
> (Extraordinary Rendition)
>
> *Blankenhorn v City of Orange*, 485 F. 3d 463 (9th Cir 2007)
> (Police Misconduct)
>
> *Johnson v County of Los Angeles,* 340 F. 3d 787  (9th Cir. 2003)\*
> (*Qualified Immunity issue)
>
> *Mena v City of Simi Valley*, 332 F.3d 1255 (9th Cir 2003)\*
> (Qualified immunity issue; judgment affirmed)
>
> *Alvarez v United States,* 331 F. 3d 604 (9th Cir. 2003)(*en banc)\**
> (ATCA judgment affirmed; FTCA claims allowed to proceed)

10

*Doe v Unocal*, 395 F. 3d 932 (9th Cir. 2002)*
(argued *en banc* June 17, 2003, vacated based on settlement)
(ATCA corporate complicity case)

*Brown v Li*, 308 F. 3d 939 (9th Cir. 2002)*
(Student First Amendment rights)

*Papa v United States*, 281 F. 3d 1004 (9th Cir. 2002)*
(Civil Rights, International Human Rights)

*Alvarez-Machain v United States*, 266 F. 3d 1045 (9th Cir 2001)*
(Civil Rights, International Human Rights)(taken en banc see above)

*United States v Messer*, 197 F. 3d. 330 (9th Cir 1999)*
(Speedy Trial Act, conviction overturned)

*Maktab Tarighe Oveyssi Shah Maghsoudi, Inc. v. Kianfar*, 179 F.3d 1244 (9th Cir. 1999)*
(First Amendment, Trademark)

*United States v. Phillips*, 174 F.3d 1074 (9th Cir. 1999)*
(Criminal Law)

*Martinez v. City of Los Angeles*, 141 F.3d 1373 (9th Cir. 1998)*
(Police Misconduct, International Human Rights)

*Alvarez-Machain v. United States*, 107 F.3d 696 (9th Cir. 1997)*
(Federal Tort Claims Act, Torture Victim Protection Act, Constitutional Law)

*Hilao v. Estate of Marcos*, 103 F.3d 789 (9th Cir. 1996)*
(International Human Rights)

*Abebe-Jira v. Negewo*, 72 F.3d 844 (11th Cir. 1996)*
(International Human Rights)

*Standing Committee v. Yagman*, 55 F.3d 1430 (9th Cir. 1995)
(First Amendment)(*Amicus*)

*Siderman v. Republic of Argentina*, 965 F.2d 699 (9th Cir. 1992)
(International Human Rights, Foreign Sovereign Immunity)

*American-Arab Anti-Discrimination Committee v. Thornburgh*, 970 F.2d 501 (9th Cir. 1991)*
(First Amendment, Immigrants Rights)

*United States v. Aguilar*, 871 F.2d 1436 (9th Cir. 1989)
(International Human Rights, Sanctuary Case)

11

*Chalk v. United States District Court*, 840 F.2d 701 (9th Cir. 1988)*
(AIDS Discrimination)

*Levine v. United States District Court*, 775 F.2d 1054 (9th Cir. 1985)*
(First Amendment, Gag Order)

*Martin v. International Olympic Committee*, 740 F.2d 670 (9th Cir. 1984)
(Sex Discrimination)

### District Court Cases

*In re S. Africa Apartheid Litig., 617 F. Supp. 2d 538 (S.D.N.Y. 2009)**

*Bowoto v Chevron Corp, 481 F. Supp. 2d 1010 (N. D. Cal. 2007)*
*(Alien Tort Statute, corporate complicity)*

*Mujica v Occidental Petroleum Corp, 381 F. Supp. 2d 1134 and 1164 (C.D. Cal 2005)**
*(Alien Tort Statute, corporate complicity)*

*Mehinovich v Vuckovic, 198 F. Supp 2d 1322 (N.D. Ga 2002)**
*(International Human Rights, $142 million judgment obtained)*

*Doe v. Unocal, 963 F.Supp. 880 (C.D. Cal. 1997)**
*(International Human Rights)*

*Johnson v. County of Los Angeles, 865 F. Supp. 1430 (C.D. Cal. 1994)**
*(First Amendment)*

*Wilkinson v. United States, 774 F. Supp. 1360 (N.D. Ga 1991)**
*(Due Process)*

*American-Arab Anti-Discrimination Committee v. Meese, 714 F. Supp 1060 (C.D. Cal. 1989)**
*(First Amendment)*

*Rogan v. City of Los Angeles, 668 F. Supp 1384 (C.D. Cal. 1987)**
*(Civil Rights, Due Process).*

*Thomas v. Atascadero Unified School District, 662 F. Supp 376 (C.D. Cal. 1987)**
*(AIDS Discrimination)*

*Wilkinson v. FBI, 633 F. Supp 336 (C.D. Cal. 1986)**
*(Freedom of Information Act)*

*Handel v. Artukovic, 601 F. Supp 1421 (C.D. Cal. 1985)*
*(International Human Rights)*

*Wilkinson v. FBI, 99 F.R.D. 148 (C.D. Cal. 1983)\**
*(Civil Rights, Archival Privilege)*

**California Supreme Court**

*People v. Mitcham, 1 Cal. 4th 1027 (1992)\**
*(Death Penalty)*

**California Court of Appeal**

*Macias v County of Los Angeles, 144 Cal. App. 4th 313 (2006)*
*(Police misconduct)*

*People v Brown, 100 Cal. Rptr 2d 211 (2000)\**
*(Criminal appeal)*

*Del Rio v. Jetton, 55 Cal. App. 4th 30 (1997)\**
*(SLAPP Suit Defense)*

*City of Huntington Park v. Superior Court, 34 Cal. App. 4th 1293 (1995)\**
*(Civil Rights, Police Misconduct)*

*McCarthy v. Fletcher, 207 Cal. App. 3d 130 (1989)\**
*(First Amendment)*

*Ketchens v. Reiner, 194 Cal. App. 3d 470 (1987)\**
*(First Amendment)*

*Rubin v. City of Los Angeles, 190 Cal. App. 3d 560 (1987)\**
*(First Amendment, State Secrets Privilege)*

*Coalition Against Police Abuse v. Superior Court, 170 Cal. App. 3d 888 (1985)\**
*(Civil Rights, First Amendment, Privacy)*

13

# EXHIBIT 2

Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)
Attorney Fee Summary

| | Rate Per Year | DeSimone Hours | DeSimone Fees | Rate Per Year | Seplow Hours | Seplow Fees | Rate Per Year | Ingraham Hours | Ingraham Fees |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | $725.00 | 138.2 | $100,195.00 | $660.00 | | | $575.00 | | |
| 2012 | $695.00 | 145.3 | $100,983.50 | $630.00 | 1.1 | $693.00 | $540.00 | 0.7 | $378.00 |
| 2011 | $675.00 | 48.3 | $32,602.50 | $610.00 | 1.3 | $793.00 | $515.00 | 22.9 | $11,793.50 |
| 2010 | $650.00 | 71.3 | $46,345.00 | $590.00 | 1.7 | $1,003.00 | $490.00 | 1.2 | $588.00 |
| 2009 | $625.00 | 106 | $66,250.00 | $575.00 | 21.5 | $12,362.50 | $450.00 | | |
| 2008 | $600.00 | 9.7 | $5,820.00 | $550.00 | | | $425.00 | 1.2 | $510.00 |
| 2007 | $585.00 | 49.2 | $28,782.00 | $525.00 | 0.3 | $157.50 | $400.00 | 0.4 | $160.00 |
| 2006 | $575.00 | 23 | $13,225.00 | $500.00 | 0.5 | $250.00 | $335.00 | 0.4 | $134.00 |
| 2005 | $550.00 | 87.4 | $48,070.00 | $440.00 | 0.6 | $264.00 | $300.00 | | |
| 2004 | $470.00 | 4.4 | $2,068.00 | $400.00 | 0.7 | $280.00 | $250.00 | | |
| 2003 | $420.00 | | | $360.00 | | | $235.00 | | |
| 2002 | $385.00 | 77.8 | $29,953.00 | $325.00 | 1.5 | $487.50 | $215.00 | | |
| 2001 | $360.00 | 101.9 | $36,684.00 | $300.00 | 2.5 | $750.00 | $200.00 | 6.4 | $1,280.00 |
| 2000 | $310.00 | 14.8 | $4,588.00 | $260.00 | | | $170.00 | 32.3 | $5,491.00 |
| | Total: | 877.3 | $515,566.00 | | 31.7 | $17,040.50 | | 65.5 | $20,334.50 |

Total Fees:                    $907,382.75

Xue Lu, Jie Hao v United States of America
Case No.: CV 01-01758 CBM (EX)
Attorney Fee Summary

| | Rate Per Year | Fernando Hours | Fernando Fees | Rate Per Year | Dudakia Hours | Dudakia Fees | Rate Per Year | Abrams Hours | Abrams Fees |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | $375.00 | 256.37 | $96,138.75 | $350.00 | 15.94 | $5,579.00 | | | |
| 2012 | $325.00 | 224.72 | $73,034.00 | | | | | | |
| 2011 | $300.00 | 47.2 | $14,160.00 | | | | $295.00 | 35.5 | $10,472.50 |
| 2010 | $275.00 | | | | | | | | |
| 2009 | | | | | | | | | |
| 2008 | | | | | | | | | |
| 2007 | | | | | | | | | |
| 2006 | | | | | | | | | |
| 2005 | | | | | | | | | |
| 2004 | | | | | | | | | |
| 2003 | | | | | | | | | |
| 2002 | | | | | | | | | |
| 2001 | | | | | | | | | |
| 2000 | | | | | | | | | |
| | | 528.29 | $183,332.75 | | 15.94 | $5,579.00 | | 35.5 | $10,472.50 |

Xue Lu, Jie Hao v. United States of
Case No.. CV 01-01758 CBM
Attorney Fee Summary

| | Rate Per Year | Kim Hours | Kim Fees | Rate Per Year | Mashouf Hours | Mashouf Fees | Rate Per Year | Clifton Hours | Clifton Fees | Rate Per Year | Huang Hours | Huang Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | $175.00 | 3.5 | $612.50 | $175.00 | 68.92 | $12,061.00 |
| 2012 | | | | $300.00 | 27 | $8,100.00 | $175.00 | 11.7 | $2,047.50 | $175.00 | 60.58 | $10,601.50 |
| 2011 | | | | | | | $175.00 | 12.9 | $2,257.50 | | | |
| 2010 | | | | | | | $175.00 | 6.4 | $1,120.00 | | | |
| 2009 | $425.00 | | | | | | | | | | | |
| 2008 | $390.00 | 37.1 | $14,469.00 | | | | | | | | | |
| 2007 | $350.00 | 128.5 | $44,975.00 | | | | | | | | | |
| 2006 | $315.00 | 60.5 | $19,057.50 | | | | | | | | | |
| 2005 | $290.00 | 132.9 | $38,541.00 | | | | | | | | | |
| 2004 | $270.00 | 4.5 | $1,215.00 | | | | | | | | | |
| 2003 | | | | | | | | | | | | |
| 2002 | | | | | | | | | | | | |
| 2001 | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | |
| | | 363.5 | $118,257.50 | | 27 | $8,100.00 | | 34.5 | $6,037.50 | | 129.5 | $22,662.50 |

# EXHIBIT 3

Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)
Attorney Fee Summary

| | Rate Per Year | DeSimone Hours | DeSimone Fees | Rate Per Year | Seplow Hours | Seplow Fees | Rate Per Year | Ingraham Hours | Ingraham Fees |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | $725.00 | 138.2 | $100,195.00 | $660.00 | | | $186.55 | | |
| 2012 | $695.00 | 145.3 | $100,983.50 | $630.00 | 1.1 | $693.00 | $184.32 | 0.7 | $129.02 |
| 2011 | $675.00 | 48.3 | $32,602.50 | $620.00 | 1.3 | $793.00 | $180.59 | 22.9 | $4,135.51 |
| 2010 | $650.00 | 71.3 | $46,345.00 | $590.00 | 1.7 | $1,003.00 | $175.06 | 1.2 | $210.07 |
| 2009 | $625.00 | 106 | $66,250.00 | $575.00 | 21.5 | $12,362.50 | $172.24 | | |
| 2008 | $600.00 | 9.7 | $5,820.00 | $550.00 | | | $172.85 | 1.2 | $207.42 |
| 2007 | $585.00 | 49.2 | $28,782.00 | $525.00 | 0.3 | $157.50 | $166.46 | 0.4 | $66.58 |
| 2006 | $575.00 | 23 | $13,225.00 | $500.00 | 0.5 | $250.00 | $161.85 | 0.4 | $64.74 |
| 2005 | $550.00 | 87.4 | $48,070.00 | $440.00 | 0.6 | $264.00 | $156.79 | | |
| 2004 | $470.00 | 4.4 | $2,068.00 | $400.00 | 0.7 | $280.00 | $151.65 | | |
| 2003 | $420.00 | | | $360.00 | | | $147.72 | | |
| 2002 | $385.00 | 77.8 | $29,953.00 | $325.00 | 1.5 | $487.50 | $144.43 | | |
| 2001 | $360.00 | 101.9 | $36,684.00 | $300.00 | 2.5 | $750.00 | $142.18 | 6.4 | $909.95 |
| 2000 | $310.00 | 14.8 | $4,588.00 | $260.00 | | | $138.45 | 32.3 | $4,471.94 |
| | Total: | 877.3 | $515,566.00 | | 31.7 | $17,040.50 | | 65.5 | $10,195.24 |

Total Fees: $889,035.78

Xue Lu, Jie Hao v. United States of America
Case No. CV 01-01758 CBM (EX)
Attorney Fee Summary

|  | Rate Per Year | Fernando Hours | Fernando Fees | Rate Per Year | Dudakia Hours | Dudakia Fees | Rate Per Year | Abrams Hours | Abrams Fees |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | $375.00 | 256.37 | $96,138.75 | $186.55 | 15.94 | $2,973.61 |  |  |  |
| 2012 | $325.00 | 224.72 | $73,034.00 | $184.32 |  |  |  |  |  |
| 2011 | $300.00 | 47.2 | $14,160.00 | $180.59 |  |  | $180.59 | 35.5 | $6,410.95 |
| 2010 | $275.00 |  |  | $175.06 |  |  |  |  |  |
| 2009 |  |  |  | $172.24 |  |  |  |  |  |
| 2008 |  |  |  | $172.85 |  |  |  |  |  |
| 2007 |  |  |  | $166.46 |  |  |  |  |  |
| 2006 |  |  |  | $161.85 |  |  |  |  |  |
| 2005 |  |  |  | $156.79 |  |  |  |  |  |
| 2004 |  |  |  | $151.65 |  |  |  |  |  |
| 2003 |  |  |  | $147.72 |  |  |  |  |  |
| 2002 |  |  |  | $144.43 |  |  |  |  |  |
| 2001 |  |  |  | $142.18 |  |  |  |  |  |
| 2000 |  |  |  | $138.45 |  |  |  |  |  |
|  |  | 528.29 | $183,332.75 |  | 15.94 | $2,973.61 |  | 35.5 | $6,410.95 |

Xue Lu, Jie Hao v. United State    ca
Case No.: CV 01-01758 CI
Attorney Fee Summa

| | Rate Per Year | Klm Hours | Klm Fees | Rate Per Year | Mashouf Hours | Mashouf Fees | Rate Per Year | Clifton Hours | Clifton Fees | Rate Per Year | Huang Hours | Huang Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | $186.55 | 3.5 | $652.93 | $186.55 | 68.92 | $12,857.03 |
| 2012 | | | | $184.32 | 27 | $4,976.64 | $184.32 | 11.7 | $2,156.54 | $184.32 | 60.58 | $11,166.11 |
| 2011 | | | | | | | $180.59 | 12.9 | $2,329.61 | $180.59 | | |
| 2010 | | | | | | | $175.06 | 6.4 | $1,120.38 | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | $390.00 | 37.1 | $14,469.00 | | | | | | | | | |
| 2007 | $350.00 | 128.5 | $44,975.00 | | | | | | | | | |
| 2006 | $315.00 | 60.5 | $19,057.50 | | | | | | | | | |
| 2005 | $290.00 | 132.9 | $38,541.00 | | | | | | | | | |
| 2004 | $270.00 | 4.5 | $1,215.00 | | | | | | | | | |
| 2003 | | | | | | | | | | | | |
| 2002 | | | | | | | | | | | | |
| 2001 | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | |
| | | 363.5 | $118,257.50 | | 27 | $4,976.64 | | 34.5 | $6,259.46 | | 129.5 | $24,023.13 |

EXHIBIT 4

## Xue v. United States TIMELOG

V. James De Simone

| Date | Work | Hours |
|------|------|-------|
| 3/7/00 | Meeting w. Xu Lue, her husband And Doug Ingraham (DI) (2.5) Memo to file and partners re: case (.8 hr) | 3.3 hrs. |
| 3/9/00 | conv. W. DI re: follow up investigation Items in XL's home, witnesses (.5) | .5 hr. |
| 6/1/00 | Meeting w. Jie Hao and DI (3.2) | 3.2 hrs. |
| 6/2/00 | Review of JH asylum documents (2.2) Memo to file (1.1) Meeting with Paul Hoffman (PH) and DI (.3) contact Mike Gennaco (MF) U.S. Attorney (.3) follow up with DI (.4) | 4.3 hrs. |
| 6/6/00 | Letter to Mike Gennaco (MG) re: JH Cooperation (.3) follow up w. DI (.2) Review of James Sweeney dec. (.2) | .7 hr. |
| 6/29/00 | Prepare ltr to OIG Agent McCready Re: JH statement (.4) | .4 hr. |
| 8/3/00 | Review and edit Tort claim prepared by DI (.8) follow up w. DI (.3) | 1.1 hr. |
| 8/4/00 | Finalize FTCA filing (.5); mailings to Justice Dept/INS (.3) | .8 hr. |
| 9/6/00 | Corr. from Justice Dept. re: tort claim/ File review/follow up (.5) | .5 hr. |
| 1/19/01 | Prepare First Draft of Complaint for Damages (1.3) | 1.3 hea. |
| 2/15/01 | Review and edit Complaint for Damages (3.2 hrs) conv. W. MS and DI (.2) | 3.4 hrs. |
| 2/19/01 | Review and revise Complaint (1.4) | 1.4 hrs |

| | | |
|---|---|---|
| 2/22/01 | Final review of Complaint (1.2 hrs)<br>Mtg. w. MS (.3) | 1.5 hrs. |
| 2/23/01 | File Complaint (.4) | .4 hrs. |
| 4/30/01 | conv. W. Peter Schlossman (PS) .3<br>Follow up letter (.3) | .6 hr. |
| 5/24/01 | conv. W. PS (.2) confirming ltr. (.3) | .5 hr. |
| 5/30/01 | Prepare Stip. Re response to Complaint<br>(.3) send to PS (.1) | .4 hr. |
| 6/5/01 | Review Mtn to Dismiss and Motion to<br>Stay (1.8) | 1.8 hrs. |
| 6/11/01 | Legal research re: mtn to dismiss (6.2) | 6.2 hrs. |
| 6/12/01 | Legal research re: mtn to dismiss (5.3) | 5.3 hrs. |
| 6/13/01 | Conv. W. Judy Marty (JM) re: possible<br>Dec (.6)  legal research (2.1) | 2.7 hrs. |
| 6/18/01 | Meeting with JM  (4.5)<br>JM Doc Review (3.2) | 7.7 hrs. |
| 6/19/01 | Prepare JM Dec. (1.2) Outline opp.<br>To mtn. to dismiss (1.3) | 2.5 hrs. |
| 6/25/01 | Prepared mtn to dismiss opp (4.3)<br>Researched stay motion (1.3) | 5.6 hrs. |
| 6/26/01 | Prepared mtn to dismiss opp (5.1)<br>Stay mtn outline (.5) | 6.6 hr. |
| 6/27/01 | conv. W. JM, revised Dec. (.7)<br>Mtn to dismiss opp (5.2) Finalize<br>JM Dec. (.4) | 6.3 hrs. |
| 6/28/01 | Mtn to stay opposition (1.6) mtg.<br>w. MS re: opps (.3) | 1.9 hrs. |
| 6/29/01 | Revise dismiss Opp after MS review<br>(2.7)  finalize stay opp. (.7) | 3.4 hrs. |

| 6/30/01 | Legal research.revise opp (2.4) | 2.4 hrs |
| 7/2/01 | Finalize Opposition filings (3.2) | 3.2 hrs. |
| 7/17/01 | Read Reply papers; legal research (2.6) | 2.6 hrs. |
| 7/22/01 | Receive ct. order re: hearing/memo<br>To file (.2) | .2 hr. |
| 7/27/01 | Receive ct. order re: hearing.memo<br>To file (.2) | .2 hr. |
| 8/8/01 | Prepare for oral argument/mtn<br>To dismiss (2.7) | 2.7 hr. |
| 8/9/01 | Prepare for oral argument/mtn to<br>Dismiss/outline (3.3) | 3.3 hr. |
| 8/12/01 | Prepare for oral argument/finalize<br>Outline (1.1) | 1.1 hr. |
| 8/13/01 | Oral argument on mtn to dismiss<br>(1.7) travel time (1.2) prep time (.9) | 3.8 hr. |
| 9/19/01 | Received ct. order/calendar deadlines/<br>Memo to file (.3) | .3 hr. |
| 11/7/01 | Preparation for Rule 26 meeting/<br>File review (2.8) | 2.8 hrs |
| 11/8/01 | Prep for mtg. (1.3)<br>mtg. of counsel w. PS, Jeremy<br>Brumbelow (JB) and Thomas Powell<br>(.9) | 2.2 hrs. |
| 11/14/01 | Prepare Rule 26 Draft report (2.1) | 2.1 hrs. |
| 11/15/01 | Finalize draft/ltrs to PS, JB and TP<br>(.9) | .9 hr. |
| 11/21/01 | Revised Rule 26 rpt. After PS changes/<br>Resent to PS, JB, and TP (1.2) | 1.2 hrs. |
| 11/29/01 | Prepared Dec of non-cooperation w.<br>TP (1.5) | 1.5 hrs. |

