**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XUE LU, JIE HAO.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 01-01758 - CBM (EX)<br><br>Assigned to the Honorable Consuelo B. Marshall<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES AND COSTS** |

# [PROPOSED] ORDER

Good cause appearing,

    IT IS ORDERED that Plaintiffs' Motion for an Award of Reasonable Attorney's Fees and Costs, pursuant to the Equal Access to Justice Act §2412(b), in the total amount of $932,801.06 for work performed in this case is granted.

DATED: \_\_\_\_\_         _____

                                      Honorable Consuelo B. Marshall