V. James DeSimone, SBN 119668
vjdesimone@gmail.com
V. JAMES DESIMONE LAW
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Telephone: (310) 626-1487

Michael D. Seplow, SBN 150183
mseplow@sshhzlaw.com
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUE LU, JIE HAO,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No.: 2:01-cv-01758-CBM-EX<br><br>*Assigned to the Honorable Consuelo B. Marshall*<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiffs Xue Lu and Jie Hao ("Plaintiffs") and Defendant United States of America hereby submit the following joint status report to apprise the Court as to the status of this case, including settlement discussions.

On June 3, 2020, counsel for the parties participated in a telephonic settlement conference before the Hon. Charles F. Eick, U.S. Magistrate Judge. With the assistance of Judge Eick, the parties were able to reach a settlement in principle, subject to the approval of the U.S. Department of Justice.

The parties anticipate that it will take at least 90 days to finalize the settlement.

The parties will file a further status report no later than September 10, 2020.

The parties request that the status conference presently set for June 16, 2020, be continued to date after September 10, 2020.

Dated: June 11, 2020

V. JAMES DESIMONE LAW
SCHONBRUN SEPLOW
HARRIS HOFFMAN & ZELDES LLP

By: _/s/ V. James DeSimone_____
   V. James DeSimone
   Michael D. Seplow
   *Attorneys for Plaintiffs.*

Dated: June 11, 2020

UNITED STATES DEPARTMENT OF JUSTICE

By: ___/s/ Stephen Handler_____
   Stephen Handler
   *Attorney for Defendant, United States of America.*

1.