V. James DeSimone, SBN 119668
*vjdesimone@gmail.com*
V. JAMES DESIMONE LAW
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Telephone: (310) 626-1487

Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUE LU, JIE HAO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:01-cv-01758-CBM-EX<br><br>*Assigned to the Honorable Consuelo B. Marshall*<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

IT IS HEREBY STIPULATED BY Plaintiffs XUE LU and JIE HAO ("Plaintiffs") and Defendant UNITED STATES OF AMERICA ("Defendant") by and through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action is dismissed in its entirety with prejudice as against Defendant UNITED STATES OF AMERICA.

Each side shall bear their own costs of suit and attorneys' fees.

The Court will not retain jurisdiction over the above-captioned action with the sole exception being that the court may retain jurisdiction to resolve any issues concerning Plaintiff's counsel and Plaintiff regarding the distribution of the Settlement Amount.

Dated: January 26, 2021       V. JAMES DESIMONE LAW
                              SCHONBRUN SEPLOW HARRIS
                              HOFFMAN & ZELDES LLP

                              By: _/s/ V. James DeSimone_
                                  V. James DeSimone
                                  Michael D. Seplow
                                  *Attorneys for Plaintiffs.*

Dated: January 26, 2021       UNITED STATES DEPARTMENT OF JUSTICE

                              By: _/s/ Stephen Handler_
                                  Stephen Handler
                                  *Attorney for Defendant United States of America.*