Stephen E. Handler (IL Bar NO. 06188141)
stephen.handler@usdoj.gov
Senior Trial Counsel
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Tel. (202) 616-4279
Fax (202) 616-5200

*Attorney for Defendant United States of America*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| XUE LU, JIE HAO, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: 2:01-cv-01758-CBM-EX <br><br> *Assigned to the Honorable Consuelo B. Marshall* <br><br> **NOTICE OF WITHDRAWAL OF UNITED STATES' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR THE APPROVAL OF DISTRIBUTION OF ATTORNEYS' FEES** |

**NOTICE OF WITHDRAWAL OF OPPOSITION**

Defendant United States of America hereby submits this notice of its withdrawal of the *United States' Ex Parte Opposition to Ex Parte Application to Approve Distribution of Settlement of Claims for Attorneys' Fees*, Doc. 424 .

1. On February 4, 2021, Plaintiffs filed an *ex parte* application under seal to approve the distribution of the settlement amount of Plaintiff Jie Hao's

claim for attorneys' fees under the Equal Access to Justice Act ("EAJA") to Plaintiffs' counsel.  *See* Doc. 421.

2. On February 11, 2021, the United States filed an opposition.  Doc. 424.
3. On February 16, 2021, Plaintiffs filed a reply.  Doc. 425.
4. On March 31, 2021, the Court referred the parties for a settlement conference.  Doc. 429.
5. On May 13, 2021, the parties participated in a telephonic settlement conference before the Honorable Charles F. Eick, U.S. Magistrate Judge.
6. At the conclusion of the settlement conference, Magistrate Judge Eick recommended that the parties consider certain options and return for another settlement conference on June 10, 2021.
7. On June 9, 2021, the United States notified Plaintiffs that it would be withdrawing its opposition.
8. The United States hereby withdraws the *United States' Ex Parte Opposition to Ex Parte Application to Approve Distribution of Settlement of Claims for Attorneys' Fees*.  Doc. 424.

Dated: June 10, 2021                         United States of America

                                  By:   /s/ *Stephen E. Handler*
                                      STEPHEN E. HANDLER
                                      Senior Trial Counsel, Torts Branch
                                      Civil Division
                                      Attorney for Defendant
                                      United States of America

# CERTIFICATE OF SERVICE

On this date, I filed the foregoing **NOTICE OF WITHDRAWAL OF OPPOSITION** with the Clerk of Court using the CM/ECF electronic filing system and served the counsel of record for the Plaintiffs.

Dated: June 10, 2021

/s/ *Stephen E. Handler*
STEPHEN E. HANDLER
Senior Trial Counsel, Torts Branch
Civil Division
Attorney for Defendant
United States of America