# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUE LU, JIE HAO,<br><br>     Plaintiffs,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA,<br><br><br><br>     Defendant. | Case No.: 2:01-cv-01758-CBM-Ex<br><br>*Assigned to the Honorable Consuelo B. Marshall*<br><br>**ORDER ON EX PARTE APPLICATION TO APPROVE DISTRIBUTION OF SETTLEMENT OF CLAIM FOR ATTORNEYS' FEES [421] [JS-6]**<br><br>*FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED, FEBRUARY 4, 2021 (DOCKET NO. 420)* |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants this application and approves the requested distribution of attorneys' fees to Plaintiffs' counsel. Case is hereby closed.

**IT IS SO ORDERED.**

DATED: JUNE 21, 2021

_____
Hon. Consuelo B. Marshall
*United States District Judge*