3

| 11/30/01 | Finalized filing of Rule 26 report (.8) | .8 hrs. |
|----------|------------------------------------------|---------|
| 12/3/01 | Prepared for status conf (.4)<br>Attended scheduling/status conf. (1.8) | 2.2 hrs. |
| 12/4/01 | Reviewed ct. order granting mtn. to<br>Dismiss (.3) memo to file (.3) | .6 hr. |
| 12/15/01 | Research re: Amended Complaint<br>(2.6) | 2.6 hrs. |
| 12/16/01 | Legal research (1.7) Prepare draft of<br>1AC (1.1) | 2.8 hrs. |
| 12/17/01 | Mtg. W. PH and MS re: amd. Complaint<br>(.3) revise draft (.9) | 1.2 hrs. |
| 12/18/01 | Revise 1AC after MS edits (.8) circulate<br>Draft (.2) | 1.0 hrs. |
| 12/27/01 | Finalize filing of 1AC (.7) | .7 hrs. |
| 1/28/02 | Review US Def. Mtn to dismiss (1.2) | 1.2 hrs. |
| 2/7/02 | Ltr. To PS and JB re: disco (.6) | .6 hr. |
| 2/8/02 | Review PS Ltr (.2) | .2 hr. |
| 2/14/02 | Ltr to PS re: Rule 26/docs (.7) | .7 hr. |
| 2/15/02 | Legal Research re: opp to mtn to<br>Dismiss (6.2) | 6.2 hrs. |
| 2/19/02 | Research opp to mtn to dismiss<br>(5.7) Outline issues (1.2) | 6.9 hrs. |
| 2/20/02 | Draft opp to mtn to dismiss (5.6) | 5.6 hrs. |
| 2/21/02 | Draft opp to mtn to dismiss (4.1) | 4.1 hrs. |
| 2/22/02 | Revise opp to mtn to dismiss after<br>MS review (2.7 hr) | 2.7 hr. |
| 2/24/02 | Review and revise opp to mtn to<br>Dismiss (2.3 hr) | 2.3 hr. |

| | | |
|---|---|---|
| 2/25/02 | Finalize opp to mtn to dismiss (2.6)<br>Prepare statement re: disco dispute (2.3) | 4.9 hrs. |
| 3/4/02 | Preparation for status conference (.4) | .4 hr. |
| 3/5/02 | Appear at status conference (1.3) travel<br>Time (1.1) | 2.4 hr. |
| 3/12/02 | Review D's Reply Brief/outline response<br>(2.3) | 2.3 hrs. |
| 3/14/02 | Prepare for mtn to dismiss hrng/legal<br>Research (2.1) | 2.1 hrs. |
| 3/17/02 | Prepare for oral argument (3.2) | 3.2 hrs. |
| 3/18/02 | Oral argument on mtn to dismiss (1.6) | 1.6 hrs. |
| 4/5/02 | conv. W. PS (.3)  follow up corr. (.1) | .4 hr. |
| 4/10/02 | corr. to PS and JB re: scheduling conf (.4) | .4 hr. |
| 4/18/02 | corr. re: meet and confer (.2) | .2 hr. |
| 4/22/02 | Mt and conf. w PS and JB (.7) Prepare<br>Rule 26 rpt draft (1.1) | 1.8 hr. |
| 4/23/02 | Finalize Rule 26 rpt. (.4) corr w. PS and<br>JB (.2) | .6 hr |
| 4/25/02 | Review TP correspondence re Rule 26 rpt. | .2 hr. |
| 4/29/02 | Revise Rule 26 rpt w. PS, JB and TP<br>Changes (2.1)  corr. (.3) | 2.4 hrs. |
| 4/30/02 | Finalize Rule 26 report (.5) | .5 hr. |
| 5/20/02 | Court continues status conf..file memo (.2) | .2 hr. |
| 7/3/02 | Review ruling on motion to dismiss (.8)<br>Contact PS and JB re: continuance of status<br>Conf.. prepare stipulation (.7) | 1.5 hr. |
| 7/22/02 | Conv. w. PS re: stay of proceedings | |

|          | (.3) legal research (1.5)                                                                            | 1.8 hr.  |
|----------|-----------------------------------------------------------------------------------------------------|----------|
| 7/23/02  | Review stip and mtn for stay (1.2)                                                                   | 1.2 hrs. |
| 7/24/02  | Finalize stip. (.3)                                                                                  | .3 hr.   |
| 7/25/02  | Receive ct. order re: stip. Memo to file Re 2nd Amended Complaint (.4)                          | .4 hr.   |
| 8/19/02  | Prepare stip for ext. of time to file 2nd Amd. Complaint (.3) follow up for filing (.2)         | .5 hr.   |
| 8/27/02  | Review prior court orders/read prior Pleadings (2.3) outline causes of action (.5)                   | 2.8 hrs. |
| 8/28/02  | Legal Research re 2nd Amd. Complaint (4.7 hrs)                                                  | 4.7 hrs. |
| 8/29/02  | Legal research 2nd amended Complaint (3.2) Draft 2AC (1.1)                                      | 4.3 hrs. |
| 9/4/02   | Prepare 2AC (2.2)  conv. w. MS (.2)                                                                  | 2.4 hrs. |
| 9/6/02   | Revise 2AC after MS edits (1.9)                                                                      | 1.9 hrs. |
| 9/10/02  | Review and Finalize 2AC (1.8)                                                                        | 1.9 hrs. |
| 10/26/04 | Prepare Discovery Requests/RFP's (2.6 hrs)                                                           | 2.6 hrs. |
| 10/27/04 | Revise RFP's after MS Review (.3)                                                                    | .3 hrs.  |
| 11/3/04  | Letter from US Attorneys re: disco and stay  discussion w MS (.2)                                    | .2 hrs.  |
| 11/9/04  | corr w. US Attorney re: lifting stay (.3)                                                            | .3 hrs.  |
| 11/15/04 | corr. from US Atty,/ conv. W. MS (.2)                                                                | .2 hrs.  |
| 11/19/04 | corr to US Atty (.3)                                                                                 | .3 hrs.  |
| 12/21/04 | Meeting w. Do Kim (DK) re case/ lifting stay (.5)                                                    | .5 hr.   |

| 1/10/05 | Client corr. (.2) | .2 hrs. |
|---|---|---|
| 2/9/05 | Crim case completed; Corr. re: lifting stay (.3) Meeting with Do Kim (DK) (.5) | .8 hr. |
| 2/16/05 | File Review (1.1) Conv. w. Traci Hardin (TH) re liftingstay/briefing schedule/ Rule 26 (.5) conv. w DK (.2) | 1.7 hr. |
| 3/14/05 | Review D's Motion to Dismiss (1.5 hr) memo re opp thoughts (.2) | 1.7 hr. |
| 3/21/05 | Meeting with DK re: opposition to mtn to dismiss (1.4) legal research (1.5 hr) | 2.9 hr. |
| 4/3/05 | Reviewed and edited draft opp to mtn to dismiss (1.6) mtg. w. DK (.2) | 1.8 hr. |
| 4/4/05 | Finaled opp. To mtn to dismiss (2.7) | 2.7 hr. |
| 4/8/05 | mtg. w. DK re; case strategy (.3) | .3 hr. |
| 4/14/05 | file review (.5) mtg. w. DK re disco plan (.2) | .7 hr |
| 4/16/05 | Review Reply Brief (1.1) | 1.1 hr. |
| 5/11/05 | Team meeting re: mtn. to dismiss Hearing, follow up (.3) | .3 hr. |
| 5/12/05 | review pleadings/key cases for oral argument/statute (7.8 hrs) | 7.8 hrs. |
| 5/13/05 | Prepare for oral argument (4.5) Outline argument (2.2) | 6.7 hrs. |
| 5/15/05 | Prepare for oral argument (1.7) | 1.7 hr. |
| 5/16/05 | Oral argument on mtn to dismiss (2.2) Travel time (1.1) | 3.3 hrs. |
| 5/17/05 | mtg. w. DK Re: clients/strategy (.2) | .2 hr. |

7

| 5/24/05 | Review Order dismissing case (.4) | .4 hr. |
| 5/31/05 | mtg. w. MS and DK re: strategy/ 3rd Amd. Complaint (.3) review research (1.1) | 1.4 hr. |
| 6/2/05 | mtg. w. DK (.3) review stip (.1) follow up w. law clerks (.3) | .7 hr. |
| 6/9/05 | Review of research memos re 3AC (1.1) legal research (2.1) | 3.2 hrs. |
| 6/10/05 | corr. w. DK Re: 3AC (.4) | .4 hrs. |
| 6/13/05 | Review and revise 3AC (1.7) mtg. w. DK (.2) | 1.9 hrs. |
| 6/16/05 | Review 3AC (.6) | .6 hr. |
| 7/1/05 | mtg and corr. w. DK re strategy (.2) | .2 hr. |
| 7/25/05 | Reviewed D's Mtn to Dismiss (1.2) Outline response (.6) | 1.8 hrs. |
| 8/2/05 | mtg. w. DK re: scheduling/strategy (.2) | .3 hr. |
| 8/4/05 | Review stipulation to continue deadlines (.2) | .2 hr. |
| 8/10/05 | Review Court order (.2 hr) mtg. w. DK re: opp (.3) Review research/mtn/outline (1.1) | 1.4 hr. |
| 8/25/05 | Research re: opp to mtn. to dismiss (4.1) review DK draft (1.2) | 5.3 hr. |
| 8/24/05 | legal research/opp mtn to dismiss (2.2) Corr. w. Do Kim and Erwin Chemerinsky (.3) | 2.5 hr. |
| 8/25/05 | opp to mtn to dismiss (4.3) | 4.3 hrs. |
| 8/26/05 | opp. To mtn to dismiss (2.7) | 2.7 hrs. |
| 8/29/05 | opp. To mtn to dismiss (4.3) | 4.3 hrs. |

| 8/30/05 | opp. To mtn dismiss (5.1) | 5.1 hrs. |
|---------|---------------------------|----------|
| 9/25/05 | Prepare for oral argument (.5 hr) | .5 hr. |
| 9/30/05 | Prepare for oral argument (4.7 hrs) | 4.7 hrs. |
| 10/1/05 | Read cases/outline argument (2.4) | 2.4 hrs. |
| 10/2/05 | Prepare for oral argument (3.6) | 3.6 hrs. |
| 10/3/05 | oral argument mtn to dismiss (1.4) travel time (1.2) prep time (1.1) | 3.5 hrs. |
| 10/14/05 | Review court order granting motion to dismiss (.4) mtg. w. DK and MS (.3) | .7 hr. |
| 10/20/05 | tc's w. XL, JH and DK  (.7) mtg. w. DK re strategy (.2) | .9 hr. |
| 12/20/05 | corr. w. JB re: discovery from US (.5) | .5 hr. |
| 2/13/06 | Receive and review clients immigration Docs/Powells assessment (2.6) | 2.6 hrs. |
| 2/16/06 | mtg w, DK (3) corr. w. JB re: docs/depos/discovery (.8) | 1.1 hrs. |
| 4/25/06 | conf. and corr. w. Do Kim (DK) Re: depositions/strategy (.3) | .3 hr. |
| 6/2/06 | corr. re: US. Subpoena (.3) | .3 hr. |
| 6/5/06 | Receive D's Doc Pro. Doc review (3.1) Preparation of Looney depo questions (1.2) letter to Jeremy Brumbelow re: depo (.5) conv. W. JB (.2) | 5.0 hrs. |
| 6/6/06 | Looney Depo Prep (4. 1) | 4.1 hrs. |
| 6/7/06 | Conducted Looney Depo (7.2) | 7.2 hrs. |
| 6/8/06 | Review of stip (.2) mtg. w. DK (.2) | .4 hrs. |
| 6/12/06 | Review order/memo to file (.2) | .2 hr |

9

| | | |
|---|---|---|
| 7/20/06 | Mtg. w. DK re. JH update (.2) | .2 hr |
| 10/7/06 | corr. w. DK re: clients immigration Status (.2) | .2 hr. |
| 10/30/06 | Review and edit DK corr. re US subpoena (.2) mtg. w, DK (.1) | .3 hr. |
| 11/9/06 | Follow up w. DK and JB re: settlement/ While preserving appeal (.5) | .5 hr. |
| 12/7/06 | Review DK Corr. re: US subpoena (.2) | .2 hr. |
| 12/14/06 | File/corr review re: US subpoena (.4) | .4 hr. |
| 1/8/07 | Review and edit ltr re: US subpoena (.3) | .3 hr. |
| 3/5/07 | corr. to US Attorney re: Powell notice Docs (1.4) mtg. w. DK (.2) | 1.6 hr. |
| 4/5/07 | review justice dept. letter (.2) | .2 hrs. |
| 5/11/07 | corr. w US attorney re: Arkow depo (.7) | .7 hr. |
| 5/17/07 | Review and edit opp to mtn to Dismiss (.6) email exchange re: Strategy (.2) | .8 hrs. |
| 5/22/07 | Review Docs and outline for JH depo Prep (2.6) | 2.6 hrs. |
| 5/23/07 | Mtg.W, DK and JH re depo prep (4.2) Follow up corr. w. DK/file review (1.1) | 5.3 hr. |
| 5/23/07 | Review depo/calendar depo notice (.1) | .1 hr. |
| 5/29/07 | corr. w DK re strategy (.1) | .1 hr. |
| 5/30/07 | Corr. w. James Sullivan (JS) re: depo schedules(.3) conv. W. DK (.1) | .4 hrs. |
| 5/31/07 | corr. w. JS (.1) mtg. w. MS and DK Re strategy (.3) | .4 hr. |
| 6/5/07 | corr. w. JS re Arkow depo topics (.1) | .1 hr. |

| 6/13/07 | Arkow depo prep (1.1) | 1.1 hrs. |
| 6/14/07 | corr. w. DK (.1) Document review and depo prep. (2.7) | 2.8 hrs. |
| 6/21/07 | conv. W. DK re strategy (.2) | .2 hr. |
| 6/23/07 | Doc Review for Xue Lu Depo prep (3.2) depo prep outline (.5) | 3.7 hr. |
| 6/24/07 | meeting w. DK and Xue Lue for depo prep (6.5 hrs) | 6.5 hrs. |
| 6/25/07 | Xue Lu depo Prep (2.3) | 2.3 hrs. |
| 6/27/07 | Meeting w. DK re: JUdyMarty (JM) Depo (.5 hr)mtg. w. paralegal re tasks (.2) | .7 hrs. |
| 6/28/07 | File review (.3) meme to file and corr. w. DK re tasks (.1) | .4 hr. |
| 7/2/07 | corr. w. DK re: case strategy/tasks (.3) | .3 hr. |
| 7/12/07 | file review/corr. w. DK (.2) | .2 hr. |
| 7/15/07 | Depo prep/conv. W. JM (1.3) | 1.3 hrs. |
| 7/18/07 | Corr. w. DK re depo issues | .2 hr. |
| 7/17/07 | corr. w. DK re schedule | .1 hr. |
| 7/27/07 | Meeting w. DK re: case deadlines | .1 hr. |
| 8/6/07 | Reviewed stip to continue trial (.1) | .1 hr. |
| 8/10/7 | corr. review re Gossard depo. | .2 hr. |
| 8/13/07 | Follow up on Gossard dep (.2) | .2 hr. |
| 8/15/07 | mtg. w. DK re: strategy (.1) | .1 hr |
| 8/16/07 | corr. & doc review (.1) | .1 hr. |
| 8/17/07 | Gossard depo prep (2.4) | 2.4 hrs. |

| | | |
|---|---|---|
| 8/20/07 | corr. review | .1 hr. |
| 8/21/07 | Gossard depo. prep (1.6) | 1.6 hrs. |
| 8/22/07 | Conducted Gossard dep. (2.5)<br>travel time (1.3) | 3.7 hrs. |
| 9/4/07 | Follow up corr. re: docs (.8) | .8 hrs. |
| 9/18/07 | Meeting w. DK re: MSJ/strategy<br>Appeal. (.5 hr)   legal research (1.8) | 2.3 hrs. |
| 9/19/07 | conv. W. DK and XL re: dismissal and<br>Appeal (.4) mtg. w. DK (.2) | .6 hr. |
| 9/21/07 | Review MSJ (1.6) mtg. w. DK, XL and<br>JH (1.1) review DK Corr. w JB (.2) | 2.9 hrs. |
| 10/1/07 | follow up re: XL status re: Appeal (.2) | .2 hr |
| 10/2/07 | review settlement agreement terms:<br>(.2) research re appeal preservation (.4)<br>Corr. w. JB (.2) | .8 hr. |
| 10/3/07 | Review DL corr. re: appeal & edit (.2) | .2 hr. |
| 10/12/07 | Review Xue Lu paperwork (.2) | .2 hr. |
| 12/13/07 | Meeting & corr. w. DK re case status (.2) | .2 hr. |
| 2/8/08 | mtg. w. DK (.1) corr. review (.1) | .2 hr. |
| 2/15/08 | mtg. w DK re: XL and strategy; file review | .3 hr. |
| 2/19/08 | conv. W. DK re XL status (.1) | .1 hr. |
| 3/7/08 | status update w DK | .1 hr. |
| 4/2/08 | mtg. w. DK re: status/strategy (.2) | .2 hr. |
| 4/11/08 | Review of DK Corr. to JB re: stip (.2) | .2 hr |
| 4/17/08 | conv. W. clients re: case status (.5) | .5 hr. |
| 4/25/08 | Corr. w. JB re; Xue Lu; mtg. w. DK (.3) | .3 hr. |

| | | |
|---|---|---|
| 5/01/08 | corr. w. DK re: strategy/status (.4) | .4 hr. |
| 5/8/08 | Research re: XL stay of deportation (.4) follow up w. clients and DK (.4) | .8 hr. |
| 5/15/08 | conv. W. DK re status (.1) | .1 hr. |
| 6/24/08 | update and mtg. w. D re status (.2) | .2 hr |
| 6/25/08 | Follow up re: judgment/appeal (.2) | .2 hr. |
| 7/2/08 | Appeal preparation (.6) | .6 hr. |
| 8/26/08 | Review of issues on appeal (.2) mtg. W DK (.3) | .5 hr. |
| 8/27/08 | Finalized filing (.2) | .2 hr. |
| 9/2/08 | review and calendar scheduling order (.1) mtg. w DK Re: strategy (.2) | .3 hr. |
| 9/8/08 | file review (.3) mtg. w. DK re; appellate record (.2) | .5 hr. |
| 9/25/08 | corr. w. DK re: appeal (.2) | .2 hr. |
| 9/26/08 | review of appeal filings (.3) | .3 hr. |
| 9/28/08 | transcript review (.3) | .3 hr. |
| 10/8/08 | correspondence re transcripts (.2) | .2 hr. |
| 11/3/08 | review pleadings/transcripts/ corr. w. DK (.6) | .6 hr. |
| 12/5/08 | corr. w. DK re strategy (.2) | .2 hr. |
| 12/11/08 | review of assessement conf. docs/ conv. W. DK (.2) | ,2 hr. |
| 12/12/08 | corr. w. DK re: strategy (.3) | .3 hr. |
| 12/17/08 | corr. W DK re: XL immigration case and appeal (.2) | .2 hr. |
| 12/19/08 | DK update on assessment conf. | |

|  | (.2) follow up on appeal strategy (.3) | .3 hr. |
| 12/22/08 | corr. w. DK re: XL Immigration case (.1) | .1 hr. |
| 12/24/08 | Meet w. XL re immigration case (.4) prepare docs for ICE (.5) | .9 hr. |
| 12/30/08 | corr. w. DK re settlement demand (.2) | .2 hr. |
| 1/9/09 | corr. re: briefing schedule/ appellate order (.2) | .2 hr. |
| 3/25/09 | corr. W. DK, Mike Morrison ("MM") and Mike Seplow ("MS") re appellate record (.2) | .2 hr. |
| 4/1/09 | corr. re: transcript (.1) | .1 hr. |
| 4/5/09 | Legal Research/read cases previously cited (4.1) | 4.1 hrs. |
| 4/6/09 | review transripts/prior briefings on Mtn to Dismiss/court ruling (5.7) outline of issues (.7) | 6.4 hrs. |
| 4/7/09 | mt & corr. w. MM and DK re: request for judicial notice (.3) Legal Research re: appeal, course and scope issues (5.8) | 6.1 hr. |
| 4/8/09 | research re: appeal (4.3) outline issues (2.1) First draft (.5) | 6.9 hrs |
| 4/9/09 | First draft of appellant's opening brief (6.1) further research (1.3) | 7.4 hrs. |
| 4/10/09 | Finalize first draft of brief (6.9hrs) corr w. MS and DK (.3) | 7.2 hrs. |
| 4/11/09 | legal research (2.1) request for jud. Notice (.3) Review JM and Robert Looney, and other depos, extract Sup. Record excerpt (2.7) | 5.1 hrs. |
| 4/12/09 | Edit brief after MS and DK edits/ suggestions (4.7) further research (1.5) team corr. (.5) | 6.7 hrs. |

| 4/13/09 | Finalized Brief and all filings with MS (7.9) | 7.9 hrs. |
| 7/2/09 | Read Appellee U.S. Answering Brief (1.7) | 1.7 hrs. |
| 7/13/09 | Review of Briefing (2.1) mtg. w. DK and summer clerks (.8) | 2.9 hrs. |
| 8/5/09 | Review of research memos (1.5 hr) Review of case law and research (3.7) | 5.2 hrs. |
| 8/15/09 | Outline reply brief (.8) Legal research (1.2) draft Reply brief (2.1) | 4.1 hrs. |
| 8/18/09 | Draft reply brief (6.1) | 6.1 hrs. |
| 8/19/09 | Revise reply brief (3.7) | 3.7 hrs. |
| 8/2709 | Draft reply brief (5.4) | 5.4 hrs. |
| 8/28/09 | Draft reply brief (4.2) | 4.2 hrs. |
| 8/31/09 | Revise reply draft after MS Review (2.6) legal research (1.7) finalize reply brief (2.9) | 7.2 hrs. |
| 9/1/09 | Finalize Reply brief (4.7) | 4.7 hrs. |
| 9/7/09 | corr. w. DI re XL case (.2) | .2 hr. |
| 9/10/09 | Review docs for XL Visa request (1.2) corr. w. DI (.3) | 1.5 hrs. |
| 9/18/09 | Cor. W. JH re: case (.2) conv. w. DI re: XL immigration case (.4) | .6 hr. |
| 10/11/09 | corr. w. JH (.1) update w. DI (.1) | .2 hr. |
| 1/7/10 | Receive oral argument date:memo | |

|         | to file (.2)                                                                                          | .2 hr.   |
|---------|------------------------------------------------------------------------------------------------------|----------|
| 1/8/10  | conv. W. Henry Whittaker (HW) Re: hrng. Date (.2) follow up corr. (.2)                                | .4 hr.   |
| 1/9/10  | Review and edit stip to continue hrng (.3) corr. w. HW (.1)                                           | .4 hr.   |
| 1/10/10 | Finalize stip. (.2)                                                                                   | .2 hr.   |
| 4/4/10  | Corr. w. DK & JH re: oral argument (.3)                                                               | .3 hr.   |
| 4/19/10 | client correspondence (.2) prep for Oral argument (1.4)                                               | 1.6 hr.  |
| 4/20/10 | prep for XL oral argument (2.7) Legal research (.9)                                                   | 3.6 hr.  |
| 4/21/10 | Prep for XL oral argument/ case review (4.1)                                                          | 4.1 hr.  |
| 4/22/10 | Prepare outline for oral argument (.8) corr. w. XL and JH (.2) draft oral argument (2.7)              | 3.7 hr.  |
| 4/24/10 | email brief and memo to team for input on oral argument (.3) team correspondence (.3)                | .6 hr.   |
| 4/25/10 | Prepare oral argument (2.8)                                                                           | 2.8 hr.  |
| 4/27/10 | Prepare oral argument (3.1) case review (2.1)                                                         | 5.2 hrs. |
| 4/28/10 | research appellate panel (.8) corr. Re: appellate panel (.7) prepare Oral argument (.9)              | 2.4 hrs. |
| 4/29/10 | Review D;s ltr brf (.3) read case law (.8)                                                            | q.q hrs. |
| 5/3/10  | corr. w. MS re: oral argument (.2) Prepare for oral argument (2.7) Review  and distinguish D's sup.   |          |

16

| | | |
|---|---|---|
| | Authority filing(.5) | 3.2 hr. |
| 5/4/10 | Case review (.6)Prepare response to D's authority (.8) Prepare for oral Argument (2.3) team corr. re: moot Court (.4) | 4.1 hr |
| 5/5/10 | Prepare for moot court argument (4.1) | 4.1 hr. |
| 5/6/10 | Moot court with team (2.7) rework oral argument (3.2) Final review (.8) | 6.7 hr. |
| 5/7/10 | Appellate argument w. MM;prep (2.6) travel time (1.5) corr. w. clients (.3) | 4.4 hr. |
| 5/10/10 | Research and submit additional Briefing to 9th Circuit; (2.4) Review oral argument (.7) | 3.1 hr. |
| 5/11/10 | research re: sup authorities (2.6) | 1.6 hrs. |
| 5/13/10 | Finalize supplemental authorities (1.1 hr) | 1.1 hr. |
| 5/17/10 | corr. w. XL (.2) review XL immi gration docs (.7 corr. DI (.3) | .3 hr. |
| 6/28/10 | corr. w. DI re: XL immigration case/request for stay/doc rev. (1.4) | 1.4 hr. |
| 6/30/10 | follow up corr. w DI re: stay application. (.4) | .4 hr. |
| 9/2/10 | Review of Xue Lu appellate opinion (1.1)   corr. w. clients (.2) | 1.3 hr. |
| 9/3/10 | follow up team corr. re: strategy (.5) | .5 hr. |
| 9/7/10 | corr. w. XL re: back in China (.7) corr. w. MS and DI (.4) | 1.1 hr. |
| 9/8/10 | corr. w. DI, XL, JH (.2) | .2 hr. |

| | | |
|---|---|---|
| 10/15/10 | corr. w. XL re: case status (.2) | .2 hr. |
| 1017/10 | corr. w. DI re: strategy (.2) follow up w. XL (.1) | .3 hr. |
| 10/19/10 | corr. w. DI re: XL testimony in China legal research (.8) | .8 hr. |
| 11/16/10 | File review/ review of deposition testimony (1.2) | 1.2 hrs. |
| 11/17/10 | review prior status rpts (.4) draft of Rule 26 report (.4) | .8 hr |
| 11/22/10 | finalize draft of Rule 26 report (.4) edit draft after MS Review /finalize (.2) | .6 hr. |
| 11/28/10 | Prepare for status conf. (.3) | .3 hr. |
| 11/29/10 | attend status conf (.8)  travel time (1.3) memo to file (.2) | 2.3 hrs. |
| 12/18/10 | prepare 4th Amended Complaint (1.2) | 1.2 hr. |
| 12/21/10 | Review and edit 4th amended complaint (1.6) | 1.6 hr. |
| 12/22/10 | Finalize 4th amended complaint after MS Review (.8) | .8 hr. |
| 2/7/11 | Review Mtn to Dismiss (1.2) | 1.2 hrs. |
| 2/14/11 | Corr. w. CA re: opp. To Mtn to dismiss (.5) legal research/case review (1.4) | 1.9 hrs. |
| 2/18/11 | corr. w. DI re: mtn to dismiss.  (.3) | .3 hr. |
| 2/25/11 | Reviewed and edited opp to mtn to Dismiss (2.4) | 2.4 hr. |
| 2/26/11 | Draft opp to mtn to dismiss (1.2) review 4th Amended Complaint (.4) corr. w. MS and CA Re: allegations (.3) | 1.9 hr. |
| 2/28/11 | Notice of Errate (.2) review and edit | |

|         | opp to mtn to dismiss (.9) | 1.1 hr. |
|---------|-----------------------------|---------|
| 3/7/11  | Review Reply brief (.6) corr. w. team (.3) | .9 hr. |
| 3/16/11 | Conf. with immigration rights attorneys and MS (.8)  Research and memo to file (.3) | 1.1 hr. |
| 3/23/11 | Prepare for oral argument on mtn to dismiss (1.8) corr. w. CA (.3) | 2.1 hr. |
| 3/24/11 | Case review in prep. For hearing (2.6) corr. w. DI re: hearing (.2) | 2.8 hrs. |
| 3/25/11 | Outline and prepare oral argument for hrn. Mtn to dismiss (1.8) | 1.8 hr. |
| 3/27/11 | Prepare for oral argument (2.8) | 2.8 hr. |
| 3/28/11 | Hearing on oral argument for mtn. to dismiss (w DI) (1.3) travel time (1.6) | 2.9 hrs. |
| 5/20/11 | Review ct. order re 8/1/11 Status conf. memo to team and file (.4) | .4 hr. |
| 6/30/11 | Voice mail from Paul Stern (PS) (.1) corr. w. CA re: scheduling mtg of counsel (.2) | .3 hr. |
| 7/5/11  | Prepared for Rule 25 meeting, file Review (1.2) corr. w. CA (.2) Finalize Outline (.2) corr. w. MS and DI re XL UVisa (.2) | 1.8 hr. |
| 7/6/11  | corr. w. DI re UVisa (.1) prep for mtg w. counsel mtg. of counsel (.5) meeting w PS and CA (.6) | 1.2 hr. |
| 7/7/11  | Review of and edit Rule 26 report (.4) corr. W. CA (.1) | .5 hr. |
| 7/11/11 | Finalize Rule 26 report (.1) corr. w. PS (1) | .2 hr. |
| 7/14/11 | Review D's Edits to report (.2) corr. w. CA (.2) Review and edit revised rpt (.2) | .6 hr. |

| 7/19/11 | Review of Revised Report (.2) corr. w. CA re: rpt (.3) corr. w. PS (.1) | .6 hr. |
|---|---|---|
| 7/20/11 | Finalize Filing of Rule 26 rpt (.2) | .2 hr. |
| 7/21/11 | Mtg. w. MF re: XL case (.3) Memo to DI, MF and CA re: tasks (.2) corr. w. MF re; Rule 26 disc./discovery (.3) Review and edit disclosures (.2) | 1.0 hr. |
| 7/25/11 | Review and edit RFA,RFP and special rogs (.8) corr. w. MF (.1) follow up on D's disco. Requests (.3)corr. w. paralegal re: U Visa (.2) | 1.4 hr. |
| 7/26/11 | corr. w. JH re: disco requests (.3) | .3 hr. |
| 7/27/11 | Corr. w. XL re: disco. Requests (.1) follow up w. DI (.2) | .3 hr |
| 7/28/11 | Email corr. w. DI re: D's disco req. (.2) | .2 hr. |
| 7/31/11 | File review/prep for Scheduling Conf. (1.1) corr. w. MF (.2) | 1.3 hr. |
| 8/1/11 | Scheduling conf. follow up (.4) | .4 hr. |
| 8/9/11 | corr. w. DI re U Visa (.3) corr. w. JH (.1) | .4 hr. |
| 8/10/11 | corr. w. JH re: schedule (.3) follow up w. team (.2) corr. w. PS re ADR (.2) | .7 hr. |
| 8/12/11 | follow up w. DI re: strategy (.2) | .2 hr. |
| 8/15/11 | corr. w. JH re: case/depo (.2) | .2 hr. |
| 8/16/11 | corr. w. PS re; disco issues (.3) Review file, create task memo (.4) | .7 hr. |
| 8/18/11 | corr. w. PS re: depos (.1) | .1 hr. |
| 8/22/11 | corr. w. DI re, conv. W. XL (.2) corr. w. PS re: depos (.3) review pro order | |

20

|          |                                                         |         |
|----------|---------------------------------------------------------|---------|
|          | (.2) follow up w. MF (.2)                               | .9 hr.  |
| 8/24/11  | corr. w. MF and PS re: protective order (.3)            | .3 hr.  |
| 8/29/11  | Review PS corr., conv. w. MF (.2)                       | .2 hr.  |
| 9/1/11   | mtg. w. MF re: strategy (.2) corr w. PS (.2)            | .4 hr.  |
| 9/2/11   | corr. w. PS re: disco resp. (.1)                        | .1 hr.  |
| 9/13/11  | Review and edit disco resp.  (1.8) corr. w. MF (.1)     | 1.9 hr. |
| 9/14/11  | Finalize disco responses (.6)                           | .6 hr.  |
| 10/7/11  | Review D's RFA's (.3) follow up . w. MF (.2)            | .5 hr.  |
| 10/14/11 | Review MF and PS corr. re: discovery issues/mtg w. MF (.3) | .3 hr.  |
| 10/17/11 | follow up on UVisa w. DI and MF (.2)                    | .2 hr.  |
| 10/24/11 | follow up w.MF re: strategy/tasks (.2)                  | .2 hr.  |
| 10/25/11 | Review and edit stip for continuance(.3) PS corr. (.1)  | .4 hr.  |
| 10/27/11 | Finalize stip/PS corr (.2)                              | .2 hr.  |
| 10/31/11 | Receive depo notices, follow up w. team (.3)            | .3 hr.  |
| 11/1/11  | corr. w. DI re: depo schedule (.2)                      | .2 hr.  |
| 11/2/11  | Update calendar/extension of time (.1)                  | .1 hr.  |
| 11/3/11  | corr. w. MF re: PS corr and response (.2)               | .2 hr.  |
| 11/4/11  | PS corr., follow up with MF (.2)                        | .2 hr.  |
| 11/7/11  | File review/corr. w. PS (.8)                            | .8 hr.  |
| 11/15/11 | corr w. DI re; discovery (.2)                           | .2 hr.  |

| 11/16/11 | follow up w DI and MF (.2) | .2 hr. |
| 12/6/11 | mtg. w. MF re: responses (.2) follow up. W. DI (.1) | .3 hr. |
| 12/8/11 | review file/ corr. w. PS (.2) | .2 hr. |
| 12/9/11 | Review and edit XL disco responses (1.6) | 1.6 hr. |
| 12/11/11 | Finalize XL disco responses w. MF (.3) | .3 hr. |
| 12/29/11 | MF corr. re: tasks (.1) | .1 hr. |
| 1/11/12 | mtg. w. MF re: strategy/schedule (.3) | .3 hr. |
| 1/30/12 | follow up on disco issues w. MF and PS (.3) | .3 hr. |
| 2/2/12 | PS corr/follow up w. MF (.2) | .2 hr. |
| 3/9/12 | Review D. doc pro. (.6) | .6 hr. |
| 3/25/12 | doc review to prepare for JH depo (2.7) corr. w. MF re: strategy (.4) | 3.1 hr. |
| 3/26/12 | Prepare for JD depo prep (1.2) mtg. w. JH and MF (4.3) | 5.5 h. |
| 3/27/12 | follow up XL depo (.2) doc. Review (3.5) corr. w. MF strategy(.4) | 4.1 hr. |
| 3/28/12 | JH Depo (7.5) travel time (1.2) | 8.7 hr |
| 3/29/12 | Review MF memo re: Frumovitz depo (.1) strategy corr. w. MF (.2) James Sweeny depo and travel time (1.8) prepare forDI depo/review immigration files (1.1) Memo to file re: trial thoughts (.3) follow up XL depo in Hong Kong (.3) | 3.8 hr |
| 3/30/12 | DI Depo (3.8) travel time (1.3) corr. re: XL Depo (.2) | 5.3 hr. |

| 4/3/12 | corr. PS re. XL Depo (.2) | .2 hr. |
| 4/4/12 | mtg. W. MF re: strategy/tasks (.2) corr. w. PS re: XL depo (.2) | .4 hr. |
| 4/5/12 | Follow up w. MF and Law clerk re: research on depo issues (.3) corr. w. XL re depo issues (.3) | .6 hr. |
| 4/6/12 | corr. w. PS re: depo/file review (.8) | .8 hr |
| 4/9/12 | Review of research re: depo location; follow up w. MF (.4) | .4 hr. |
| 4/10/12 | telephonic conf. w. MF, PS and Stephen Hanler (SH)/prep (2) follow up corr. (.2) Corr. w. XL (.2) | 2.4 hr. |
| 4/11/12 | corr. w. PS and MF re: depos/mtn issues (.5) | .5 hr. |
| 4/12/12 | follow up corr. (.2) | .2 hr. |
| 4/16/12 | corr. w. MF re: XL depo issue, review of file (.5) | .5 hr. |
| 4/17/12 | Review 1st draft pro order and edit (1.3) review 2nd draft (.6) XL dec. edits (.3) follow up w. XL (.1 | 2.3 hr |
| 4/18/12 | corr. w. XL re: dec (.4) work on pro order (.3) | .7 hr. |
| 4/20/12 | conf. w. MF re: experts/strategy. Corr. w. MF and DI (.5) | .5 hr. |
| 4/21/12 | Review XL DEC/pro order mtn (.8) strategy corr. w. MF (.3) | 1.1hr. |
| 4/23/12 | Edit Frumovitz mtn. (.6) corr. w. MF (.2) | .8 hr |
| 5/6/12 | Review and edit sup. P's&A's re: pro order (1.2) | 1.2 hr. |
| 5/21/12 | Review MF Memo re: hearing (.2) follow | |

|          | up strategy conf. (.3)                                                                                          | .5 hr.   |
|----------|----------------------------------------------------------------------------------------------------------------|----------|
| 5/22/12  | corr w. XL re: depo in Hong Kong (.2)                                                                           | .2 hr.   |
| 5/24/12  | corr. to PS re: depo/discovery (.3)                                                                             | .3 hr.   |
| 5/25/12  | corr. w. PS (.2)                                                                                                | .2 hr.   |
| 5/29/12  | corr. w. PS re: depo (.2) meet and confer w. PS (.3) follow up w. Bill Clifton (BC) Re; Hong Kong Depo (.4)     | .9 hr    |
| 5/30/12  | Follow up w. XL Depo/ File review (1.8 hr)                                                                      | 1.8 hr.  |
| 6/2/12   | Draft corr. to PS re: Hong Kong depo (.3) MS review (.2) follow up w. XL (.2)                                   | .7 hr.   |
| 6/4/12   | corr. w. PS re: Depo (.2) reviewed PS response/research w. BC (.5) corr. to PS (.2) follow up corr (.5)          | 1.4 hr.  |
| 6/5/12   | corr. w. PS re: depo/discovery (.3)                                                                             | .3 hr.   |
| 6/6/12   | Review stip to continue disco (.2) corr. w. MF (.1) corr. w. XL re: depo (.4)                                   | .7 hr.   |
| 6/7/12   | follow up w. BC  re: XL depo                                                                                    | .3 hr.   |
| 6/8/12   | corr. w. XL re: depo (.2)                                                                                       | .2 hr.   |
| 6/9/12   | File review (.7) email re: tasks (.2)                                                                           | .9 hr.   |
| 6/12/12  | Review file for docs to send to XL (2.7) corr. w. Emma Huang (EH) and XL (.2) corr. w. PS re: depo (.2)         | 3.1 hr.  |
| 6/13/12  | follow up XL (.2)                                                                                               | .2 hr.   |
| 6/21/12  | corr. w. XL re: depo/asylum app. Doc review (.5)                                                                | .5 hr.   |
| 6/26/12  | corr. w. DI re: asylum app (.4) reviewed asylum app. File (1.2) corr. w. XL (.2)                                | 1.8 hr.  |
| 7/2/12   | corr. w PS re: depo (.2) follow up w.                                                                           |          |

|         | team (.2)                                                                                                                                   | .4 hr.   |
|---------|--------------------------------------------------------------------------------------------------------------------------------------------|----------|
| 7/5/12  | Xue Lu Depo/doc review (4.1) Outline depo prep (1.8) corr. w. XL (.3)                                                                       | 6.2 hrs. |
| 7/6/12  | follow up w. DI re: XL Docs/asylum app (.3) doc review and depo prep (4.8)                                                                  | 5.1 hrs. |
| 7/7/12  | XL Depo prep (3.8) depo prep outline (.9) corr. w. MF re: timeline (.5)                                                                     | 5.2 hrs. |
| 7/8/12  | Prepare XL examination outline (8.9)                                                                                                        | 8.9 hrs. |
| 7/9/12  | File review (1) corr. w. DI and MF (.3)                                                                                                     | 1.3 hrs. |
| 7/10/12 | Meeting. W. XL to prepare for depo (5.2) Refine direct exam outline (2.7)                                                                   | 7.9 hrs. |
| 7/11/12 | Meeting w. XL to prepare for depo (6.3) file review/exam prep (1.2) corr. re: PMK Depo (.4)                                                 | 7.9 hrs. |
| 7/12/12 | XL Depo for trial testimony (9.2 hrs) Memo to file and team (.3) review of research re: MSJ (.3)                                            | 9.8 hrs. |
| 7/19/12 | Corr. w. XL re: case follow up (.2)                                                                                                         | .2 hr.   |
| 8/6/12  | mtg. and corr. w. MF re: expert witness designation (.4) doc review (.3) follow up corr. (.2) corr. w. DI re: asylum testimony (.2)         | 1.1 hr.  |
| 8/9/12  | Review of materials for conf. call w. expert (.3) conf. call w. expert (.7) follow up corr. (.2)                                            | 1.2 hrs. |
| 8/14/12 | corr. w. PS re: trial docs/PMK dep (.3)                                                                                                     | .3 hr.   |
| 8/16/12 | response from PS (.2)                                                                                                                       | .2 hr.   |
| 8/18/12 | corr. w. JH (.2)                                                                                                                            | .2 hr.   |

25

| | | |
|---|---|---|
| 8/27/12 | first review of expert report (.5) | .5 hr. |
| 8/29/12 | review report/follow up w. MF (1.2) | 1.2 hr. |
| 8/30/12 | review expert report (.6) corr. w, MF & SL (.2) | .8 hr. |
| 8/31/12 | follow up. Corr/finalize Rule 26 rpt (.4) Review D's export report/file review (.5) | .9 hr. |
| 9/4/12 | conv. w. PS (.2) follow up w. MF (.2) | .4 hr. |
| 9/7/12 | reviewed and revised stip. To continue deadline (.3) follow up w. MF (.1) | .4 hr |
| 10/9/12 | follow up w. MF re; trial continuance | .2 hr. |
| 10/23/12 | Review MF/PS corr. (.2) | .2 hr. |
| 10/24/12 | corr. w. PS (.2) | .2 hr. |
| 10/25/12 | corr w. PS re: MSJ schedule (.4) | .4 hr |
| 10/26/12 | Review MSJ (1.8) memo to team re: strategy (.3) corr. w. PS (.2) follow up re ex parte (.2) | 2.5 hrs. |
| 10/27/12 | Review and edit dec. ISO of ex parte app (.4) review and edit ex parte (.4) follow up corr. w. MF and Fatemeh Mashouf (FM) (.3) | 1.1 hr. |
| 10/28/12 | finalize ex parte (.5) | .5 hr. |
| 10/29/12 | review final draft (.3) | .3 hr. |
| 10/30/12 | corr. w. JH re: trial date (.2) | .2 hr. |
| 10/31/12 | corr. w. MF and FM re: MSJ opp (.4) | .4 hr. |
| 11/3/12 | Review of FM memo (.3) corr. w. MF and FM (.2) | .5 hr. |
| 11/5/12 | strategy emails w. MF and FM re MSJ opp (.4) | .4 hr |

26

| | | |
|---|---|---|
| 11/13/12 | Review and edit MSJ opp (3.5) corr. w. MF (.2) | 3.7 hr. |
| 11/14/12 | review of MSJ opp docs (1.6) corr. w. MF (.2) | 1.8 hr. |
| 11/15/12 | Review and edit separate statement (2.3) follow up w. MF (.3) | 2.6 hr. |
| 11/18/12 | Review and edit MSJ opp final (1.2) Review and edit decs (.4) corr. w. MF (.2) | 1.8 hr. |
| 11/19/12 | review and edit separate statement (.8) follow up on MSJ up (.4) | 1.2 hr. |
| 11/26/12 | corr. re: Dr. Lustig depo (.3) | .3 hr. |
| 12/10/12 | follow up w. MF re: conf. w. PS (.4 hr) | .4 hr. |
| 12/11/12 | Prepare for conf. w. PS/review exhs./ wit. Lists, file (2.5) call w. PS and MF (.7) | 3.2 hrs. |
| 12/14/12 | corr. w. MF re: Lustig depo. (.2) | .2 hr. |
| 12/18/12 | corr. from PS re: Biggs depo. (.2) follow up w. MS re: strategy (.5) | .7 hr. |
| 12/19/12 | Review of ex parte application re: Biggs depo (.3) Mtg. w. MF (.2) | .5 hr. |
| 12/20/12 | Review of exhibit and witness list (.5) File review (2.2) | 2.7 hr. |
| 12/21/12 | Review D's exhibit and wit. List (.3) Finalize P's lists (.4) | .7 hr. |
| 1/2/13 | Review and edit opp to D;s ex parte app (.3) finalize filing (.2) | .5 hr. |
| 1/4/13 | review stip. To continue trial date (.2) corr. w. PS re: scheduling order (.3) follow up w. MF re: exh. List (.2) | .7 hr. |
| 1/7/13 | Edit Mem. Con fact and Law (.3) cor. W. MF (.1) review exh. List/ corr. w. PS (.3) | .7 hr. |

27

| 1/8/13 | Review and edit Pretrial conf. order (.8) mtg w. MF re strategy (.3) corr. w. PS (.1) | 1.2 hr. |
|--------|------|------|
| 1/9/13 | Review trial ct. order (.2) follow up w MF and EH (.2) corr. w PS re: deadlines (.2) follow up w. team (.2) | .6 hr. |
| 1/15/13 | corr. w. PS re: Biggs depo (.4) | .4 hr. |
| 1/16/13 | mtg. w. MF re: strategy/tasks (.4) corr. w. PS (.2) | .6 hr. |
| 1/17/13 | follow up corr. w. PS (.2) | .2 hr. |
| 1/18/13 | corr. w. MF re: schedule (.2) | .2 hr. |
| 1/21/13 | corr. w. PS re: pretrial conf. order (.1) | .1 hr. |
| 1/22/13 | review and finalize petrial conf. order (.5) email to PS (.1) | .6 hr. |
| 1/24/13 | mtg. w. MF (.2) corr. w. PS re: Biggs depo (1) | .3 hr. |
| 1/25/13 | follow up corr. to PS re: Biggs dep (.1) | .1 hr. |
| 1/29/13 | Corr. w. MF re: MIL strategy (.3) corr. w. PS (.2) | .5 hr. |
| 1/30/13 | corr. w. PS re: Biggs dep (.2) | .2 hr. |
| 2/2/13 | review XL & JH depo for MIL (1.2) | 1.2 hr. |
| 2/4/13 | follow up w. MF re conf. call (.5) review XL depo excerpts for designation (2.3) | 2.8 hr |
| 2/5/13 | Review and edit MIL (1.2) corr. w. MF (.2) | 1.4 hr. |
| 2/6/13 | review and edit MIL (.6) file review/ prepare for trial (1.8) | 2.4 hrs. |
| 2/7/13 | Finalize MIL Filing (.5) | .5 hr. |

28

| | | |
|---|---|---|
| 2/8/13 | review and revise pretrial conf. order (.8) follow up w. MF (.3) file review (.5) | 1.6 hr. |
| 2/9/13 | Corr. w. MF re: MIL opps. (.4) | .4 hr. |
| 2/10/13 | Prepare for MSJ Hrng (3.2) Read MIL's Memo to MF (1.5) | 4.7 hrs. |
| 2/11/13 | Review obj to depo portions (.5) prepare for MSJ Hrng. (6.2) research re: MIL opps (2.2) | 8.9hr. |
| 2/12/13 | appeared at MSJ hrng (1.1) travel time (1.1) to w. MF re: MSJ (.2) review and edit MIL Opps (1.3) | 3.7 hrs. |
| 2/13/13 | help finalize MIL opps (1.6) | 1.6 hrs. |
| 2/16/13 | corr. w. PS (.2) File Review (.9) | 1.1 hr. |
| 2/17/13 | Review and outline Lustig depo (2.6) JH depo review (2.2) | 4.8 hr. |
| 2/18/13 | Review Trial brief (1.5) corr. w. MF (.1) Review of JH immigration docs (3.1) | 4.7 hr. |
| 2/19/13 | Review and edit trial brief (1.1) Direct exam of JH (4.1) review and edit Proposed Findings Facts & and law (1.2) follow up On XL video (.3) | 6.7hrs. |
| 2/20/13 | file review and corr. w. MF PFFCL (.3) Opening statement thoughts (.5) Review File for Pretrial conference (1.5) Review And prepare for MIL oral argument (2.4) corr. w. MF re: Arguments/strategy (.6) | 5.3 hrs. |
| 2/21/13 | Prepare for pretrial conf. (2.1) follow up on Video excerpt issue (.5) Pretrial conference (3.4) Trial prep/Direct exam of JH (1.5) corr. w. clients (.3) | 7.9 hr. |
| 2/22/13 | Review of exhibit list and docs (2.2 hr) | |

29

|  | Review MF memo re rulings/follow up (.3) Review JH docs/client corr (.8) corr. w. PS re: exhibits (.4) file review/ prepare opening statement (3.2) | 5.7 hr. |
|---|---|---|
| 2/23/13 | corr. w. PS re: exhibits (.3) Trial prep/ Prepare JH testimony (2.3) Review of med Records/med literature Frumovitz deposition/ cross exam Of Frumovitz (2.4) XL testimony/ doc review (1.6) team strategy corr. (.7) | 7.3 hr. |
| 2/24/13 | Frumovitz cross (1.1) finalize JH prep. (2.2) Opening statement (2.8) corr. w. DI Re case strategy (.3) corr. w. PS re: exhibits (.1) corr. w. MF re: Lustig and JH testimony (.2) Trial prep (2.4) | 9.1 hrs. |
| 2/25/13 | Follow up on exhibit binders (.3) mtg. w. JH (2.4) finalize JH direct exam (1.1) Finalize opening statement (1.1) follow up On XL depo excerpts/video (1.2) conv. W. Lustig (.7) Trial prep (1.8) | 7.6 hrs |
| 2/26/13 | Trial (8 hours) mtg. w. JH & MF re: trial Prep (1.7) trial prep (1.2) | 10.9 hrs. |
| 2/27/13 | Meet w. Dr. Lustig (.5) trial, witness testimony (8 hours) prepare for cross of Dr. Frumovitz/ Article review, conv. W. Dr. (3.2) | 11.7 hrs. |
| 2/28/13 | Trial (3.5 hrs) Prepare closing argument (9.2) | 12.7 hrs. |
| 3/1/13 | Finalize closing (.6) Trial/closing arguments (3.5) | 4.1 hrs. |
| 3/4/13 | Review and edit authorities to submit to court (.6) review XL trial excerpts (.5) | 1.1 hrs. |
| 6/26/13 | corr. to PS re: statement of decision (.1) | .1 hr. |
| 6/27/13 | follow up re statement of decision (.2) | .2 hr. |
| 6/28/13 | corr. w. PS re: statement of decision (.2) | .2 hr. |
| 8/19/13 | Review Cost bill/research USC, FRCP |  |

And Local Rules (.9)                    .9

**Total Hours: 877.3**

EXHIBIT 5

| Xue Lu | | Menaka Fernando Time-Log |
|---|---|---|
| Date | Hours | Description |
| 7/21/11 | 2 10 | Reviewing Rule 26 report, D's Rule 26 disclosures and Fourth Amended |
| 7/21/11 | 4.20 | Drafting Ps' Rule 26 disclosures, reviewing documents |
| | | Drafting Ps' Rule 26 disclosures, reviewing documents; Drafting Ps' Request for Production (Set |
| 7/22/11 | 3.60 | One) and Request for Admissions (Set One) |
| 7/24/11 | 1 30 | Drafting Ps' RFAs and Special Rogs (Set One) |
| 7/25/11 | 2.50 | Xue Lu. Drafting Ps' RFPs (Set One), RFAs |
| 8/1/11 | 2.80 | Scheduling conference |
| 8/18/11 | 1 60 | Drafting discovery responses |
| 8/19/11 | 2.60 | Drafting discovery responses |
| 8/24/11 | 1.20 | Reviewing/researching protective order |
| 8/24/11 | 0.70 | Discovery responses |
| 8/31/11 | 5.50 | Discovery responses |
| 9/1/11 | 6.50 | Discovery responses |
| 9/2/11 | 5.40 | Discovery responses |
| 10/19/11 | 0.20 | Phone call with former US Attorney re Xue Lu's immigration status |
| 10/24/11 | 0.50 | phone call with opposing counsel; email to VJD |
| 10/25/11 | 1.80 | Drafting joint stip re discovery deadline |
| 10/26/11 | 2.00 | Stipulation re discovery deadline; meet and confer with opc |
| 10/27/11 | 0 50 | Finalizing stip to extend discovery deadline |
| 12/12/11 | 2.20 | Drafting responses to D's RFAs (Set One) |
| 1/20/12 | 0 20 | phone call with opc |
| 1/23/12 | 2.90 | Reviewing D's document production |
| 3/22/12 | 0.20 | phone call with opc |
| 3/23/12 | 2.40 | Depo prep for Jie Hao's deposition |
| 3/24/12 | 2 20 | Depo prep for Jie Hao's deposition |
| 3/25/12 | 3 20 | Depo prep for Jie Hao's deposition |
| 3/26/12 | 4.30 | Client meeting with Jie Hao for depo prep |
| 3/28/12 | 3.20 | Reviewing Hao's 2007 depo; depo prep for witness Dr. Frumovitz |
| 3/29/12 | 5.20 | Depo prep for wintess Dr. Frumovitz, Frumovitz depo |
| 4/2/12 | 1.20 | Preparing for meet and confer with opc re Xue Lu's depo in HK |
| 4/9/12 | 1 10 | Researching issue of taking p's depo in HK |
| 4/10/12 | 2 00 | Researching/drafting meet and confer outline re clien'ts depo in HK; meet and confer with opc |
| 4/11/12 | 0.50 | Drafting correspondence to meet and confer re: discovery motions |
| 4/13/12 | 2.70 | Researching protective order re discovery motion on HK depo |
| 4/16/12 | 2.70 | Deposition of Jacqueline Kriebel |
| 4/16/12 | 2.30 | Researching protective order re discovery motion on HK depo |
| 4/15/12 | 1 80 | Drafting timeline of events |
| 4/16/12 | 4.70 | Researching/drafting protective order re HK depo |
| 4/16/12 | 1.88 | Researching/drafting protective order re HK depo |
| 4/17/12 | 4 70 | Revising protective order re HK depo |
| 4/20/12 | 2 70 | Drafting declarations ISO protective order re HK depo |
| 4/21/12 | 4.70 | Drafting Ps' portion of Ds' protective order re expert designation |
| 4/22/12 | 3 20 | Drafting Ps' portion of Ds' protective order re expert designation |
| 4/23/12 | 8 70 | Finalizing and filing P and Ds 2 protective orders re HK depo and expert designation |
| 5/6/12 | 4 70 | Researching/drafting supplemental memo re Ps' protective order re HK depo |
| 5/7/12 | 3.70 | Finalizing supplemental memos re Ps' and Ds 2 protective orders |
| 5/16/12 | 5.80 | Preparing for dep of Dr. Philip Chan/ Depo of Dr. Chan |
| 5/20/12 | 5 40 | Preparing for hearing on protective orders |
| 5/21/12 | 3 20 | Preparing for hearing on protective orders |
| 5/21/12 | 0.70 | Hearing on protective orders |
| 5/21/12 | 0 30 | E-mail update re judge's rulings on protective orders |
| 5/23/12 | 0 70 | Preparing for depo of Kayde Brownlee |
| 5/24/12 | 0.90 | Deposition of Kayde Brownlee |
| 6/5/12 | 1.60 | Drafting joint stip re discovery deadline |
| 6/6/12 | 1.90 | Drafting/finazling joint stip re discovery deadline |
| 6/8/12 | 2.20 | Depo prep for Xue Lu's depo in Hong Kong |
| 6/24/12 | 2 40 | Depo prep for Xue Lu's depo in Hong Kong |
| 7/2/12 | 1.10 | Reviewign docs for Xue Lu's depo prep |
| 7/3/12 | 2.20 | Drafting outline of Xue Lu's chronology for depo prep |
| 7/6/12 | 5.50 | Reviewing/revising law clerk's questions for XL's depo; document review |
| 7/9/12 | 1.00 | Reviewing docs for XL's depo in Hong Kong |

| Date | Hours | Description |
|---|---|---|
| 7/11/12 | 1.53 | Reviewing/discussing law clerk research re potential MSJ |
| 7/16/12 | 0.80 | Reviewing law clerk research re potential MSJ claims |
| 8/1/13 | 1.50 | Research re designating expert |
| 8/9/12 | 1.30 | Conference call with mental health expert Lustig |
| 8/10/12 | 0.60 | follow up correspondence with/re mental health expert |
| 8/17/12 | 0.70 | Call with potential asylum expert |
| 8/22/12 | 0.60 | Correspondence with mental health expert |
| 8/28/12 | 3.20 | Reviewing draft expert report |
| 8/29/12 | 0.40 | Correspondence/call with mental health expert |
| 8/31/12 | 1.80 | Final review of expert report |
| 9/7/12 | 0.30 | Reviewing stipulation to continue dates |
| 10/26/12 | 1.20 | Reviewing Ds' MSJ |
| 10/27/12 | 1.30 | Reviewing ex parte app to extend deadline to file MSJ opp |
| 10/28/12 | 2.20 | Reviewing/revising ex parte app + supporting docs |
| 10/29/12 | 0.40 | Correspondence re ex parte app |
| 10/31/12 | 1.10 | Drafting correspondence to law clerk and VJD re MSJ opp |
| 11/3/12 | 6.50 | Drafting email/researching issues for MSJ opp |
| 11/4/12 | 3.00 | Researching issues for MSJ opp |
| 11/5/12 | 2.00 | Researching/drafing MSJ opp |
| 11/7/12 | 2.10 | Researching/drafting MSJ opp |
| 11/9/12 | 4.40 | Researching/drafting MSJ opp |
| 11/10/12 | 4.90 | researching/drafting MSJ opp; drafting separate statement |
| 11/11/12 | 4.90 | researching/drafting MSJ opp, draft ng separate statement |
| 11/11/12 | 2.90 | researching/drafting MSJ opp; draft ng separate statement |
| 11/12/12 | 9.00 | Drafting MSJ opp; drafting separate statement |
| 11/12/12 | 3.40 | Drafting MSJ opp |
| 11/13/12 | 7.30 | Drafting MSJ opp, drafting separate statement |
| 11/13/12 | 5.40 | Revising MSJ opp; drafting separate statement |
| 11/14/12 | 6.20 | Revising MSJ opp; drafting separate statement |
| 11/14/12 | 4.00 | Drafting separate statement |
| 11/15/12 | 2.30 | Revising MSJ opp, separate statement |
| 11/15/12 | 3.00 | Revising MSJ opp; separate statement; compiling exhibits |
| 11/16/12 | 3.00 | Revising MSJ opp; separate statement; compiling exhibits |
| 11/19/12 | 2.70 | Finalizing MSJ docs; drafting declaration in support |
| 12/10/12 | 0.70 | Preparation for call with opposing counsel re pretrial conference |
| 12/11/12 | 1.50 | Prep for call/ call with opposing counsel re pretrial conference |
| 12/12/12 | 1.10 | Correspondence with mental health expert/ phone call re upcoming deposition |
| 12/13/12 | 3.50 | Prep for Lustig Depo |
| 12/14/12 | 3.50 | Lustig Deposition in SF |
| 12/18/12 | 1.10 | Correspondence re witness/exhibit list and depo of Winfield Scott Biggs |
| 12/19/12 | 4.50 | Researching/drafting opp to ex parte app to extend time to take depo of Winfield Scott Biggs |
| 12/21/12 | 1.10 | Reviewing/sending out exhibit list/witness list |
| 1/1/13 | 2.40 | Drafting opp to ex parte app to extend time to take depo of Winfield Scott Biggs |
| 1/2/13 | 2.80 | Drafting opp to ex parte app to extend time to take depo of Winfield Scott Biggs |
| 1/3/13 | 0.60 | Reviewing letter re corrections to Lustig's depo |
| 1/4/13 | 3.10 | Draftign joint stip to continue trial and associated dates; reviewing joint exhibit list |
| 1/5/13 | 3.20 | Drafting memorandum of contentions of law and fact |
| 1/6/13 | 3.50 | Drafting memorandum of contentions of law and fact |
| 1/7/13 | 1.10 | Revising memorandum of contentions of .aw and fact |
| 1/7/13 | 3.40 | Drafting final pretrial conference order |
| 1/8/13 | 0.70 | Revising final pretrial conference order |
| 1/25/13 | 0.40 | Meeting with law clerk re summarizing client depos |
| 1/29/13 | 0.30 | Correspondence re MIL schedule |
| 2/2/13 | 2.10 | Reviewing law clerk's depo summary forXue Lu |
| 2/4/13 | 1.30 | Prep for meet and confer re MILs, meet and confer re MILs, follow up correspondence with VJD |
| 2/5/13 | 6.00 | Reviewing/Designating portions of Xue LU's depo for trial |
| 2/5/13 | 3.50 | Drafting Ps MIL 1 re hearsay testimony |
| 2/6/13 | 3.30 | Drafting Ps MIL 2 re hearsay documents |
| 2/7/13 | 2.70 | Reviewing Ds' MILs |
| 2/8/13 | 3.40 | Revising final pretrial conference order |
| 2/10/13 | 5.20 | Reviewing Ds' designations of XL s depo for trial; researching MIL opps |
| 2/11/13 | 3.40 | Drafting objections to Ds' XL depo designations |
| 2/11/13 | 3.40 | Researching/drafting Ps' MIL opps |

| Date | Hours | Description |
|---|---|---|
| 2/12/13 | 0 20 | Telephone call with VJD re MSJ hearing |
| 2/12/13 | 0.20 | correspondence with mental health expert |
| 2/12/13 | 3 20 | Drafting Ps' MIL opps |
| 2/13/13 | 6 40 | Drafting Ps' MIL opps |
| 2/14/13 | 5.70 | Drafting Ps' MIL replys |
| 2/15/13 | 3 20 | Drafting Ps' MIL replys |
| 2/17/13 | 3.10 | Drafting trial brief |
| 2/19/13 | 8.20 | Drafting/revising trial brief |
| 2/19/13 | 1 30 | Drafting direct examination for Dr. Lustig |
| 2/19/13 | 5.40 | Drafting/filing Ps' contentions of fact and conclusions of law |
| 2/20/13 | 3 50 | Reviewigng Ds' objections to Ps' depo designations for XL |
| 2/20/13 | 4.70 | Researching issue preclusion for pretrial conference; drafting outlines for MIL arguments |
| 2/21/13 | 4 00 | Drafting outlines for MIL arguments; preparing for pretrial conference |
| 2/21/13 | 3.40 | Pretrial conference |
| 2/22/13 | 4.40 | Reviewing exhibit list, depo designations; drafting Ps' request for judicial notice (not filed) |
| 2/22/13 | 0 80 | Drafting email to VJD summarizing court's pretrial conference rulings |
| 2/23/13 | 1.70 | Drafting direct examination for Dr Lustig |
| 2/24/13 | 5.20 | Drafting direct examination for Dr. Lustig; correspondence re exhibits |
| 2/25/13 | 1.80 | Drafting direct examination for Dr. Lustig; drafting index of deposition designations/objections |
| 2/25/13 | 4.80 | Reviewing/editing opening statement |
| 2/25/13 | 4.40 | Creating XL depo video to play at trial |
| 2/26/12 | 1 97 | Creating XL depo video to play at trial |
| 2/23/13 | 6.10 | Researching/outlining cross-examination for Ds' expert |
| 2/26/13 | 4 00 | Trial |
| 2/26/13 | 4.00 | Trial |
| 2/26/13 | 1.70 | Client meeting with Jie Hao for trial prep |
| 2/26/13 | 3 70 | Corresponding with expert witness; revising outline of direct |
| 2/27/13 | 0 50 | Meeting with expert |
| 2/27/13 | 3 50 | Trial |
| 2/27/13 | 4 00 | Trial |
| 2/27/13 | 6 20 | Researching/outlining cross-examination for Ds' expert |
| 2/28/13 | 0 40 | Researching/outlining cross-examination for Ds' expert |
| 2/28/13 | 3.50 | Trial |
| 2/28/13 | 8.40 | Preparing power point for closing argument |
| 3/1/13 | 3.50 | Preparing power point for closing argument |
| 3/1/13 | 0.90 | Preparing power point for closing argument |
| 3/1/13 | 3.50 | Trial |
| 3/4/13 | 1 40 | Compiling Ps' list of authority to submit to court |
| 3/4/13 | 4.60 | Designating portions of XL testimony admitted into evidence |
| 3/5/13 | 2.20 | Designating portions of Xl testimony admitted into evidence |
| 6/27/13 | 1.80 | Preparing joint stip requesting issuance of decision |
| 7/2/13 | 1.30 | Drafting declaration of non-cooperation re joint stip to sisue decision |
| 8/5/13 | 1.60 | Reviewing judgment; researching attorneys fees |
| 8/6/13 | 7.20 | Researching/drafting ex parte plus supporting documents re extending time for attys fees motion |
| 8/7/13 | 4.30 | Drafting/finalizing ex parte re extension on attys fees motion |
| 8/8/13 | 2.20 | Researching attorneys fees motion |
| 8/12/13 | 2.30 | Compiling hours for attys fees motion |
| 8/13/13 | 4.30 | Researching attorneys fees motion |
| 8/14/13 | 1.20 | Researching attorneys fees motion/ compiling hours |
| 8/15/13 | 2.90 | Researching attorneys fees motion |
| 8/16/13 | 3.20 | Researching/drafting attorneys fees motion |
| 8/20/13 | 2.10 | Researching/drafting attorneys fees motion |
| 8/21/13 | 2.00 | Researching/drafting attorneys fees motion |
| 8/22/13 | 3 00 | Drafting attorneys fees motion |
| 8/25/13 | 4 70 | Drafting attornyes fees motion |
| 8/27/13 | 6.80 | Drafting attorneys fees motion |
| 8/27/13 | 5.20 | Drafting attorneys fees motion |
| 8/28/13 | 6.20 | Drafting attorneys fees motion; Fernando dec in support thereof |
| | 528.28 | |

# EXHIBIT 6

Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

## Do Kim Time-Log

| DATE | TASK | HOURS |
|---|---|---|
| 12/27/2004 | reviewed file: FAC, SAC, defendant U.S. motion to | 2.00 |
| 12/28/2004 | reviewed file: read plaintiffs' opposition | 1.50 |
| 12/29/2004 | reviewed file: read defendant U.S. reply | 1.00 |
| 1/6/2005 | checked whether past opposition motion cases are | 4.00 |
| 1/7/2005 | checked whether past opposition motion cases are | 4.00 |
| 2/7/2005 | drafted stipulation re: order to lift stay | 2.00 |
| 2/9/2005 | phone conversation with Attorney for U.S. re: stipulation and briefing schedule; drafted letter to all counsel re: stipulation and briefing schedule. | 1.00 |
| 2/14/2005 | drafted stipulation to lift stay and propose briefing | 2.00 |
| 2/15/2005 | called Thomas Powell's criminal attorney, Irene | 0.10 |
| 2/16/2005 | placed phone call to Thomas Powell at Terminal | 1.50 |
| 2/17/2005 | phone conversation with Jie Hao and Xue Lu re: | 1.50 |
| 2/18/2005 | phone conversations with Tracey Hardin and | 1.00 |
| 3/16/2005 | reviewed U.S.'s motion to dismiss; corresponded | 0.80 |
| 3/21/2005 | met with Jim re: opposition to motion to dismiss; | 1.40 |
| 3/23/2005 | reviewed file; downloaded copy of order from | 0.50 |
| 3/28/2005 | researched statutes with mandatory duty | 1.20 |
| 3/30/2005 | researched statutes with mandatory duty | 1.30 |
| 4/4/2005 | worked on Opposition to Motion to Dismiss | 8.00 |
| 4/6/2005 | phone conversations with Tracey Hardin re: new | 0.40 |
| 4/8/2005 | discussion with Jim re: stipulation for new hearing date for mx to dismiss; two phone conversations with Tracey Hardin re: same | 0.40 |
| 4/14/2005 | meeting with Jim re: discovery plan | 0.20 |
| 5/11/2005 | correspondence and discussion with Jim, Caitlin, and Matt re: preparing hearing folder for hearing | 0.30 |
| 5/12/2005 | reviewed cases for oral argument re: US motion to dismiss; discussion with Jim re: same; worked on oral argument outline for Jim | 5.70 |
| 5/13/2005 | worked on oral argument outline for Jim; discussed outline with Jim; revised outline | 4.20 |
| 5/15/2005 | researched whether US was negligent in its decision not to investigate and take corrective action when it knew or should have known of Powell and Looney's misconduct | 2.10 |
| 5/16/2005 | prepared for hearing re: US's motion to dismiss; appeared at hearing with Jim; requested transcript of hearing from court reporter, Leandra Amber | 5.60 |
| 5/17/2005 | phone conversation with Jie Hao re: outcome of motion to dismiss hearing; corresponded with Jim re: same | 0.40 |

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 84 of 119 Page ID
#:2635
Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| | drafted letter to court reporter Leandra Amber requesting | |
| | transcript of May 16, 2005 hearing for U.S.'s motion to | |
| 5/23/2005 | dismiss | 0.30 |
| | researched mandatory duty for TAC; corresponded and | |
| | discussed assignments for interns with Jim; corresponded | |
| | with Mike re: whether we should sue Powell's estate; | |
| 5/31/2005 | research on judge caught in sex | 1.00 |
| | developed research assignments and met with Kunthea and | |
| | Tiffany; discussed and corresponded with interns re: | |
| 6/1/2005 | questions they had; corresponded | 3.30 |
| | phone conversation with Tracey Hardin re: stipulation for | |
| | extension of time to file TAC and briefing schedule for | |
| | motion to dismiss; corresponded with Tracey, Jim, and | |
| 6/2/2005 | Andrew Kaplan re: same; filed stipulation with court; met | 1.30 |
| | discussed and corresponded with Kunthea and Tiffany | |
| | regarding their respective research assignments; reviewed | |
| 6/3/2005 | statutes and regulations | 1.90 |
| | corresponded with Andrew re: sending him copy of joint | |
| | stipulation submitted to the court; copied and faxed | |
| 6/6/2005 | stipulation to Andrew; corresponded with Joe | 0.50 |
| | discussion with Tiffany re: her research; corresponded with | |
| 6/8/2005 | Kunthia re: same | 0.40 |
| | worked on third amended complaint; discussed and | |
| | corresponded with Jim re: TAC, whether to sue Powell's | |
| 6/10/2005 | estate, causes of actions | 4.60 |
| | | |
| | drafted Third Amended Complaint; corresponded with Jim | |
| 6/13/2005 | re: Andrew Kaplan's substitution of appearance for US | 3.30 |
| | phone conversation with Jie Hao re: case update, whether to | |
| | sue Thomas Powell's estate; drafted joint stipulation | |
| 6/14/2005 | proposing briefing schedule for | 1.20 |
| | revised TAC; reviewed translated statements of Xue Lu and | |
| | Jie Hao; faxed joint stipulation proposing briefing schedule | |
| 6/15/2005 | to Andrew Kaplan | 3.20 |
| | drafted and filed TAC; revised joint stipulation proposing | |
| | briefing schedule; phone conversation with Andrew re: | |
| 6/16/2005 | same | 3.00 |
| | correspondence with Andrew re: joint stipulation; revised | |
| 6/17/2005 | and filed joint stipulation | 1.30 |
| | phone conversation with Andrew Kaplan re: pre-motion | |
| | conference on motion to dimiss; discussion with Jim re: | |
| 6/28/2005 | same | 0.40 |
| | corresponded with Jim re: ordering hearing transcript of | |
| 7/1/2005 | motion to dismiss. | 0.10 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 85 of 119  Page ID
Xue Lu, Jie Hao v. United States of America
#:2636
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| 7/7/2005 | phone conversation with Leandra Amber re: transcript of motion to dismiss hearing; requested | 0.10 |
| 7/21/2005 | corresponded with Jim re: court striking US's motion to dismiss b/c it did not comply with LR 7-3 | 0.20 |
| 7/26/2005 | phone conversation with Andrew re: scheduling conference | 0.40 |
| 7/27/2005 | phone conversation with Andrew re: joint stip on briefing schedule for US motion to dismiss and scheduling conference; phone conversation with Jim re: same; corresponded with Jim re: Xue Lu | 0.80 |
| 8/2/2005 | corresponded with Andrew and Jeremy re: joint stip postponing scheduling conference; corresponded | 0.60 |
| 8/3/2005 | reviewed joint stipulation re: proposed briefing schedule and postponing scheduling conference; phone conversation with Andrew re: revisions to joint stipulation; corresponded with Andrew and Jeremy re: same | 1.20 |
| 8/4/2005 | reviewed final joint stipulation re: proposed briefing schedule and postponing scheduling conference | 0.40 |
| 8/9/2005 | reviewed U.S.'s motion to dismiss TAC | 1.20 |
| 8/10/2005 | corresponded with Jim re: Xue Lu Opposition motion; discussion with Tiffany re: Xue Lu Opposition assignment | 0.30 |
| 8/24/2005 | corresponded with Jim and Erwin re: Opposition motion | 0.30 |
| 8/25/2005 | worked on Opposition to US motion to compel | 0.20 |
| 8/26/2005 | worked on Opposition to US motion to dismiss | 5.80 |
| 8/29/2009 | worked on Ps' Opposition to US motion to dismiss | 14.00 |
| 8/30/2005 | worked on Ps' Opposition to US motion to dismiss; researched BAJI, CACI, and Second Restatement on Torts re: negligence standard; emailed Opposition brief to Andrew and Jeremy | 7.00 |
| 9/6/2005 | phone conversation with Jie Hao re: schedule for US motion to dismiss hearing; drafted letter confirming US motion to dismiss hearing on September 26, 2005 | 0.40 |
| 9/8/2005 | corresponded with Levario re: whether court will move forward with US' motion to dismiss hearing on September 26; phone conversation with Jie Hao re: rescheduling of US' motion to dismiss hearing | 0.40 |
| 9/12/2005 | phone conversation with Xue Lu re: US motion to dismiss hearing | 0.40 |
| 9/15/2005 | corresponded with Levario re: new date for US's motion to dismiss hearing; phone conversations | 0.40 |
| 9/30/2005 | prepared hearing folder (U.S. motion to dismiss) for Jim | 1.20 |
| 10/3/2005 | reviewed briefs and appeared at US' motion to dismiss hearing | 3.50 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 86 of 119  Page ID
#:2657
Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

|  |  |  |
|---|---|---|
|  | corresponded with all counsel re: scheduling early meeting |  |
| 10/6/2005 | of counsel | 0.30 |
| 10/12/2005 | phone EMC with defendants | 0.50 |
|  | phone conversation with Xue Lu and Jie Hao re: court's |  |
|  | order granting US's motion to dismiss with prejudice; |  |
| 10/20/2005 | worked on Joint Rule 26 Report | 2.40 |
|  | corresponded with Jeremy and Jim re: Jeremy's revisions to |  |
| 10/21/2005 | Rule 26 report | 0.20 |
|  | phone conversation with Jeremy re: extending the deadline |  |
|  | to serve Rule 26 Initial Disclosures until November 3; |  |
| 10/26/2005 | corresponded with Jeremy re: same | 0.30 |
|  | corresponded with Jeremy re: scheduling conference |  |
| 10/27/2005 | appearance | 0.10 |
|  | corresponded with Jeremy re: court's order setting trial |  |
| 11/1/2005 | schedule, set time to discuss court's order | 0.30 |
|  | telephone meeting with Jeremy re: the court's order setting |  |
|  | trial and pretrial dates, stipulation to request new trial and |  |
|  | pretrial dates; sent confirmation email re: extension of time |  |
| 11/2/2005 | to serve Rule 26 Initial | 0.60 |
|  | corresponded with Jim and Jeremy re: joint stip to continue |  |
| 11/7/2005 | discovery and trials dates | 0.20 |
|  | phone conversation with Jeremy re: status of joint |  |
| 11/8/2005 | stipulation to continue discovery and trial dates | 0.30 |
|  | worked on ADR-1 Form; corresponded with Jeremy re: |  |
|  | urgency of filing joint stipulation to continue discovery and |  |
| 11/9/2005 | trial dates | 0.20 |
|  | corresponded with Jeremy re: joint stipulation to modify |  |
|  | scheduling order; mutual extension on Rule 26 Initial |  |
|  | Disclosures; reviewed draft joint stipulation to modify |  |
|  | scheduling order; corresponded with Jeff re: working on |  |
| 11/10/2005 | TOC/TOA for joint stip | 1.50 |
| 11/22/2005 | worked on Rule 26 Initial Disclosures | 2.40 |
|  | worked on Rule 26 Initial Disclosures; corresponded with |  |
|  | Jeremy re: extension of time to serve Rule 26 Initial |  |
| 11/23/2005 | Disclosures | 6.90 |
| 12/6/2005 | phone conversation with Jie Hao re: update on case | 0.30 |
|  | corresponded with Jeremy re: location of Looney's depo |  |
| 12/13/2005 | and Rule 26 initial disclosures | 0.20 |
| 12/22/2005 | worked on subpoena of documents from U.S. | 2.00 |
| 2/13/2006 | researched depo location for Robert Looney | 2.00 |
|  | researched deposition location for Robert Looney and |  |
| 2/14/2006 | reviewed case law | 3.00 |
|  | drafted meet and confer letter to Jeremy re: Looney's depo |  |
| 2/15/2006 | location | 1.00 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 87 of 119  Page ID
Xue Lu, Jie Hao v. United States of America
#:2638
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| 2/21/2006 | phone conversation with Jie Hao re: case update | 0.40 |
| | phone conversation with Jeremy re: location of Looney's | |
| 3/16/2006 | depo; discussion with Jim re: same | 0.80 |
| | phone conversation with Jie Hao re: Looney's deposition; | |
| | drafted Notice of Taking Looney's Deposition and RFP | |
| 3/20/2006 | requests | 1.00 |
| | corresponded with Jeremy re: Looney's depo, joint | |
| 4/25/2006 | stipulation to continue discovery cut-off | 0.40 |
| 4/26/2006 | corresponded with Jeremy re: Looney's depo | 0.20 |
| 4/27/2006 | corresponded with Jim re: location of Looney's depo | 0.30 |
| | corresponded with Jeremy re: location of Looney's depo; | |
| | corresponded with Jim re: joint stip to continue discovery | |
| | and trial dates; sent out revised notice of deposition of | |
| 4/28/2006 | Looney; drafted joint stip | 2.30 |
| | drafted letter to Xue Lu, Jie Hao re: Looney's deposition; | |
| | corresponded with Jim re: sending out Looney's depo notice | |
| 5/3/2006 | to clients | 0.70 |
| | drafted joint stipulation to continue discovery/trial dates; | |
| 5/9/2006 | corresponded with Jim re: same | 1.20 |
| | corresponded with Jeremy re: Looney depo date and joint | |
| 5/17/2006 | stipulation to continue discovery/trial dates | 0.20 |
| | corresponded with Jeremy re: Looney's depo and stipulation | |
| 5/22/2006 | to continue discovery/trial dates | 0.30 |
| | corresponded with Jeremy re: joint stip to extend | |
| 5/24/2006 | discovery/trial dates and Looney's depo | 0.20 |
| | corresponded with Jeremy re: Looney's depo schedule; | |
| | corresponded with Jim re: same and joint stipulation to | |
| 5/25/2006 | extend discovery/trial dates | 0.30 |
| | reviewed Looney's Initial Rule 26 disclosures and RFP | |
| | Response; conference call with Jeremy re: joint stipulation | |
| | to extend discovery/trial dates, discovery issues, Looney's | |
| 5/26/2006 | depo, and Plaintiffs' depo | 4.10 |
| | corresponded with Jeremy re: request for documents, | |
| 6/1/2006 | stipulation re: scheduling order | 0.30 |
| | corresponded with Jeremy re: request for production of | |
| | documents, Touhy regs; corresponded with Jim re: drafting | |
| 6/2/2006 | letter re: Touhy regs; researched Touhy regs | 2.80 |
| | reviewed documents in file; prepared Looney's depo | |
| 6/4/2006 | questions; drafted letter to Jeremy re: Touhy regs | 6.40 |
| | reviewed docs in file; worked on Looney's depo questions; | |
| | corresponded with Paul re: same; drafted letter to Jeremy | |
| 6/5/2006 | re: Touhy regs | 3.70 |
| | corresponded with Jim re: additional questions for Looney's | |
| 6/7/2006 | depo; Looney's deposition | 6.40 |

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 88 of 119 Page ID
#:2659
Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| | corresponded with Jeremy re: joint stipulation to continue | |
| | discovery/trial dates and deadlines; reviewed same; worked | |
| 6/8/2006 | on subpoena to US, DHS | 3.10 |
| | filed joint stip to continue discovery/trial dates and | |
| 6/9/2006 | deadlines | 0.30 |
| | corresponded with Jeremy re: Powell's criminal trial | |
| 6/21/2006 | transcript | 0.20 |
| 7/20/2006 | phone conversation with Jie Hao re: update on case | 0.40 |
| | | |
| 7/25/2006 | worked on subpoena to US, DHS; reviewed Looney's depo | 3.00 |
| | phone conversation with First Legal re: additional charges | |
| | for subpoena of US; corresponded with Linda re: refund of | |
| 7/26/2006 | $292 | 0.60 |
| 8/16/2006 | phone conversation with First Legal re: credit of $292 | 0.50 |
| | phone conversation with First Legal re: crediting our | |
| 8/18/2006 | account $292 reimbursement | 0.30 |
| | phone conversation with Jeremy re: stipulation to continue | |
| | discovery and trial dates, subpoena of docs from DHS, | |
| | depos that need to be taken; discussion with Jim re: same; | |
| | discussion with Linda re: costs to date; corresponded with | |
| 10/5/2006 | Linda re: same | 0.90 |
| 10/6/2006 | phone conversation with Jie Hao re: update on case | 0.30 |
| 10/9/2006 | phone conversation with Jie Hao re: update on case | 0.30 |
| | phone conversation with Francis Adams re: subpoena on | |
| 10/11/2006 | United States | 0.40 |
| | compiled subpoena to United States and faxed to Frances | |
| 10/12/2006 | Adams, Office of General Counsel, DHS | 0.50 |
| | corresponded with Jeremy re: subpoena of docs from DHS; | |
| | drafted joint stipulation to continue discovery, summary | |
| 10/16/2006 | judgment, and trial dates | 3.10 |
| | corresponded with Jeremy re: joint stip to continue | |
| | discovery, summary judgment, and trial dates; phone | |
| 10/17/2006 | conversation with Jeremy re: revisions to joint stip | 0.70 |
| | corresponded with Jeremy re: revised joint stip to continue | |
| 10/18/2006 | discovery, summary judgment, and trial dates | 0.20 |
| | corresponded with Jeremy re: joint stip to continue | |
| 10/20/2006 | discovery, summary judgment, and trial dates granted | 0.20 |
| 10/30/2006 | drafted phone confirmation letter re: subpoena | 0.80 |
| | corresponded with Jim re: settlement negotiations; phone | |
| 11/9/2006 | conversation with Jeremy re: same | 1.10 |
| 11/21/2006 | discussion with Doug re: possible witness against Looney | 0.40 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 89 of 119  Page ID
#:2640
Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| | drafted letter to Francis Adams re: status of subpoena request; discussion and corresponded with Jim re: US' non- | |
| 11/28/2006 | response to subpoena, St. Elmo Naumann's declaration | 0.90 |
| 12/5/2006 | corresponded with Linda re: costs | 0.20 |
| 12/6/2006 | drafted letter to Frances Adams re: document production from subpoena | 1.30 |
| 12/7/2006 | sent letter to Frances Adams re: document production from subpoena; corresponded with Jim re: same | 0.30 |
| 12/11/2006 | drafted stipulation to continue discovery, summary judgment, trial dates and deadlines; corresponded with Jeremy re: revisions to stip | 1.70 |
| 12/12/2006 | phone conversation with Jie Hao re: case update | 0.40 |
| 12/20/2006 | reviewed joint stipulation to continue discovery, motion, and trial dates; corresponded with Jim re: same | 0.40 |
| 1/8/2007 | drafted letter to Peter Gregory re: when additional documents from US will be received | 1.30 |
| 1/10/2007 | phone conversation with Jie Hao re: update on case | 0.50 |
| 1/19/2007 | phone conversation with St. Elmo Naumann; phone conversation with Peter Gregory; drafted confirmation letter to Peter Gregory at DHS; corresponded with Jim re: phone conversation with Gregory | 2.00 |
| 2/22/2007 | reviewed Judith Marty's declaration; reviewed TAC; reviewed order granting United States' motion to dismiss; phone conversations with Dr. St. Elmo Nauman re: Looney's misconduct | 1.80 |
| 2/23/2007 | discussion with Jim re: phone conversation with Dr. St. Elmo Nauman, additional depos, follow up with possible witnesses, reviewing docs | 0.40 |
| 2/24/2007 | read Looney=s depo transcript | 2.30 |
| 2/26/2007 | read Looney's depo transcript; phone conversations and correspondence with Judith Marty re: Steve Gossard and Steve Arco's contact info; contacted OIG, US Attorney's Office re: Gossard and Arco still work there; internet goggle search re: same | 6.50 |
| 2/27/2007 | worked on subpoena for Steve Arco with RFP, worked on depo notice for Steve Arco with RFP; phone conversations with OIG re: whereabouts of Jeff McCready, Scott Gossard; discussion with Jed re: accurint search on McCready and Gossard; corresponded with Jed re: same; discussion with Jim re: depos | 2.30 |
| 2/28/2007 | research on location of Jeff McCready; corresponded with Jed re: search on Gossard | 0.70 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 90 of 119  Page ID
Xue Lu, Jie Hao v. United States of America
#: 2641
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---:|
| 3/1/2007 | corresponded with Jed re: locating Gossard | 0.20 |
| | corresponded with Jeremy re: depositions; corresponded | |
| 3/2/2007 | with Jim re: same | 0.30 |
| | worked on letter to Cardona re: satisfying Touhy regs, | |
| | worked on declaration of Jim DeSimone re: satisfying | |
| | Touhy regs; faxed letter to Cardona and declaration; | |
| 3/5/2007 | corresponded with Jim Sullivan and Jeremy re: same | 2.80 |
| | research on locating Genaco; phone conversation with Jim | |
| | Sullivan re: revised letter to Cardona; corresponded with | |
| 3/6/2007 | Jim Sullivan re: part 16 request to Cardona | 0.60 |
| | phone conversation with St. Elmo Naumann re: Powell and | |
| 3/8/2007 | Looney | 1.00 |
| | corresponded with Jeremy re: depos of Arkow and | |
| 3/12/2007 | Plaintiffs | 0.10 |
| 3/13/2007 | corresponded with Jim re: Arkow depo | 0.20 |
| 3/14/2007 | corresponded with Jim Sullivan re: part 16 request | 0.20 |
| | corresponded with Jeremy re: stip to continue discovery | |
| 3/15/2007 | deadline | 0.20 |
| | corresponded with Jeremy re: stip to continue discovery | |
| 3/16/2007 | deadlines; reviewed said stip; made revisions to stip | 1.40 |
| | corresponded with Sullivan re: status of Part 16 Touhy | |
| | request; corresponded with Jeremy re: approval of stip to | |
| 3/21/2007 | continue discovery/trial | 0.30 |
| | phone conversation with Jie Hao re: update on case, new | |
| | trial date, depo of Steven Arkow, Touhy regs, Plaintiffs' | |
| 3/24/2007 | depos; corresponded with Jie Hao re: new trial date | 0.30 |
| | corresponded with Jim re: when we will hear back from the | |
| | George Cardona re: Touhy regs, phone conversation with | |
| 3/26/2007 | Jie Hao re: update on case | 0.20 |
| 4/2/2007 | corresponded with Jim Sullivan re: Part 16 request | 0.20 |
| 4/3/2007 | corresponded with Jim Sullivan re: Part 16 request | 0.10 |
| | worked on Rule 16 report; corresponded with Jeremy re: | |
| 4/25/2007 | Arkow's depo | 1.40 |
| 5/2/2007 | corresponded with Jim re: depos | 0.10 |
| | | |
| | phone conversation with Jeremy regarding depo schedule | |
| | for Stephen Arkow, Xue Lu, Jie Hao left message for Doug | |
| | re: translator, obtaining immigration file for Xue Lu and Jie | |
| | Hao; corresponded with Jim re: response by Cardona, prep | |
| | for depos of Xue Lu and Jie Hao; corresponded with Jim re: | |
| 5/4/2007 | phone conversation with Jeremy about scheduling depos | 0.70 |
| | corresponded with Jim re: drafting letter to George Cardona | |
| 5/7/2007 | re: part 16 request | 0.10 |

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 91 of 119 Page ID
Xue Lu, Jie Hao v. United States of America
#:6042
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| | phone conversation with Doug re: obtaining immigration | |
| 5/8/2007 | files on Xue Lu, Jie Hao | 0.20 |
| | drafted letter to Cardona re: Touhy regs; worked on depo | |
| 5/11/2007 | notice for Arkow; subpoena to Arkow | 1.40 |
| | phone conversation with Jeremy re: depo dates for Xue Lu | |
| | and Jie Hao; corresponded with Jim re: conversation with | |
| | Jeremy; discussion with Doug re: Mandarin translators for | |
| 5/14/2007 | clients' depo prep, clients' immigration file | 0.70 |
| | corresponded with Jim and Jeremy re: scheduling of | |
| 5/15/2007 | Arkow's deposition | 0.10 |
| | phone conversation with Jeremy to reschedule Xue Lu's | |
| 5/18/2007 | depo; corresponded with Jeremy re: Arkow depo | 0.50 |
| | reviewed Jie Hao's documents in preparation for her depo | |
| 5/22/2007 | prep | 3.70 |
| | reviewed Jie Hao's immigration file; prepared depo prep | |
| | outline for Jie Hao; depo prep with Jie Hao; reviewed | |
| | correspondence from Jeremy and notice of depo for Jie | |
| | Hao; corresponded with Jim and Jeremy re: scheduling Xue | |
| 5/23/2007 | Lu, Stephen Arkow, and Judith Marty's depos | 4.90 |
| 5/25/2007 | defended Jie Hao's depo | 8.00 |
| 5/29/2007 | corresponded with Jim re: Arkow depo | 0.10 |
| | phone conversation with Xue Lu re: scheduling depo; | |
| | corresponded with Jim re: scheduling depos of Arkow and | |
| 5/30/2007 | Xue Lu | 0.40 |
| | corresponded with Jeremy re: Arkow deposition; | |
| 5/31/2007 | corresponded with Jeremy re: Judith Marty deposition | 0.20 |
| | phone conversation with Doug re: case update; | |
| | corresponded with Jeremy re: depos of Xue Lu and Judith | |
| 6/1/2007 | Marty | 0.40 |
| | revised Arkow's depo notice; corresponded with Jim and | |
| 6/3/2007 | Jeremy re: same | 0.30 |
| | discussion with Phyllis re: reservation of conference room | |
| | for Xue Lu and Judith Marty depos; corresponded with | |
| | Jeremy re: our office available for Xue Lu and Judith | |
| 6/4/2007 | Marty's depos | 0.20 |
| | corresponded with Jim re: Arkow's depo and production | |
| 6/5/2007 | request | 0.20 |
| 6/8/2007 | phone conversation with Xue Lu re: depo schedule | 0.20 |
| 6/10/2007 | corresponded with Jim re: Arkow's depo | 0.10 |
| | phone conversation with Jeremy re: stip to continue trial; | |
| 6/11/2007 | corresponded with Jim re: same | 0.40 |
| | corresponded with Jeremy re: stip to continue trial; | |
| | reviewed joint stip; reviewed Xue Lu notice of depo; | |
| 6/14/2007 | corresponded with Jim re: additional Looney discovery | 0.60 |

Case 2:01-cv-01758-CBM-EX   Document 286-1   Filed 09/05/13   Page 92 of 119   Page ID
Xue Lu, Jie Hao v. United States of America
#:2649
Case No.: CV 01-01758 CBM (EX)

|  |  |  |
|---|---|---|
|  | phone conversation with Jie Hao re: mailing address to send depo; drafted cover letter re: same; corresponded with |  |
| 6/19/2007 | Jeremy re: stip and whether it was filed with court | 0.40 |
|  | phone conversation with Jeremy re: continuing depos of Xue Lu and Judith Marty; corresponded with Jeremy re: stip to continue discovery and trial dates; corresponded with Joe Levario re: whether Judge Marshall has acted on the |  |
| 6/21/2007 | stip, email me when it has be acted on | 0.70 |
|  | corresponded with Joe Levario re: stip to continue trial; corresponded with Jeremy re: same; discussion with Jeremy |  |
| 6/22/2007 | re: same, Judith Marty depo | 0.60 |
| 6/24/2007 | prepared for depo prep with Xue Lu | 6.50 |
|  | Xue Lu depo prep; corresponded with Jeremy re: another stip to continue deadlines; corresponded with Jeremy re: |  |
| 6/25/2007 | same, Judith Marty depo, Xue Lu depo | 5.70 |
| 6/26/2007 | defended Xue Lu's deposition | 8.00 |
|  | prepared for Judith Marty depo; prepared questions, |  |
| 6/27/2007 | reviewed documents | 7.00 |
| 6/28/2007 | attended Judith Marty's depo | 8.00 |
|  |  |  |
|  | worked on depo notice of Gossard; worked on subpoena for Gossard; corresponded with Marty re: her depo Part 2; reviewed Xue Lu's depo notice; corresponded with Jeremy re: extension of time to make changes to Jie Hao's depo |  |
| 7/2/2007 | transcript; corresponded with Jim re: update on case | 1.50 |
|  | corresponded with Jie Hao re: changes to her depo |  |
| 7/3/2007 | transcript | 0.20 |
|  | phone conversation with Jie Hao re: no depo changes; phone conversation with Doug re: translator for Xue Lu's |  |
| 7/10/2007 | deposition | 0.40 |
|  | prepared Xue Lu for her depo; reviewed Judith Marty's declaration; compiled documents relevant to Judith Marty; |  |
| 7/13/2007 | corresponded with Marty re: relevant docs | 6.80 |
|  | reviewed documents to prep for Judith Marty's depo; phone conversation with Judith Marty re: documents and her |  |
| 7/15/2007 | testimony | 2.30 |
| 7/16/2007 | defended Xue Lu's deposition | 6.80 |
|  | prepared for Judith Marty's depo; attended Judith Marty |  |
| 7/17/2007 | depo | 8.50 |
|  | phone conversation with Jie Hao re: changes to depo transcript; drafted letter to Jeremy re: changes to Jie Hao's depo transcript; corresponded with Jeremy re: stip to |  |
| 7/18/2007 | continue trial/FSC | 0.80 |

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 93 of 119 Page ID
Xue Lu, Jie Hao v. United States of America
#:2644
Case No.: CV 01-01758 CBM (EX)

|  | corresponded with Jim and Jeremy re: stip to modify |  |
| 7/19/2007 | briefing schedule, Gossard depo | 0.10 |
|  | corresponded with Jeremy re: where's the stip to continue |  |
| 7/25/2007 | trial/FSC, depo of Gossard | 0.20 |
| 7/27/2007 | corresponded with Jeremy re: stip to continue trial/FSC | 0.10 |
|  | corresponded with Jeremy re: stip to extend discovery; |  |
| 8/6/2007 | reviewed said stip | 0.50 |
|  | phone conversation with Jie Hao re: update on case; |  |
|  | corresponded with Jeremy re: updated stip to continue |  |
| 8/7/2007 | discovery; reviewed same; reviewed final stip | 0.70 |
|  | filed stip to continue discovery/trial; corresponded with |  |
| 8/8/2007 | Jeremy re: same | 0.30 |
| 8/10/2007 | corresponded with Jeremy re: Gossard's depo | 0.20 |
|  | corresponded with Judith Marty re: her depo part 2; |  |
| 8/13/2007 | corresponded with Jeremy re: Gossard's depo | 0.40 |
|  | checked PACER re: status of stip to continue discovery |  |
|  | date; corresponded with Joe Levario re: same; corresponded |  |
| 8/15/2007 | with Jeremy re: scheduling Gossard's depo, Marty's depo | 1.00 |
| 8/16/2007 | corresponded with counsel re: Gossard's depo | 0.20 |
|  | corresponded with Jeremy re: change of location for depo |  |
| 8/20/2007 | of Gossard | 0.20 |
|  | corresponded with Jim and Marty re: no continued depo, |  |
| 8/22/2007 | contact info for Irene Martin | 0.10 |
|  | reviewed most recent costs; corresponded with Linda re: |  |
| 8/23/2007 | same | 0.20 |
| 8/28/2007 | corresponded with Jim re: Gossard depo transcript | 0.20 |
|  | corresponded with Jeremy re: stip for amending briefing |  |
| 9/17/2007 | schedule for MSJ | 0.40 |
|  | discussion with Jim re: Looney's MSJ, speaking with |  |
|  | clients about dismissing Looney for waiver of costs and |  |
|  | then going after US; corresponded with Jeremy re: meet and |  |
| 9/18/2007 | confer re: MSJ | 0.50 |
|  | phone conversation with Xue Lu re: dismissing Robert |  |
| 9/19/2007 | Looney | 0.40 |
|  | corresponded with Jeremy re: meet and confer re: Looney's |  |
|  | MSJ; reviewed Looney's MSJ; reviewed stip to file |  |
|  | Looney's MSJ one day late; phone conversation with Jie |  |
| 9/20/2007 | Hao re: dismissing Looney | 2.00 |

Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| | discussion with Jim re: dismissing Looney; drafted confirmation of decision to dismiss Looney; meeting with Jie Hao and Xue Lu re: dismissing Looney and file appeal against the US; corresponded with Jeremy re: stip to dismiss Looney; corresponded with Jeremy and Joe Levario | |
| 9/21/2007 | re: Looney's MSJ | 2.10 |
| 10/1/2007 | corresponded with Jeremy re: not removing Xue Lu during pendency of appeal against U.S. | 0.10 |
| 10/2/2007 | corresponded with Jim re: settlement agreement; corresponded with Jeremy re: same | 0.40 |
| 10/3/2007 | drafted Notice of Settlement; corresponded with Jeremy re: Stay of 9th Cir. Case until appeal against U.S.; corresponded with Jim and Jeremy re: same, filing Application for Stay sooner than later | 0.90 |
| 10/4/2007 | phone conversation with Jeremy re: Application for Stay of Deportation or Removal; phone conversation with Xue Lu re: ICE agreeing stay deportation until after appeal against U.S.; corresponded with Jeremy re: Notice of Settlement; reviewed revised Notice of Settlement | 1.00 |
| 10/12/2007 | reviewed Application for Stay of Deportation or Removal | 0.40 |
| 10/24/2007 | corresponded with Jeremy re: status of settlement agreement | 0.10 |
| 12/3/2007 | contacted Jeremy re: status of settlement agreement | 0.10 |
| 12/13/2007 | drafted letter to Jeremy re: status of settlement agreement; corresponded with Jim re: same | 0.50 |
| 12/18/2007 | phone conversation with Jie Hao re: update on case | 0.20 |
| 1/24/2008 | corresponded with Jeremy re: stip for dismissal | 0.10 |
| 1/25/2008 | phone conversation with Jie Hao re: update on case | 0.20 |
| 2/1/2008 | corresponded with Jeremy re: stip for dismissal | 0.20 |
| 2/8/2008 | corresponded with Jeremy re: stip for dismissal | 0.40 |
| 2/15/2008 | reviewed Stip of Dismissal and Request for Entry of Judgment | 0.30 |
| 2/19/2008 | phone conversation with Jie Hao re: update on case; reviewed Stip for dismissal | 0.70 |
| 3/7/2008 | phone conversation with Xue Lu re: status of case, dismissal of Looney | 0.20 |
| 4/2/2008 | phone conversation with Xue Lu re: update on case | 0.50 |
| 4/11/2008 | corresponded with Jim re: stip for dismissal of Looney, entry of judgment; corresponded with Jeremy re: stip for dismissal; reviewed said stip | 0.60 |
| 4/17/2008 | phone conversation with Jie Hao re: same; phone conversation with Xue Lu re: same | 0.60 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 95 of 119  Page ID
Xue Lu, Jie Hao v. United States of America
#:2640
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| 4/18/2008 | phone conversation with Jie Hao re: case update; corresponded with Jeremy re: stip for dismissal of Looney | 0.40 |
| 4/23/2008 | phone call with Jeremy re: stip for dismissal; corresponded with Jeremy re: same | 0.40 |
| 4/25/2008 | corresponded with Jeremy re: revised stip for dismissal, Application for Stay of Deportation; reviewed appl and instructions to Appl for Stay of Deportation; reviewed revised stip; corresponded with Jeremy re: U-Visa, instructions to U-Visa, CIS website info | 1.80 |
| 5/1/2008 | reviewed stipulation for dismissal; corresponded with Jim, Paul re: procedural issue; corresponded with Jim re: stip for dismissal | 0.80 |
| 5/5/2008 | revised stip for dismissal, proposed order, and judgment; corresponded with Jeremy re: same | 1.30 |
| 5/8/2008 | phone conversation with Jie Hao re: dismissal of Looney and appeal; phone conversation with Xue Lu re: same; phone conversation with Doug re: Xue Lu's 9th Circuit case and Application for Stay of Removal; conducted research on dismissal of case and appeal process in federal court | 2.40 |
| 5/13/2008 | checked Pacer re: judgment entered; corresponded with Jim re: same | 0.20 |
| 5/15/2008 | corresponded with Andrew Kaplan re: stip for dismissal of Looney, order, judgment | 0.20 |
| 5/28/2008 | corresponded with Andrew Kaplan re: Revised Stip for Dismissal and Order; corresponded with Joe Levario re: judgment | 0.40 |
| 5/29/2008 | corresponded with court clerk re: entry to judgment; corresponded with Jeremy re: same | 0.40 |
| 6/24/2008 | phone conversation with Xue Lu regarding her deportation; phone conversation with Jie Hao re: update on case, Xue Lu's deportation; phone conversation with Doug re: Xue Lu's deportation, U-Visa, Application for Stay from Deportation | 1.30 |
| 6/26/2008 | reviewed case history on Pacer re: entry of judgment; corresponded with court's clerk re: same; phone conversation with court clerk re: same | 0.60 |
| 6/27/2008 | phone conversation with Doug re: Xue Lu's U-Visa and Application for Stay of Deportation or Removal; phone conversation with Xue Lu re: same | 0.80 |
| 7/2/2008 | corresponded with Jim re: judgment; calendared appellate briefing; meeting with Xue Lu and Jie Hao re: case | 3.40 |

Case 2:01-cv-01758-CBM-EX   Document 286-1   Filed 09/05/13   Page 96 of 119   Page ID
Xue Lu, Jie Hao v. United States of America
#:2647
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---:|
| | phone conversation with Xue Lu re: case; phone | |
| 8/19/2008 | conversation with Jie Hao re: same | 0.40 |
| | worked on civil appeals docketing statement; researched | |
| | notice of appeal; worked on notice of appeal; corresponded | |
| 8/26/2008 | with Jim re: same (2) | 3.70 |
| 9/2/2008 | reviewed time schedule order | 0.40 |
| 9/8/2008 | corresponded with Jim re: order transcripts for appeal | 0.30 |
| 9/22/2008 | phone conversation with Xue Lu re: update on case | 0.40 |
| 9/23/2008 | meeting with Doug re: application for stay, U-Visa | 0.40 |
| 9/24/2008 | worked on Xue Lu's app for stay | 2.00 |
| | reviewed file re: mx to dismiss hearings in prep for | |
| 9/25/2008 | ordering transcripts | 1.80 |
| | worked on filing transcript order form; called court reporter | |
| 9/26/2008 | office re: court reporters for hearings | 1.40 |
| | worked on Xue Lu's application for stay; corresponded with | |
| 10/1/2008 | Doug re: same | 4.90 |
| | discussion with Liz re: appellate transcript order; | |
| 10/7/2008 | corresponded with Liz re: same | 0.30 |
| 10/8/2008 | corresponded with Liz re: hearing transcripts | 0.20 |
| | reviewed letter from appellate court re: appearance by | |
| 10/9/2008 | Thomas Bondy for US | 0.10 |
| | worked on transcript order 3/18/08; discussion with Doug | |
| 10/10/2008 | re: Xue Lu's app for stay | 0.60 |
| | reviewed mx to dismiss hearing briefing to find case names | |
| | for hearing transcript; corresponded with Deborah Gackle | |
| | re: same; corresponded with Jim re: case names for | |
| 11/3/2008 | hearings | 1.00 |
| | | |
| 11/4/2008 | corresponded with reporter Deborah Gackle re: transcript | 0.20 |
| 11/20/2008 | revised Xue Lu's application for stay | 0.30 |
| 11/25/2008 | phone conversation with Jie Hao re: case update | 0.20 |
| 12/5/2008 | reviewed order setting assessment conference | 0.30 |

**Total time:   363.50**

EXHIBIT 7

## Xue Lu v USA Timesheet for Michael D. Seplow

| | |
|---|---|
| 2/15/01 | disc w VJD and DI (.2) |
| | Rev complaint (.7) |
| 6/28/01 | rev opp (.5) |
| | disc w VJD re opp to mtd (.3) |
| 12/17/01 | mt w VJD and PLH (.3) |
| | Revise 1AC (.5) |
| 2/22/02 | rev and edit opp to MTD (.5) |
| 9/4/02 | disc w VJD (.2) |
| | Rev 2AC (.8) |
| 10/27/04 | Rev RFP (.3) |
| 11/3/04 | disc w VJD (.2) |
| 11/15/04 | disc w VJD (.2) |
| 5/30/05 | disc w VJD and DK (.3) |
| 11/21/06 | rev 3AC (.5) |
| 10/14/05 | mt w VJD & DK (.3) |
| 5/31/07 | mt v VJD and DK (.3) |
| 3/25/09 | disc w MM and VJD (.2) |
| 4/10/09 | diwc w VJD and DK (.3) |
| 4/11/09 | rev & edit 9th Cir brief (4.5) |
| 4/12/09 | edit and rev re 9th Cir brief (6.5) |
| 4/13/09 | finalize 9th Cir brief (7.5) |
| 8/31/09 | rev and edit reply (2.5) |
| 5/3/10 | disc w VJD (.2) |
| 5/4/10 | rev ltr to 9th Cir clerk re new authority (.4) |
| 9/7/10 | disc w VJD and DI (.4) |

| 11/21/10 | rev and edit   Rule 26 report (.3) |
| 12/22/10 | Rev 4AC (.3), em w CA (.1) |
| 3/6/11 | tc w VJD and immigration lawyers re strategy (.8) |
| 5/13/11 | rev order re MTD (.3) |
| 7/5/11 | disc w VJD and DI (.2) |
| 6/2/12 | rev ltr and dic w VJD (.2) |
| 10/26/12 | rev MSJ (.4) |
| 12/18/12 | disc w VJD re strategy (.5) |

## Total Hours: 31.7

# EXHIBIT 8

Xue Lu, Hao Jie v. United States of America
BILLING RECORDS FOR DOUG INGRAHAM
Case No. CV 01—1758 CBM

| Date | Description | Hours |
|---|---|---|
| 02\28\00 | met with Xue Lu in her apt. to discuss the incident | 3.0 hrs |
| 03\6\00 | met with a fingerprint expert for Xue Lu case | 3.0 hrs |
| 03\07\00 | meeting with Jim and Xue Lu | 3.3 hrs |
| 03\09\00 | conversation with Jim re investigation of Xue Lu case | .5 hr |
| 05\25\00 | interview with Hao Jie re phone contact by T. Powell | 1.5 hrs |
| 06\01\00 | meeting with Jim and Hao, Jie | 3.2 hrs |
| 06\02\00 | meeting with Paul Hoffman and Jim | .2 hr |
| 06\04\00 | interview with Hao, Jie re personal contact by T. Powell | 2.0 hrs |
| 06\05\00 | meeting with USDOJ agent Jeff McCredie in Hao's apt. | 4.0 hrs |
| 06\06\00 | spoke to Jim re Hao, Jie's cooperation | .2 hr |
| 06\28\00 | prepared sworn stmt or Xue Lu for agent McCredie | 3.0 hrs |
| 06\29\00 | faxed sworn stmt to agent McCredie and phone call | .4 hr |
| 08\02\00 | prepared claim for damages for Xue Lu | 4.0 hrs |
| 08\03\00 | prepared claim for damages for Hao Jie | 4.0 hrs |
| 01\05\01 | prepare stmt of facts for first draft of the Complaint in the Xue Lu matter | 6.4 hrs |
| 11\21\06 | discussion with Do Kim re witness against Looney | .4 hr |
| 05\08\07 | discussion with Do Kim re immigration files for Xue Lu and Jie Hao | .2 hr |
| 05\11\07 | discussed with Do Kim re mandarin interpreters for interpreters for Xue Lu and Hao Jie | .1 hr |

| | | |
|---|---|---|
| 07\03\07 | discussed with Do Kim re interpreter for Xue Lu depo | .1 hr |
| 05\05\08 | discussed with Do Kim re Xue Lu's Ninth Cir case | .2 hr |
| 05\29\08 | discussed with Do Kim U visa for Xue Lu | .2 hr |
| 06\26\08 | discussed with Do Kim U visa and stay of deportation for Xue Lu | .3 hr |
| 09\23\08 | meeting with Do Kim re application for stay and U visa | .4 hr |
| 10\01\08 | corresponded with Do Kim re application for stay | .1 hr |
| 06\28\10 | discussed with Jim Xue Lu's immigration case re request stay of removal | .3 hr |
| 06\30\10 | discussed with Jim stay application | .2 hr |
| 09\07\10 | corresponded with Jim re Xue Lu | .2 hr |
| 09\08\10 | corresponded with Jim | .1 hr |
| 10\17\10 | corresponded with Jim re strategy | .2 hr |
| 10\19\10 | corresponded with Jim re Xue Lu testimony in China | .2 hr |
| 02\18\11 | corresponded with Jim re mtn to dismiss | .2 hr |
| 03\28\11 | attended hearing on oral argument re mtn. to dismiss | 2.9 hrs |
| 07\06\11 | discussed with Jim Xue Lu application for U visa | .1 hr |
| 07\06\11 | discussed with Xue Lu in China application for U visa | 1.0 hr |
| 07\08\11 | prepared application for U visa for Xue Lu | 3.0 hrs |
| 07\27\11 | corresponded with Jim re Xue Lu's discovery responses | .2 hr |
| 07\28\11 | corresponded with Jim re discovery requests | .2 hr |
| 08\09\11 | corresponded with Jim re U visa | .2 hr |
| 08\12\11 | discussion with Jim re strategy | .2 hr |
| 08\19\11 | discussed with Xue Lu discovery responses via Skype | 1.5 hr |
| 08\22\11 | correspondent with Jim re discovery | .2 hr |
| 09\10\11 | spoke with Xue Lu in China re discovery responses | 1.0 hr |

| 10\16\11 | received discovery responses from Xue Lu, translated from Mandarin into English discovery responses | 10.0 hrs |
|---|---|---|
| 10\17\11 | discussed with Jim U visa for Xue Lu | .2 hr |
| 11\01\11 | corresponded with Jim re depo schedule | .2 hr |
| 11\01\11 | discussed with with Xue Lu discovery responses | 1.0 hr |
| 11\02\11 | discussed with Menaka Xue Lu's discovery responses | .5 hr |
| 11\15\11 | corresponded with Jim re discovery issues | .2 hr |
| 11\16\11 | discussed with Jim discovery issues | .1 hr |
| 04\20\12 | corresponded with Jim re strategy | .1 hr |
| 06\26\12 | corresponded with Jim re asylum application | .2 hr |
| 07\06\12 | discussed with Jim asylum application and documentation of Xue Lu | .4 hr |
| | Total | 65.5 hrs |

EXHIBIT 9

Case 2:01-cv-01758-CBM-EX   Document 286-1   Filed 09/05/13   Page 105 of 119   Page ID
#:2656
Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

## Kunti Dudakia Time-Log

| DATE | TASK | HOURS |
|------|------|-------|
| 8/26/13 | Drafting Fact Section of Xue Lu Fee Motion | 1.45 |
| 8/26/13 | Drafting Litigation History Section of Xue Lu Fee Motion | 1.5 |
| 8/31/13 | Drafting Jim's Declaration ISO Fee Motion | 1.1 |
| 9/2/13 | Adding in Edits/changes to Jim's Declaration ISO Fee Motion | 0.3 |
| 9/2/13 | Editing Xue Lu Motion--adding in Menaka's Decl. | 0.5 |
| 9/2/13 | Editing Xue Lu Motion and researching/reviewing standard to prevail on mandatory v. permissive | 1.25 |
| 9/3/13 | Researching FTCA & mandatory provision | 2.5 |
| 9/3/13 | Re-writing Motion in light of FTCA bar on constitutional torts ; re-organized brief | 5.58 |
| 9/4/13 | Incorporated Jim's edits into Fee Motion | 0.26 |
| 9/4/13 | Preparing Rebuttal Arguments for Bill of Costs Hearing on Friday | 1.5 |

**Total time:**  15.94

# EXHIBIT 10

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 107 of 119 Page ID
Xue Lu, Jie Hao v. United States of America #:2658
Case No.: CV 01-01758 CBM (EX)

## Fatemeh Mashouf Time-Log

| DATE | TASK | HOURS |
|------|------|-------|
| 10/26/2012 | Research Xue | 2.00 |
| 10/27/2012 | Draft Declaration Re: Xue | 6.00 |
| 10/27/2012 | Draft Ex Parte App Re: Xue | 3.00 |
| 10/28/2012 | Draft Ex Parte App and Order Re: Xue | 6.00 |
| 11/11/2012 | Xue MSJ opposition | 5.25 |
| 11/13/2012 | Xue MSJ review | 3.00 |
| 11/13/2012 | Xue Research | 0.75 |
| 11/14/2012 | Xue MSJ review | 1.00 |

Total: 27.00

EXHIBIT 11

09/02/2013

CURRENT ENTRIES

| Ref | Date/File Atty | Description | Hr/Units | Amount |
|-----|----------------|-------------|----------|--------|
| 694 | 02/10/11 18-18 | CA | Reviewed motion to dismiss (H R R) [XUE LU - XUE LU v. USA] | 1.10 | 0.00 |
| 700 | 02/10/11 18-18 | CA | Meeting w/ VJD to discuss opposition to motion to dismiss (H MT MT) [XUE LU - XUE LU v. USA] | 0.40 | 0.00 |
| 701 | 02/10/11 18-18 | CA | Email to VJD re: opposition to motion to dismiss (H EM EM) [XUE LU - XUE LU v. USA] | 0.20 | 0.00 |
| 706 | 02/10/11 18-18 | CA | Research for opposition to dismiss (H RS RS) [XUE LU - XUE LU v. USA] | 0.20 | 0.00 |
| 710 | 02/11/11 18-18 | CA | Researched opposition to motion to dismiss (H RS RS) [XUE LU - XUE LU v. USA] | 3.50 | 0.00 |
| 718 | 02/14/11 18-18 | CA | Research re opposition to motion to dismiss 4th amended complaint (H RS RS) [XUE LU - XUE LU v. USA] | 0.40 | 0.00 |
| 719 | 02/14/11 18-18 | CA | Email to VJD re issues in opp to motion to dismiss 4th amended complaint (H EM EM) [XUE LU - XUE LU v. USA] | 0.10 | 0.00 |
| 722 | 02/15/11 18-18 | CA | Drafted xue lu opposition to mtd fourth amended complaint (H DR DR) [XUE LU - XUE LU v. USA] | 4.00 | 0.00 |
| 729 | 02/16/11 18-18 | CA | Drafted opp to mtd fourth amended complaint (H DR DR) [XUE LU - XUE LU v. USA] | 4.50 | 0.00 |
| 737 | 02/18/11 18-18 | CA | Drafted opp to motion to dismiss 4ac (H DR DR) [XUE LU - XUE LU v. USA] | 5.50 | 0.00 |
| 738 | 02/18/11 18-18 | CA | Meeting w/ VJD re: arugments in opp to mtd 4ac (H MT MT) [XUE LU - XUE LU v. USA] | 0.20 | 0.00 |
| 739 | 02/20/11 18-18 | CA | Drafted opposition to motion to dismiss (H DR DR) [XUE LU - XUE LU v. USA] | 5.00 | 0.00 |
| 740 | 02/20/11 18-18 | CA | Email to VJD re opp to mtd (H EM EM) [XUE LU - XUE LU v. USA] | 0.10 | 0.00 |

COURTNEY ABRAMS TIME SHEET

09/02/2013

CURRENT ENTRIES

| Ref | Date/File Atty | Description | Hr/Units | Amount |
|-----|----------------|-------------|----------|--------|
| 747 | 02/22/11 18-18 | CA | Meeting w/ VJD re revisions to opp to mtd 4ac (H MT MT) [XUE LU - XUE LU v. USA] | 0.30 | 0.00 |
| 757 | 02/23/11 18-18 | CA | Drafted opp to mtd 4ac (H DR DR) [XUE LU - XUE LU v. USA] | 0.40 | 0.00 |
| 777 | 02/28/11 18-18 | CA | Drafted notice of errata to 4ac + Declaration of V. James DeSimone in support thereof (H DR DR) [XUE LU - XUE LU v. USA] | 0.40 | 0.00 |
| 778 | 02/28/11 18-18 | CA | Review and Finalize opp to mtd 4ac (H RAF RAF) [XUE LU - XUE LU v. USA] | 0.80 | 0.00 |
| 779 | 02/28/11 18-18 | CA | Meeting w/ VJD re notice of errata (H MT MT) [XUE LU - XUE LU v. USA] | 0.10 | 0.00 |
| 780 | 02/28/11 18-18 | CA | Email w/ VJD re notice of errata (H EM EM) [XUE LU - XUE LU v. USA] | 0.10 | 0.00 |
| 918 | 03/24/11 18-18 | CA | Research re oral argument re motion for partial dismissal of 4ac (H RS RS) [XUE LU - XUE LU v. USA] | 1.90 | 0.00 |
| 920 | 03/24/11 18-18 | CA | Travel to and Appear at hearing for motion to dismiss 4ac (H TTA TTA) [XUE LU - XUE LU v. USA] | 4.00 | 0.00 |
| 1305 | 07/06/11 18-18 | CA | Teleconference with opposing counsel re Rule 26 report (H TTC TTC) [XUE LU - XUE LU v. USA] | 0.90 | 0.00 |
| 1306 | 07/06/11 18-18 | CA | Drafted Rule 26 report (H DR DR) [XUE LU - XUE LU v. USA] | 0.50 | 0.00 |
| 1311 | 07/07/11 18-18 | CA | Drafted joint case management statement (H DR DR) [XUE LU - XUE LU v. USA] | 0.60 | 0.00 |
| 1322 | 07/11/11 18-18 | CA | Draft revisions to Rule 26 report (H DR DR) [XUE LU - XUE LU v. USA] | 0.20 | 0.00 |
| 1323 | 07/11/11 18-18 | CA | Meeting w/ VJD re changes to Rule 26 report (H MT MT) | 0.10 | 0.00 |

COURTNEY ABRAMS TIME SHEET

09/02/2013                                    CURRENT ENTRIES                                    Page 3

Ref  Date/File Atty      Description        Hr/Units   Amount
                                         [XUE LU - XUE LU v. USA]

TOTAL (26 entries)                                              FEES          35.50          0.00
                                                               COSTS                        0.00

                                                      GRAND TOTAL                           0.00
                                         ==========            =======      =======

COURTNEY ABRAMS TIME SHEET

# EXHIBIT 12

Xue Lu, Jie Hao v. United States
William Clifton Paralegal Hours

| Date | Assignment | Hours |
|---|---|---|
| 4.9.10 | Scanned, saved, mailed Ack of Hearing Notice | .2 |
| 5.5.10 | Scanned, saved Petitioner Op. Brief (2006 Appeal) | .1 |
| 5.6.10 | Scanned, saved Def's Suppl Authority Ltr to 9th Circuit | .1 |
| 5.6.10 | Print, prepare case index for 9th Circuit Oral Argument | 4.0 |
| 5.6.10 | Locate, print Statutes for Oral Arg. Binder | .2 |
| 5.6.10 | Prepare materials for Moot Court re Oral Arg | .5 |
| 5.10.10 | E-file and serve Rule 28(J) ltr at 9th Circuit | .3 |
| 6.7.10 | Scanned, saved 2008 Deportation Stay ltr re Lu | .1 |
| 6.23.10 | Scanned, saved 2010 Deportation Stay App. re Lu | .1 |
| 9.3.10 | Scanned, saved 9th Circuit Ruling re Appeal (.1), Daily Journal Story (.1) | .2 |
| 10.25.10 | Printed, Saved Remand Mandate to District Court | .1 |
| 11.10.10 | Saved, Calendared Dist. Court Order Re Status Conf. | .2 |
| 11.19.10 | Printed, Saved Def Status Rpt | .1 |
| 12.1.10 | Printed, Saved Order, Calendared Dates Re 4th Amnd Complnt | .2 |
| 2.4.11 | Printed, saved Mtn to Dismiss (.1), Calendared Briefing Sched (.2) | .2 |
| 5.20.11 | Calendared all dates from Rule 26 Scheduling Conference | .3 |
| 5.26.11 | Printed, saved Defs Ans to 4th AC. | .1 |
| 6.14.11 | Calendared Rule 26 Conf. and Meet/confer | .1 |
| 7.25.11 | Printed, saved Defs Init Disclosures | .1 |
| 7.25.11 | Scan, Print, Save, Serve, Calendar Plaintiffs' 3 Discovery Reqs, Set One | .6 |
| 7.26.11 | Prepare, email cvr ltr and Def Disc Reqs, Set One, Verifs, to Lu | .3 |
| 7.26.11 | Prepare, email cvr ltr and Def Disc Reqs, Set One, Verifs, to Hao | .3 |
| 8.1.11 | Calendared trial, pretrial dates set by Court on 8.1.11 | .2 |
| 8.16.11 | Scanned, saved Hao resp docs | .5 |
| 8.18.11 | Prepared disc resp shell Hao RPD 1 | 1.0 |
| 8.18.11 | Calendar mutual ext disc resp deadlines | .2 |
| 9.2.11 | Calendar further mutual ext disc resp deadlines | .2 |
| 9.13.11 | Prepared Lu, Hao doc prod, Bates No., burn disc (1,987 pgs total) | 4.0 |
| 9.14.11 | Prep POS, serve disc resps by email, doc prod by mail | .5 |
| 9.22.11 | Printed, saved Protective Order | .1 |
| 9.30.11 | Overnighted replacement flash drive, cvr ltr re plaintiffs doc prod to Def counsel | .2 |
| 10.7.11 | Saved, calendared resp dates Def RFAs, Interrogs to Lu | .2 |
| 10.27.11 | Efiled, Stip/P.O. Re Continued Disc, Trial dates | .3 |
| 10.31.11 | Saved, calendared 4 Def depo ntcs | .2 |
| 11.1.11 | Saved, calendared Order re Disc. trial dates | .2 |
| 11.30.11 | Prep disc resp shell Lu RFAs, Interrogs | 2.0 |
| 12.12.11 | Prep POS, serv Lu disc resps by email, mail | .6 |
| 12.16.11 | Saved/Emailed Lu verifs of disc resp to Def counsel | .2 |
| 12.29.11 | Scanned, saved 2 Def Medical Record subpoenas Lu | .2 |
| 12.30.11 | Download, saved Lu Auth to Obtain records | .1 |
| 1.20.12 | Prep, sent req ltrs to 2 Lu doctors | .3 |

Xue Lu, Jie Hao v. United States
William Clifton Paralegal Hours

| 1.24.12 | Scan, save Dr. Frumovitz Lu records | .2 |
|---|---|---|
| 2.7.12 | Save, calendar depo ntcs, subpoenas to D. Ingraham, J. Sweeney, Jie Hao | .3 |
| 3.22.12 | Saved, calendar depo subp to Jacqueline Kriebel | .2 |
| 3.27.12 | Located, printed docs for Hao depo prep | .8 |
| 3.27.12 | Made Init inquiry to depo service re Lu depo in China | .2 |
| 3.28.12 | Saved U.S. State Dept info re civil depos in China | .1 |
| 3.30.12 | Researched with depo service alt depo loc – Hong Kong | .2 |
| 4.5.12 | Saved, calendared Defs Depo Ntc Lu in L.A. | .1 |
| 4.6.12 | Saved, calendared depo ntc, subp to Katheirne Brownlee | .1 |
| 4.16.12 | Calendared Hearing date re Prot Order Lu Hong Kong depo | .1 |
| 4.17.12 | Scanned, saved Ingraham depo xscript | .6 |
| 4.17.12 | Calendared, Emailed xscript to Ingraham for review | .2 |
| 4.18.12 | Calendared, Emailed xscript to Dr. Frumovitz for review | .2 |
| 4.27.12 | Calendared Suppl Brief Deadline re Mtn Prot. Order | .1 |
| 5.7.12 | Efiled, prepped courtesy copies Suppl. Briefs Re Disc Issues, Dr. Frumovitz | .8 |
| 5.29.12 | Exchg emails w depo service re costs, video appearance H K depo | .2 |
| 5.30.12 | Saved Order Granting P.O. H K Depo | .1 |
| 5.30.12 | Exchg emails w 2nd depo service re costs, logistics H K depo | .3 |
| 6.1.12 | Prepared cost estimate, T an C summary re 2 day depo in H K for JD | 1.0 |
| 6.6.12 | Efiled Joint Stip/Prop Order Cont Trial, Pretrial dates | .5 |
| 6.7.12 | Calendared all dates, contact info re Lu depo in H K | .2 |
| 6.12.12 | Coord re video link set up H K depo to Def Counsel in D.C. | .2 |
| 6.22.12 | Located, contacted (.3), emailed K. Brownlee depo xscript for review (.1) | .4 |
| 7.2.12 | Exchg emails w depo service re costs re cancel video link H K depo | .2 |
| 7.6.12 | Prep revised cost estimates H K Depo (no video feed) | .4 |
| 7.6.12 | Prep, Serve Lu Depo Ntc | .3 |
| 11.5.12 | Saved Defs MSJ | .2 |
| 11.18.12 | Prep Dep Cites Re Opp to MSJ | 1.5 |
| 11.19.12 | Verified/Finalized TOC/TOA Opp to MSJ | .5 |
| 11.19.12 | Efiled, prepped courtesy copies Ps Opp to MSJ | 1.2 |
| 1.2.13 | Efiled, prepped courtesy copy Opp to Ex Parte App to take Biggs Depo by end of trial | .3 |
| 1.4.13 | Calendared Continued MSJ Hearing Date | .1 |
| 1.4.13 | Efiled, prepped courtesy copies Joint Stip/P.O. to Cont Trial | .4 |
| 1.8.13 | Calendar Updated Re Order Discovery cut-off, Trial continuance | .2 |
| 1.9.13 | Verified pretrial calendar re Def counsel email | .2 |
| 2.19.13 | Efiled, prepped courtesy copy of Ps Trial Brief | .3 |
| 6.18.13 | Calendared Deadline Re Joint Request for ruling | .1 |
| 7.3.13 | Efiled, prepped courtesy copies Joint Stip Requesting Ruling (.3), prepared 2 ltrs to Chambers (.2) | .5 |
| 7.9.13 | Saved Order, Calendared Deadline Issuance of Ruling | .2 |
| 8.5.13 | Uploaded Press Release Re Ruling to PRweb | .3 |

Xue Lu, Jie Hao v. United States
William Clifton Paralegal Hours

| | | |
|--------|----------------------------------------------------------------------|------|
| 8.5.13 | Faxed, emailed Press Release to contact list | .5 |
| 8.7.13 | Efiled, prepped courtesy copies Ex Parte App Enlrg time File Fee Mtn | .4 |
| | **TOTAL** | 34.5 |

EXHIBIT 13

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 117 of 119 Page ID
Xue Lu, Jie Hao v. United States of America
#:2668
Case No.: CV 01-01758 CBM (EX)

## Emma Huang Time-Log

| DATE | TASK | HOURS |
|---|---|---|
| | Figure out how to do videoconference set up of a depo in San | |
| | Antonio and arrange for a trial run to make sure everything | |
| 4/11/2012 | goes over smoothly | 0.75 |
| | | |
| | Prepare TOC/TOA for Protective Order, Notice of Motion, Joint | |
| | Stipulation on Unresolved Discovery Matters, Plaintiff's | |
| | Declarations (DeSimone, Fernandon, Ingraham, and Lu), | |
| 4/23/2012 | Defendant's Declarations with exhibits, and Proposed Order | 4.00 |
| 4/26/2012 | Send copy of depo transcript to Jacqueline Kriebel | 0.50 |
| | Find and Reserve hotel near location for Network Depo for 12th | |
| 5/29/2012 | and 13th for VJD and client | 0.75 |
| 6/4/2012 | Flight arrangements for deposition | 0.75 |
| | | |
| | Briefly research procedures for renewing expired passport, | |
| 6/6/2012 | arrange for Jim's passport application to go out | 1.00 |
| | Research procedure and get price quotes for translators during | |
| 6/7/2012 | deposition prep with client and deposition | 2.00 |
| | Arrange for CLAA posting re translator and facilities for depo | |
| 6/13/2012 | prep | 0.25 |
| | Compile all asylum application documents chronoligically and | |
| 6/13/2012 | then put on Zip drive to forward | 0.50 |
| | Contact Laracy's office regarding translating service and | |
| 6/14/2012 | coordinate schedules for VJD to use facilities | 0.25 |
| | | |
| | Make final arrangements with interpreter service re payment | |
| 6/22/2012 | information and lock in date/time/location via email | 0.33 |
| 6/22/2012 | Locate Xue Lu's asylum app in Chinese and affadavit | 0.75 |
| | Call Hong Kong Hotel at 5pm to add Xue Lu's name on to | |
| 7/5/2012 | reservation | 0.17 |
| | | |
| 7/6/2012 | Send translator sample caption page and all contact information | 0.25 |
| | | |
| | Draft and finalize depo notice OF PMK for asylum application | |
| | and investigation- prepare for service and out by regular mail | |
| 7/11/2012 | and email; send out with POS by email | 1.00 |
| | | |
| 7/16/2012 | International Wire Request to forward to translatemeida | 0.50 |
| | Compile CD for expert with all relevant documents, depo | |
| | transcripts, exhibits, trial testimony, and conviction. Send with | |
| 8/10/2012 | cover letter by overnight mail | 1.00 |
| | 8.20.12 Send to Paul Stern Certificate of deponent, Xue Lu's | |
| 8/20/2012 | Depo verification | 0.50 |
| 8/21/2012 | Send expert day 2 of criminal trial transcript via email | 0.25 |

Case 2:01-cv-01758-CBM-EX Document 286-1 Filed 09/05/13 Page 118 of 119 Page ID
Xue Lu, Jie Hao v. United States of America
#:2060
Case No.: CV 01-01758 CBM (EX)

| | | |
|---|---|---|
| | Edit, spell check, format Ex Parte App- e-file, courtesy copy to | |
| 10/29/2012 | chambers, email Proposed Order, email courtesy copy to OPC | 2.00 |
| | Call clerk and ask if we can get a quick response re ex parte | |
| | given the circumstances. deadline to file opp right now is nov. | |
| 10/29/2012 | 5th | 0.25 |
| | Contact court deputy re ex parte application and request | |
| 10/30/2012 | expedited response | 0.25 |
| 11/7/2012 | Separate Statement - draft shell | 1.00 |
| 11/13/2012 | Separate Statement, Part II on Facts | 0.50 |
| 11/13/2012 | Assemble TOC/TOA on Opp to MSJ, format | 3.00 |
| | Format and finalize Opp to Def MSJ; Decl of Fernando, | |
| 11/19/2012 | Statement of Genuine Issues | 4.00 |
| | Research Local Rules and FRCP and prepare Pre Trial calendar | |
| 12/10/2012 | with all upcoming deadlines | 1.50 |
| | Gather all exhibits from depositions to begin making trial exhibit | |
| 12/12/2012 | list | 8.00 |
| | Identify all exhibits by title and bates range and finalize per MF's | |
| 12/13/2012 | instructions | 6.00 |
| | Draft Exhibit list- pull exhibit descriptions and b/s range from | |
| 12/18/2012 | exhibits entered during all depos | 4.00 |
| 12/19/2012 | Finish pulling exhibits from depositions | 4.00 |
| 12/20/2012 | Continue compiling exhibit list | 8.00 |
| 12/21/2012 | Finalize Exhibit List | 2.00 |
| 12/27/2012 | Mail Paul Stern all docs that expert saw on cd | 0.25 |
| 12/27/2012 | Re-Calendar new dates/deadlines | 0.33 |
| | Cover letter and enclosed depo transcript emailed to Stuart | |
| 1/2/2013 | Lustig | 0.33 |
| | | |
| 1/3/2013 | Letter to OPC of Lustig's changes to depo, send to MF for review | 0.33 |
| | Finalize Joint Exhibit List, witness list, and memo of contentions | |
| 1/7/2013 | to be filed today | 4.00 |
| 1/9/2013 | Revise timeline of deadlines | 0.50 |
| 1/14/2013 | Assemble PDF of trial exhibit files | 7.00 |
| 1/15/2013 | Assemble PDF of trial exhibit files | 7.00 |
| 1/16/2013 | Assemble PDF of trial exhibit files | 7.00 |
| 1/28/2013 | Revise Pre Trial Calendar pursuant to court order | 0.50 |
| | Draft, finalize deposition designation for Xue Lu, service to OPC | |
| 2/5/2013 | by email | 0.50 |
| 2/5/2013 | Mail out depo changes to Lustig's depo | 0.25 |
| | Format and finalize MIL 1, MIL 2, Proposed Orders, Decl with | |
| | Exhibits, remember to email PO to chambers and courtesy | |
| 2/7/2013 | copies by Fed Ex | 8.00 |
| | Format and finalize Opps to MILS and prepare for filin with | |
| 2/13/2013 | Declarations and Exhibits | 6.00 |
| 2/13/2013 | Call Clerk re rules for exhibit tabs | 0.50 |
| 2/15/2013 | Format and finalize MIL Replies for filing | 2.00 |

Case 2:01-cv-01758-CBM-EX  Document 286-1  Filed 09/05/13  Page 119 of 119  Page ID
#:6770
Xue Lu, Jie Hao v. United States of America
Case No.: CV 01-01758 CBM (EX)

|  | Assemble MIL Index and Binder and Pretrial Conference Index | |
|---|---|---|
| 2/20/2013 | and Binder | 4.00 |
|  | Format and finalize Proposed Findings of Fact and Contentions | |
| 2/20/2013 | of Law | 2.00 |
|  | Prepare all Binders for trial, including double sided deposition | |
|  | transcript binders and locate all deposition transcripts for lodgin | |
| 2/21/2013 | with Clerk | 7.00 |
|  | Prepare all Binders for trial, including double sided deposition | |
|  | transcript binders and locate all deposition transcripts for lodgin | |
| 2/22/2013 | with Clerk | 4.00 |
| 2/22/2013 | Update Pre Trial Conference Binders | 1.00 |
|  | Identify trial exhibit numbers to each of Xue Lu's depositions | |
| 2/25/2013 | taken in 2007/2012 | 2.00 |
| 2/26/2013 | Bring ALL TRIAL BINDERS AND BOXES to court @ 8 AM | 1.00 |
| 2/27/2013 | Research and summarize medical articles regarding miscarriages | 4.00 |

**Total time:  129.50**